Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRAM GALMI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, and EYAL DESHEH,<br><br>Defendants. | No. 2:16-cv-08259-TJH-AS<br><br>**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION OF ROBERT BROSNAN TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Terry J. Hatter, Jr.<br>Hearing Date: February 6, 2017<br>Time: UNDER SUBMISSION<br>CTRM: 9B – 9th Floor (1st Street) |

1

| | | |
|---|---|---|
| ANTHONY LEONE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, and KOBI ALTMAN,<br><br>Defendants. | ) | No. 2:16-cv-09545-DSF-AFM<br><br>CLASS ACTION<br><br>JUDGE: Hon. Dale S. Fischer |

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for Robert Brosnan ("Movant"). I make this declaration in support of Movant's motion to consolidate related actions, for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

Exhibit 1: PSLRA Early Notice;

Exhibit 2:   PSLRA certification of Movant;

Exhibit 3:   Movant's loss chart; and

Exhibit 4:   The firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 5th day of January 2017, at Los Angeles.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

Declaration of Laurence Rosen in Support of Motion of Robert Brosnan To Consolidate Related Actions, For Appointment as Lead Plaintiff and Approval of Choice of Counsel – 2:16-cv-08259-TJH-AS

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On January 5, 2017, I electronically filed the following **DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION OF ROBERT BROSNAN TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 5, 2017.

                                               /s/ Laurence Rosen
                                               Laurence M. Rosen

4

Declaration of Laurence Rosen in Support of Motion of Robert Brosnan To Consolidate Related Actions, For Appointment as Lead Plaintiff and Approval of Choice of Counsel – 2:16-cv-08259-TJH-AS