Richard D. McCune (State Bar No. 132124)
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: (909) 557-1250
Fax: (909) 557-1275
rdm@mccunewright.com
*Local Counsel for Movants &*
*[Proposed] Local Counsel for the Class*

E. Powell Miller (*pending pro hac vice*)
Sharon S. Almonrode (*pending pro hac vice*)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
*Counsel for Movants &*
*[Proposed] Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRAM GALMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, and EYAL DESHEH,<br><br>Defendants. | Case No. 2:16-cv-08259-TJH-AS<br><br>Hon. Terry J. Hatter, Jr.<br><br>**NOTICE OF MOTION OF APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** |

-1-

Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel
CASE NO. 8:16-CV-2282-TJH-AS

**NOTICE OF MOTION OF WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, AND WATERFORD TOWNSHIP POLICE AND FIRE RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**

PLEASE TAKE NOTICE that Movants the Wayne County Employees' Retirement System, City of Roseville Employees' Retirement System, and Waterford Township Police and Fire Retirement System, by their undersigned counsel, will move before this Court, on such date and time as may be designated by the Court, for an Order: (1) appointing Movant as Lead Plaintiff in the above-captioned action pursuant to the Securities Exchange Act of 1934, (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Movants' selection of The Miller Law Firm, P.C. to serve as Lead Counsel to the Class and for McCune Wright Arevalo, LLP to serve as Local Counsel; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Wayne County Employees' Retirement System ("Wayne County"), City of Roseville's Employees' Retirement System ("Roseville"), and Waterford Township Police and Fire Retirement System ("Waterford") are the "most adequate plaintiff" pursuant to the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B). Specifically, Wayne County, Roseville, and Waterford believe that they have the "largest financial interest" in the relief sought by the class in this litigation as a result of among other things, their loss of approximately $814,044.98 under a first-in, first-out ("FIFO") analysis or $801,466.99 under a last-in, first out ("LIFO") analysis, suffered in connection with their investments in Teva Pharmaceutical Industries, Ltd. ("Teva") common stock. Wayne County, Roseville, and Waterford also otherwise satisfy the applicable requirement of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other class members' claims and because they will fairly and adequately represent the interests of the class.

In support of this Motion, Movants submit herewith a Memorandum of Law, the Declaration of Richard D. McCune, with exhibits, Certification of Service, and a [Proposed] Order.

Dated: January 5, 2017

Respectfully Submitted,
*/s/ Richard D. McCune*_____
Richard D. McCune
(State Bar No: 132124)
**MCCUNE WRIGHT AREVALO, L.L.P.**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: (909) 572-8019
Fax: (909) 557-1275
rdm@mccunewright.com
*Local Counsel for Movants &*
*[Proposed] Local Counsel for the Class*

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller
Sharon S. Almonrode
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
*Counsel for Movants &*
*[Proposed] Lead Counsel for the Class*

Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel
CASE NO. 8:16-CV-2282-TJH-AS