JENNIFER PAFITI
**POMERANTZ LLP**
468 NORTH CAMDEN DRIVE
BEVERLY HILLS, CA 90210
TELEPHONE: (818) 532-6499

STEVEN J. TOLL (*pro hac vice forthcoming*)
DANIEL S SOMMERS (*pro hac vice forthcoming*)
JULIE G. REISER (*pro hac vice forthcoming*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVE, N.W., SUITE 500
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

CAROL V. GILDEN (*pro hac vice forthcoming*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 S. LASALLE STREET, STE 1705
CHICAGO, IL 60603
TELEPHONE: (312) 357-0370

*Proposed Co-Lead Counsel for Movant*
[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMRAM GALMI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, and EYAL DESHEH<br><br>Defendants. | Case:   2:16-cv-08259-TJH-AS<br><br>DATE:     February 6, 2017<br>TIME:     UNDER SUBMISSION<br>CTRM:    9B<br>JUDGE:    Hon. Terry J. Hatter |

*(Additional caption on next page)*

**NOTICE OF MOTION AND MOTION OF OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM, THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO AND DAN KLEINERMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

| | |
|---|---|
| ANTHONY LEONE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, and KOBI ALTMAN<br><br>Defendants. | Case No. 2:16-cv-09545-DSF-AFM |

NOTICE OF MOTION AND MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

ii

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 6, 2017, or as soon thereafter as the matter may be heard, before the Honorable Terry J. Hatter, Judge of the United States District Court for the Central District of California, in Courtroom 9B of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, Santa Ana, CA 90012, movants Oregon Public Employees Retirement System ("Oregon PERS"), the Public School Teachers' Pension and Retirement System of Chicago ("Chicago Teachers") and Dan Kleinerman ("Kleinerman," and together with Oregon PERS and Chicago Teachers, the "Teva Investor Group" or "Movant") will, and hereby do, move this Court for an order: (i) consolidating the above-captioned related action; (ii) appointing the Teva Investor Group as Lead Plaintiff on behalf of itself and all others similarly situated who purchased Teva Pharmaceutical Industries Ltd. ("Teva") American Depository Shares ("ADSs") between February 10, 2014 and November 3, 2016, inclusive (the "Class Period"); and (iii) approving Movant's choice of Cohen Milstein Sellers & Toll PLLC and Pomerantz LLP as Co-Lead Counsel.

This motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, on grounds that the Teva Investor Group has timely filed this motion, is the "most adequate plaintiff," and meets the requirements of Rule 23 of the Federal Rules of Civil Procedure. This motion is based upon this notice of motion, the memorandum of points and authorities filed herewith, the Declaration of Jennifer Pafiti filed in support hereof, any reply papers subsequently filed, and any argument presented by counsel at a hearing on the motion.

NOTICE OF MOTION AND MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1

Local Rule 7-3 requires a conference of counsel prior to filing the motions. Movant, however, does not know if any other class member plans to move for appointment as lead plaintiff. Therefore, Movant respectfully requests that the conference requirement of Local Rule 7-3 be waived as to this statutory motion deadline in keeping with the requirements of the PSLRA.

A proposed order is being submitted herewith.

DATED: January 5, 2017          **POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499

Jeremy Lieberman (*pro hac vice forthcoming*)
J. Alexander Hood II (*pro hac vice forthcoming*)
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (*pro hac vice forthcoming*)
Daniel S. Sommers (*pro hac vice forthcoming*)
Julie G. Reiser (*pro hac vice forthcoming*)
1100 New York Ave, N.W.
Suite 500 East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Carol V. Gilden (*pro hac vice forthcoming)*
190 S. Lasalle Street
Suite 1705

NOTICE OF MOTION AND MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

Kenneth M. Rehns (*pro hac vice forthcoming*)
krehns@cohenmilstein.com
88 Pine St., 14th Flr.
New York, NY 10005
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745

*Counsel for the Teva Investor Group and Proposed Co-Counsel for the Class*

NOTICE OF MOTION AND MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

3

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 468 North Camden Drive, Beverly Hills, CA 90210.

On January 5, 2017, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION OF OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM, THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO AND DAN KLEINERMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**[PROPOSED] ORDER**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

And on any non-ECF registered parties:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **January 5, 2017**, at **Beverly Hills, California**.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

NOTICE OF MOTION AND MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1