JENNIFER PAFITI
**POMERANTZ LLP**
468 NORTH CAMDEN DRIVE
BEVERLY HILLS, CA 90210
TELEPHONE: (818) 532-6499

STEVEN J. TOLL (*pro hac vice forthcoming*)
DANIEL S SOMMERS (*pro hac vice forthcoming*)
JULIE G. REISER (*pro hac vice forthcoming*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVE, N.W., SUITE 500
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

CAROL V. GILDEN (*pro hac vice forthcoming*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 S. LASALLE STREET, STE 1705
CHICAGO, IL 60603
TELEPHONE: (312) 357-0370

*Proposed Co-Lead Counsel for Movant*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMRAM GALMI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, and EYAL DESHEH<br><br>Defendants. | Case:   2:16-cv-08259-TJH-AS<br><br>DATE:      February 6, 2017<br>TIME:      UNDER SUBMISSION<br>CTRM:     9B<br>JUDGE:    Hon. Terry J. Hatter |

*(Additional caption on next page)*

**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF THE MOTION OF OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM, THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO AND DAN KLEINERMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

| | |
|---|---|
| ANTHONY LEONE, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, and KOBI ALTMAN<br><br>Defendants. | Case No. 2:16-cv-09545-DSF-AFM |

DECLARATION OF JENNIFER PAFITI IN SUPPORT OF THE MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

- ii -

I, JENNIFER PAFITI, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and in this Court. I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), Proposed Co-Counsel for the Class. I make this declaration in support of the Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel made by Oregon Public Employees Retirement System ("Oregon PERS"), the Public School Teachers' Pension and Retirement Fund of Chicago ("Chicago Teachers") and Dan Kleinerman ("Kleinerman," and together with Oregon PERS and Chicago Teachers, the "Teva Investor Group" or "Movant"). I have personal knowledge of the following, and can and do competently testify hereto.

2. Attached hereto as Exhibit A is a true and correct copy of the initial press release announcing a securities class action involving the securities of Teva Pharmaceutical Industries Inc., dated November 6, 2016, published on *PR Newswire*.

3. Attached as Exhibit B is a true and correct copy of the securities class action certification executed by Oregon PERS.

4. Attached as Exhibit C is a true and correct copy of the securities class action certification executed by Chicago Teachers.

5. Attached as Exhibit D is a true and correct copy of the securities class action certification executed by Dan Kleinerman.

6. Attached as Exhibit E is a chart of Oregon PERS' estimated losses from its transactions in Teva securities during the Class Period.

7. Attached as Exhibit F is a chart of Chicago Teachers' estimated losses from its transactions in Teva securities during the Class Period.

DECLARATION OF JENNIFER PAFITI IN SUPPORT OF THE MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

- 1 -

8. Attached as Exhibit G is a chart of Dan Kleinerman's estimated losses from his transactions in Teva securities during the Class Period.

9. Attached as Exhibit H is the Joint Declaration of Oregon PERS, Chicago Teachers and Daniel Kleinerman in support of the Motion.

10. Attached as Exhibit I is the firm resume of Cohen Milstein, proposed Co-Lead Counsel.

11. Attached as Exhibit J is the firm resume of Pomerantz LLP, proposed Co-Lead Counsel.

DATED:  January 5, 2017      **POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499

DECLARATION OF JENNIFER PAFITI IN SUPPORT OF THE MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

- 2 -

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 468 North Camden Drive, Beverly Hills, CA 90210.

On January 5, 2017, I caused to be served the following documents:

**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF THE MOTION OF OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM, THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO AND DAN KLEINERMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

And on any non-ECF registered parties:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **January 5, 2017**, at **Beverly Hills, California**.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION OF JENNIFER PAFITI IN SUPPORT OF THE MOTION OF THE TEVA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

- 1 -