# EXHIBIT B

## SECURITIES CLASS ACTION CERTIFICATION

I, Brian de Haan, hereby certify as follows:

1. I am an Assistant Attorney General in the Oregon Department of Justice's Financial Fraud and Consumer Protection Section and I am authorized to make legal decisions on behalf of Oregon Public Employees Retirement System ("Oregon PERS") with regard to this action and to make the statements contained herein.

2. Oregon PERS is made up of the Public Employees Retirement Fund ("PERF"), the Common School Fund ("CSFS") and the Higher Education Fund ("HIED"). Oregon PERS' investments are managed by the Oregon State Treasury under the direction of the Oregon Investment Council ("OIC").

3. Oregon PERS has fully reviewed the facts and allegations of the class action complaints in the matters captioned, *Leone v. Teva Pharmaceuticals Indus. Ltd., et al.* and *Galmi v. Teva Pharm. Indus. Ltd., et al.*, (together, the "Complaints"), asserting claims against Teva Pharmaceutical Industries Limited and wishes to serve as a lead plaintiff. Oregon PERS has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

4. Oregon PERS did not purchase the security that is the subject of this action at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5. Oregon PERS is willing to serve as a representative party on behalf of the Class (as defined in the Complaints), including providing testimony at deposition and trial, if necessary.

6. During the Class Period (as defined in the Complaints), Oregon PERS purchased and/or sold the securities that are the subject of the Complaints as set forth on the attached Schedule A.

7. Oregon PERS was not appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

8. Oregon PERS also sought to serve but was not appointed as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following case:

- *Hefler v. Wells Fargo & Company, et al.*, No. 16-cv-05479 (N.D. Cal.)

9. Oregon PERS will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 5 day of January, 2017.

By: _____
Brian de Haan
Assistant Attorney General
Oregon Department of Justice
Oregon Public Employees Retirement System

## SCHEDULE A

| Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/13/2014 | Purchase | 17,400 | 48.72 |
| 3/13/2014 | Purchase | 15,500 | 48.45 |
| 3/13/2014 | Purchase | 2,000 | 48.72 |
| 3/13/2014 | Purchase | 2,800 | 48.45 |
| 3/19/2014 | Purchase | 2,200 | 50.70 |
| 3/19/2014 | Purchase | 3,700 | 50.59 |
| 3/19/2014 | Purchase | 13,200 | 50.70 |
| 3/19/2014 | Purchase | 400 | 50.59 |
| 4/2/2014 | Purchase | 1,600 | 54.05 |
| 4/2/2014 | Purchase | 200 | 53.89 |
| 4/2/2014 | Purchase | 10,900 | 54.05 |
| 4/2/2014 | Purchase | 1,400 | 53.89 |
| 4/3/2014 | Purchase | 2,900 | 52.98 |
| 4/3/2014 | Purchase | 25,500 | 53.39 |
| 4/4/2014 | Purchase | 8,300 | 53.95 |
| 4/4/2014 | Purchase | 47,300 | 53.11 |
| 4/7/2014 | Purchase | 31,700 | 52.26 |
| 4/7/2014 | Purchase | 15,000 | 53.01 |
| 4/8/2014 | Purchase | 7,300 | 51.76 |
| 4/8/2014 | Purchase | 18,800 | 50.46 |
| 4/9/2014 | Purchase | 8,900 | 51.40 |
| 4/10/2014 | Purchase | 1,600 | 52.07 |
| 4/10/2014 | Purchase | 7,300 | 52.28 |
| 4/10/2014 | Purchase | 21,700 | 51.36 |
| 4/10/2014 | Purchase | 3,600 | 52.51 |
| 4/10/2014 | Purchase | 10,900 | 52.07 |
| 4/11/2014 | Purchase | 12,100 | 50.46 |
| 4/11/2014 | Purchase | 3,400 | 50.04 |
| 5/13/2014 | Purchase | 20,600 | 50.89 |
| 5/14/2014 | Purchase | 13,700 | 50.89 |
| 5/14/2014 | Purchase | 13,800 | 50.78 |
| 5/15/2014 | Purchase | 7,800 | 49.89 |

| | | | |
|---|---|---|---|
| 5/21/2014 | Purchase | 7,200 | 49.86 |
| 5/21/2014 | Purchase | 8,000 | 50.20 |
| 5/22/2014 | Purchase | 10,300 | 50.69 |
| 5/22/2014 | Purchase | 12,300 | 50.47 |
| 5/22/2014 | Purchase | 2,800 | 50.39 |
| 5/23/2014 | Purchase | 11,900 | 51.55 |
| 5/27/2014 | Purchase | 14,000 | 51.51 |
| 7/7/2014 | Sale | (5,700) | 54.15 |
| 7/14/2014 | Purchase | 58,100 | 54.51 |
| 7/14/2014 | Purchase | 1,282 | 54.76 |
| 7/14/2014 | Purchase | 9,800 | 54.79 |
| 7/14/2014 | Purchase | 1,283 | 54.76 |
| 7/15/2014 | Purchase | 573 | 54.54 |
| 7/15/2014 | Purchase | 16,906 | 54.54 |
| 7/16/2014 | Purchase | 1,112 | 54.17 |
| 7/16/2014 | Purchase | 32,811 | 54.17 |
| 7/17/2014 | Purchase | 28,925 | 53.79 |
| 7/17/2014 | Purchase | 980 | 53.79 |
| 7/30/2014 | Sale | (7,609) | 54.62 |
| 8/15/2014 | Purchase | 2,169 | 51.84 |
| 8/18/2014 | Purchase | 1,852 | 52.16 |
| 8/19/2014 | Purchase | 672 | 52.46 |
| 8/27/2014 | Purchase | 1,609 | 52.44 |
| 8/28/2014 | Purchase | 2,810 | 52.14 |
| 9/3/2014 | Purchase | 9,788 | 52.52 |
| 9/4/2014 | Purchase | 194 | 52.01 |
| 9/8/2014 | Purchase | 26,746 | 52.18 |
| 9/23/2014 | Purchase | 19,948 | 52.00 |
| 9/24/2014 | Purchase | 128,479 | 53.19 |
| 9/24/2014 | Purchase | 14,008 | 53.16 |
| 9/25/2014 | Purchase | 9,381 | 53.62 |
| 9/26/2014 | Purchase | 62,253 | 53.61 |
| 9/29/2014 | Purchase | 37,372 | 54.12 |
| 10/3/2014 | Purchase | 17,841 | 54.95 |

| 10/14/2014 | Purchase | 33,126 | 49.81 |
| 10/15/2014 | Purchase | 6,349 | 48.70 |
| 10/16/2014 | Purchase | 6,214 | 51.06 |
| 10/20/2014 | Purchase | 1,287 | 51.48 |
| 10/21/2014 | Purchase | 944 | 52.59 |
| 10/27/2014 | Purchase | 2,529 | 54.06 |
| 10/27/2014 | Purchase | 678 | 54.06 |
| 10/28/2014 | Purchase | 1,592 | 54.78 |
| 10/28/2014 | Purchase | 427 | 54.78 |
| 11/4/2014 | Purchase | 400 | 57.93 |
| 11/4/2014 | Purchase | 3,100 | 57.93 |
| 11/5/2014 | Purchase | 9,752 | 58.00 |
| 11/5/2014 | Purchase | 1,100 | 57.90 |
| 11/5/2014 | Purchase | 500 | 57.81 |
| 11/5/2014 | Purchase | 100 | 57.90 |
| 11/5/2014 | Purchase | 1,656 | 58.00 |
| 11/5/2014 | Purchase | 100 | 57.81 |
| 11/12/2014 | Purchase | 1,747 | 58.36 |
| 11/12/2014 | Purchase | 3,866 | 58.36 |
| 11/13/2014 | Purchase | 1,815 | 58.00 |
| 11/13/2014 | Purchase | 2,656 | 57.67 |
| 11/13/2014 | Purchase | 1,201 | 57.67 |
| 11/13/2014 | Purchase | 820 | 58.00 |
| 11/17/2014 | Purchase | 22,716 | 57.93 |
| 11/17/2014 | Purchase | 9,371 | 57.49 |
| 11/18/2014 | Purchase | 7,825 | 57.33 |
| 11/19/2014 | Purchase | 2,514 | 57.31 |
| 11/21/2014 | Purchase | 100 | 57.42 |
| 11/21/2014 | Purchase | 3,774 | 57.33 |
| 11/21/2014 | Purchase | 800 | 57.42 |
| 11/21/2014 | Purchase | 23,875 | 57.33 |
| 12/19/2014 | Purchase | 9,821 | 57.97 |
| 12/19/2014 | Purchase | 1,700 | 57.03 |
| 12/19/2014 | Purchase | 1,633 | 57.97 |

| | | | |
|---|---|---|---|
| 12/19/2014 | Purchase | 200 | 57.03 |
| 12/29/2014 | Sale | (483) | 57.23 |
| 1/8/2015 | Purchase | 32,597 | 57.93 |
| 1/21/2015 | Purchase | 22,855 | 58.45 |
| 1/23/2015 | Sale | (7,751) | 58.93 |
| 1/23/2015 | Sale | (1,273) | 58.93 |
| 1/26/2015 | Sale | (4,754) | 58.67 |
| 1/26/2015 | Sale | (781) | 58.67 |
| 1/27/2015 | Sale | (4,648) | 58.91 |
| 1/27/2015 | Sale | (764) | 58.91 |
| 1/28/2015 | Sale | (625) | 58.24 |
| 1/29/2015 | Sale | (1,226) | 57.39 |
| 1/30/2015 | Sale | (2,075) | 57.28 |
| 2/2/2015 | Sale | (275) | 56.99 |
| 2/3/2015 | Sale | (659) | 57.02 |
| 2/4/2015 | Sale | (1,897) | 56.68 |
| 2/5/2015 | Sale | (3,938) | 57.60 |
| 2/6/2015 | Purchase | 23,277 | 57.91 |
| 2/6/2015 | Sale | (5,018) | 57.66 |
| 2/9/2015 | Sale | (5,857) | 56.69 |
| 2/10/2015 | Sale | (4,626) | 57.06 |
| 2/11/2015 | Sale | (6,950) | 56.99 |
| 2/12/2015 | Sale | (9,615) | 57.17 |
| 2/13/2015 | Sale | (3,023) | 56.82 |
| 2/17/2015 | Sale | (29,488) | 56.96 |
| 2/17/2015 | Sale | (3,011) | 57.03 |
| 2/18/2015 | Sale | (1,944) | 56.89 |
| 2/19/2015 | Sale | (2,421) | 56.30 |
| 2/20/2015 | Sale | (213) | 56.49 |
| 2/23/2015 | Sale | (225) | 56.77 |
| 2/24/2015 | Sale | (311) | 56.75 |
| 2/25/2015 | Sale | (18,859) | 56.47 |
| 2/25/2015 | Sale | (16) | 56.47 |
| 2/26/2015 | Sale | (17,511) | 56.50 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 2/26/2015 | Sale | (15) | 56.50 |
| 2/27/2015 | Sale | (24,130) | 56.79 |
| 2/27/2015 | Sale | (20) | 56.79 |
| 3/11/2015 | Sale | (3,464) | 57.72 |
| 3/12/2015 | Sale | (3,650) | 59.35 |
| 3/13/2015 | Sale | (3,086) | 59.98 |
| 3/16/2015 | Sale | (18,520) | 60.43 |
| 3/17/2015 | Sale | (24,990) | 60.99 |
| 3/18/2015 | Sale | (28,651) | 61.36 |
| 5/8/2015 | Purchase | 2,700 | 60.57 |
| 5/8/2015 | Purchase | 3,200 | 60.90 |
| 5/8/2015 | Purchase | 100 | 61.00 |
| 5/8/2015 | Purchase | 300 | 60.57 |
| 5/8/2015 | Purchase | 400 | 60.90 |
| 5/22/2015 | Sale | (36,343) | 61.26 |
| 6/1/2015 | Purchase | 44,701 | 60.25 |
| 6/2/2015 | Purchase | 39,399 | 60.43 |
| 6/15/2015 | Sale | (84,100) | 60.68 |
| 7/27/2015 | Purchase | 34,620 | 68.98 |
| 7/30/2015 | Purchase | 30,375 | 70.01 |
| 8/27/2015 | Purchase | 20,426 | 65.30 |
| 9/16/2015 | Sale | (18,200) | 64.72 |
| 9/16/2015 | Sale | (61,300) | 64.90 |
| 9/17/2015 | Sale | (18,900) | 64.51 |
| 9/17/2015 | Sale | (19,300) | 64.57 |
| 9/18/2015 | Sale | (14,400) | 64.07 |
| 9/18/2015 | Sale | (20,000) | 63.72 |
| 10/1/2015 | Purchase | 618 | 57.27 |
| 10/2/2015 | Purchase | 782 | 58.99 |
| 10/6/2015 | Sale | (2,000) | 58.32 |
| 10/9/2015 | Sale | (594) | 58.88 |
| 10/12/2015 | Sale | (397) | 58.91 |
| 10/13/2015 | Sale | (409) | 58.73 |
| 12/3/2015 | Purchase | 20,700 | 64.11 |

| | | | |
|---|---|---|---|
| 12/3/2015 | Purchase | 10,500 | 62.50 |
| 12/3/2015 | Purchase | 12,968 | 62.50 |
| 12/3/2015 | Purchase | 2,113 | 62.50 |
| 12/17/2015 | Sale | (16,200) | 65.63 |
| 1/20/2016 | Purchase | 4,100 | 61.11 |
| 5/18/2016 | Purchase | 18,431 | 51.86 |
| 5/19/2016 | Purchase | 18,142 | 51.76 |
| 6/13/2016 | Purchase | 28,100 | 53.29 |
| 6/13/2016 | Purchase | 4,000 | 53.36 |
| 6/14/2016 | Purchase | 7,400 | 53.10 |
| 6/14/2016 | Purchase | 12,900 | 53.23 |
| 6/14/2016 | Purchase | 13,070 | 53.43 |
| 7/14/2016 | Sale | (76,600) | 54.52 |
| 7/27/2016 | Purchase | 4,900 | 55.10 |
| 8/30/2016 | Sale | (64,805) | 50.70 |
| 8/31/2016 | Sale | (89,620) | 50.40 |
| 10/3/2016 | Sale | (72,355) | 45.81 |
| 10/5/2016 | Sale | (39,479) | 45.08 |
| 10/11/2016 | Purchase | 22,472 | 44.78 |
| 10/11/2016 | Purchase | 1,869 | 44.82 |
| 10/11/2016 | Purchase | 10,562 | 44.53 |
| 10/11/2016 | Purchase | 2,047 | 44.95 |
| 10/12/2016 | Purchase | 16,777 | 44.08 |
| 10/12/2016 | Purchase | 95,040 | 44.21 |
| 10/12/2016 | Sale | (37,417) | 44.42 |
| 10/13/2016 | Purchase | 63,903 | 44.20 |
| 10/14/2016 | Purchase | 18,510 | 44.34 |
| 10/17/2016 | Purchase | 19,060 | 42.73 |
| 10/17/2016 | Sale | (110,148) | 41.93 |
| 10/18/2016 | Purchase | 17,338 | 42.12 |
| 10/18/2016 | Purchase | 9,582 | 42.33 |