# EXHIBIT E

**Oregon Public Employees Retirement System LIFO Losses**

Teva Pharmaceutical Industries Limited
Class Period: 2/10/2014 - 11/3/2016

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 3/13/2014 | Purchase | 17,400 | 48.7198 | 17,400 | - | - | $ 847,724.52 | |
| 3/13/2014 | Purchase | 15,500 | 48.4455 | 15,500 | - | - | $ 750,905.25 | |
| 3/13/2014 | Purchase | 2,000 | 48.7198 | 2,000 | - | - | $ 97,439.60 | |
| 3/13/2014 | Purchase | 2,800 | 48.4455 | 2,800 | - | - | $ 135,647.40 | |
| 3/19/2014 | Purchase | 2,200 | 50.6955 | 2,200 | - | - | $ 111,530.10 | |
| 3/19/2014 | Purchase | 3,700 | 50.593049 | 3,700 | - | - | $ 187,194.28 | |
| 3/19/2014 | Purchase | 13,200 | 50.6955 | 13,200 | - | - | $ 669,180.60 | |
| 3/19/2014 | Purchase | 400 | 50.593049 | 400 | - | - | $ 20,237.22 | |
| 4/2/2014 | Purchase | 1,600 | 54.04996 | 1,600 | - | - | $ 86,479.94 | |
| 4/2/2014 | Purchase | 200 | 53.893333 | 200 | - | - | $ 10,778.67 | |
| 4/2/2014 | Purchase | 10,900 | 54.04996 | 10,900 | - | - | $ 589,144.56 | |
| 4/2/2014 | Purchase | 1,400 | 53.893333 | 1,400 | - | - | $ 75,450.67 | |
| 4/3/2014 | Purchase | 2,900 | 52.98 | 2,900 | - | - | $ 153,642.00 | |
| 4/3/2014 | Purchase | 25,500 | 53.3944 | 25,500 | - | - | $ 1,361,557.20 | |
| 4/4/2014 | Purchase | 8,300 | 53.9521 | 8,300 | - | - | $ 447,802.43 | |
| 4/4/2014 | Purchase | 47,300 | 53.1101 | 47,300 | - | - | $ 2,512,107.73 | |
| 4/7/2014 | Purchase | 31,700 | 52.2613 | 31,700 | - | - | $ 1,656,683.21 | |
| 4/7/2014 | Purchase | 15,000 | 53.0099 | 15,000 | - | - | $ 795,148.50 | |
| 4/8/2014 | Purchase | 7,300 | 51.7563 | 7,300 | - | - | $ 377,820.99 | |
| 4/8/2014 | Purchase | 18,800 | 50.4575 | 18,800 | - | - | $ 948,601.00 | |
| 4/9/2014 | Purchase | 8,900 | 51.3991 | 8,900 | - | - | $ 457,451.99 | |
| 4/10/2014 | Purchase | 1,600 | 52.0684 | 1,600 | - | - | $ 83,309.44 | |
| 4/10/2014 | Purchase | 7,300 | 52.2849 | 7,300 | - | - | $ 381,679.77 | |
| 4/10/2014 | Purchase | 21,700 | 51.356 | 21,700 | - | - | $ 1,114,425.20 | |
| 4/10/2014 | Purchase | 3,600 | 52.51 | 3,600 | - | - | $ 189,036.00 | |
| 4/10/2014 | Purchase | 10,900 | 52.0684 | 10,900 | - | - | $ 567,545.56 | |
| 4/11/2014 | Purchase | 12,100 | 50.4625 | 12,100 | - | - | $ 610,596.25 | |
| 4/11/2014 | Purchase | 3,400 | 50.035 | 3,400 | - | - | $ 170,119.00 | |
| 5/13/2014 | Purchase | 20,600 | 50.8889 | 20,600 | - | - | $ 1,048,311.34 | |
| 5/14/2014 | Purchase | 13,700 | 50.8878 | 13,700 | - | - | $ 697,162.86 | |
| 5/14/2014 | Purchase | 13,800 | 50.7845 | 13,800 | - | - | $ 700,826.10 | |
| 5/15/2014 | Purchase | 7,800 | 49.8912 | 7,800 | - | - | $ 389,151.36 | |
| 5/21/2014 | Purchase | 7,200 | 49.8572 | 7,200 | - | - | $ 358,971.84 | |
| 5/21/2014 | Purchase | 8,000 | 50.204 | 8,000 | - | - | $ 401,632.00 | |
| 5/22/2014 | Purchase | 10,300 | 50.687 | 10,300 | - | - | $ 522,076.10 | |
| 5/22/2014 | Purchase | 12,300 | 50.4675 | 12,300 | - | - | $ 620,750.25 | |
| 5/22/2014 | Purchase | 2,800 | 50.39 | 2,800 | - | - | $ 141,092.00 | |
| 5/23/2014 | Purchase | 11,900 | 51.551 | 11,900 | - | - | $ 613,456.90 | |
| 5/27/2014 | Purchase | 14,000 | 51.5083 | 14,000 | - | - | $ 721,116.20 | |
| 7/7/2014 | Sale | 5,700 | 54.1499 | - | (5,700) | (5,700) | | $ (308,654.43) |
| 7/14/2014 | Purchase | 58,100 | 54.505 | 58,100 | - | - | $ 3,166,740.50 | |
| 7/14/2014 | Purchase | 1,282 | 54.758097 | 1,282 | - | - | $ 70,199.88 | |
| 7/14/2014 | Purchase | 9,800 | 54.7885 | 9,800 | - | - | $ 536,927.30 | |
| 7/14/2014 | Purchase | 1,283 | 54.7581 | 1,283 | - | - | $ 70,254.64 | |
| 7/15/2014 | Purchase | 573 | 54.5421 | 573 | - | - | $ 31,252.62 | |

| Damage Summary | |
|---|---|
| Total Class Period Purchases: | 1,764,016 |
| Total Class Period Sales: | (1,042,639) |
| Total Sales on Class Period Purchases: | (1,042,639) |
| Total Class Period Shares Retained: | 721,377 |
| 90-day Loss Price: | $ 37.6507 |
| | |
| Total Purchases: | $ 93,927,939.24 |
| Total Sales Proceeds: | $ (56,879,124.69) |
| Total Retained Value: | $ (27,160,347.45) |
| | |
| Total Loss: | $ 9,888,467.09 |

**Oregon Public Employees Retirement System LIFO Losses**

| Date | Type | Qty | Price | Qty | | | $ Amount | |
|---|---|---|---|---|---|---|---|---|
| 7/15/2014 | Purchase | 16,906 | 54.5421 | 16,906 | - | - | $ 922,088.74 | |
| 7/16/2014 | Purchase | 1,112 | 54.171196 | 1,112 | - | - | $ 60,238.37 | |
| 7/16/2014 | Purchase | 32,811 | 54.1712 | 32,811 | - | - | $ 1,777,411.24 | |
| 7/17/2014 | Purchase | 28,925 | 53.7872 | 28,925 | - | - | $ 1,555,794.76 | |
| 7/17/2014 | Purchase | 980 | 53.7872 | 980 | - | - | $ 52,711.46 | |
| 7/30/2014 | Sale | 7,609 | 54.6243 | - | (7,609) | (7,609) | | $ (415,636.30) |
| 8/15/2014 | Purchase | 2,169 | 51.8385 | 2,169 | - | - | $ 112,437.71 | |
| 8/18/2014 | Purchase | 1,852 | 52.1583 | 1,852 | - | - | $ 96,597.17 | |
| 8/19/2014 | Purchase | 672 | 52.4574 | 672 | - | - | $ 35,251.37 | |
| 8/27/2014 | Purchase | 1,609 | 52.4424 | 1,609 | - | - | $ 84,379.82 | |
| 8/28/2014 | Purchase | 2,810 | 52.1446 | 2,810 | - | - | $ 146,526.33 | |
| 9/3/2014 | Purchase | 9,788 | 52.5237 | 9,788 | - | - | $ 514,101.98 | |
| 9/4/2014 | Purchase | 194 | 52.0118 | 194 | - | - | $ 10,090.29 | |
| 9/8/2014 | Purchase | 26,746 | 52.175 | 26,746 | - | - | $ 1,395,472.55 | |
| 9/23/2014 | Purchase | 19,948 | 52.0045 | 19,948 | - | - | $ 1,037,385.77 | |
| 9/24/2014 | Purchase | 128,479 | 53.1881 | 128,479 | - | - | $ 6,833,553.90 | |
| 9/24/2014 | Purchase | 14,008 | 53.1602 | 14,008 | - | - | $ 744,668.08 | |
| 9/25/2014 | Purchase | 9,381 | 53.619 | 9,381 | - | - | $ 502,999.84 | |
| 9/26/2014 | Purchase | 62,253 | 53.610972 | 62,253 | - | - | $ 3,337,443.84 | |
| 9/29/2014 | Purchase | 37,372 | 54.119696 | 37,372 | - | - | $ 2,022,561.28 | |
| 10/3/2014 | Purchase | 17,841 | 54.9528 | 17,841 | - | - | $ 980,412.90 | |
| 10/14/2014 | Purchase | 33,126 | 49.81 | 33,126 | - | - | $ 1,650,006.06 | |
| 10/15/2014 | Purchase | 6,349 | 48.6971 | 6,349 | - | - | $ 309,177.89 | |
| 10/16/2014 | Purchase | 6,214 | 51.0638 | 6,214 | - | - | $ 317,310.45 | |
| 10/20/2014 | Purchase | 1,287 | 51.477 | 1,287 | - | - | $ 66,250.90 | |
| 10/21/2014 | Purchase | 944 | 52.5911 | 944 | - | - | $ 49,646.00 | |
| 10/27/2014 | Purchase | 2,529 | 54.0563 | 2,529 | - | - | $ 136,708.38 | |
| 10/27/2014 | Purchase | 678 | 54.0563 | 678 | - | - | $ 36,650.17 | |
| 10/28/2014 | Purchase | 1,592 | 54.7784 | 1,592 | - | - | $ 87,207.21 | |
| 10/28/2014 | Purchase | 427 | 54.7784 | 427 | - | - | $ 23,390.38 | |
| 11/4/2014 | Purchase | 400 | 57.9344 | 400 | - | - | $ 23,173.76 | |
| 11/4/2014 | Purchase | 3,100 | 57.9344 | 3,100 | - | - | $ 179,596.64 | |
| 11/5/2014 | Purchase | 9,752 | 58 | 9,752 | - | - | $ 565,616.00 | |
| 11/5/2014 | Purchase | 1,100 | 57.9 | 1,100 | - | - | $ 63,690.00 | |
| 11/5/2014 | Purchase | 500 | 57.8082 | 500 | - | - | $ 28,904.10 | |
| 11/5/2014 | Purchase | 100 | 57.9 | 100 | - | - | $ 5,790.00 | |
| 11/5/2014 | Purchase | 1,656 | 58 | 1,656 | - | - | $ 96,048.00 | |
| 11/5/2014 | Purchase | 100 | 57.8082 | 100 | - | - | $ 5,780.82 | |
| 11/12/2014 | Purchase | 1,747 | 58.3553 | 1,747 | - | - | $ 101,946.71 | |
| 11/12/2014 | Purchase | 3,866 | 58.3553 | 3,866 | - | - | $ 225,601.59 | |
| 11/13/2014 | Purchase | 1,815 | 58.0044 | 1,815 | - | - | $ 105,277.99 | |
| 11/13/2014 | Purchase | 2,656 | 57.6725 | 2,656 | - | - | $ 153,178.16 | |
| 11/13/2014 | Purchase | 1,201 | 57.6725 | 1,201 | - | - | $ 69,264.67 | |
| 11/13/2014 | Purchase | 820 | 58.0044 | 820 | - | - | $ 47,563.61 | |
| 11/17/2014 | Purchase | 22,716 | 57.9324 | 22,716 | - | - | $ 1,315,992.40 | |
| 11/17/2014 | Purchase | 9,371 | 57.4861 | 9,371 | - | - | $ 538,702.24 | |
| 11/18/2014 | Purchase | 7,825 | 57.3322 | 7,825 | - | - | $ 448,624.47 | |
| 11/19/2014 | Purchase | 2,514 | 57.3071 | 2,514 | - | - | $ 144,070.05 | |

**Oregon Public Employees Retirement System LIFO Losses**

Teva Pharmaceutical Industries Limited
Class Period: 2/10/2014 - 11/3/2016

| Date | Type | Qty | Price | Buy Qty | Neg1 | Neg2 | Purchase $ | Loss $ |
|---|---|---|---|---|---|---|---|---|
| 11/21/2014 | Purchase | 100 | 57.4188 | 100 | - | - | $ 5,741.88 | |
| 11/21/2014 | Purchase | 3,774 | 57.325199 | 3,774 | - | - | $ 216,345.30 | |
| 11/21/2014 | Purchase | 800 | 57.4188 | 800 | - | - | $ 45,935.04 | |
| 11/21/2014 | Purchase | 23,875 | 57.3252 | 23,875 | - | - | $ 1,368,639.15 | |
| 12/19/2014 | Purchase | 9,821 | 57.973359 | 9,821 | - | - | $ 569,356.36 | |
| 12/19/2014 | Purchase | 1,700 | 57.033281 | 1,700 | - | - | $ 96,956.58 | |
| 12/19/2014 | Purchase | 1,633 | 57.973359 | 1,633 | - | - | $ 94,670.50 | |
| 12/19/2014 | Purchase | 200 | 57.0333 | 200 | - | - | $ 11,406.66 | |
| 12/29/2014 | Sale | 483 | 57.2335 | - | (483) | (483) | | $ (27,643.78) |
| 1/8/2015 | Purchase | 32,597 | 57.9285 | 32,597 | - | - | $ 1,888,295.31 | |
| 1/21/2015 | Purchase | 22,855 | 58.447 | 22,855 | - | - | $ 1,335,806.19 | |
| 1/23/2015 | Sale | 7,751 | 58.9271 | - | (7,751) | (7,751) | | $ (456,743.95) |
| 1/23/2015 | Sale | 1,273 | 58.9271 | - | (1,273) | (1,273) | | $ (75,014.20) |
| 1/26/2015 | Sale | 4,754 | 58.666199 | - | (4,754) | (4,754) | | $ (278,899.11) |
| 1/26/2015 | Sale | 781 | 58.6662 | - | (781) | (781) | | $ (45,818.30) |
| 1/27/2015 | Sale | 4,648 | 58.907799 | - | (4,648) | (4,648) | | $ (273,803.45) |
| 1/27/2015 | Sale | 764 | 58.9078 | - | (764) | (764) | | $ (45,005.56) |
| 1/28/2015 | Sale | 625 | 58.2432 | - | (625) | (625) | | $ (36,402.00) |
| 1/29/2015 | Sale | 1,226 | 57.3932 | - | (1,226) | (1,226) | | $ (70,364.06) |
| 1/30/2015 | Sale | 2,075 | 57.2759 | - | (2,075) | (2,075) | | $ (118,847.49) |
| 2/2/2015 | Sale | 275 | 56.9866 | - | (275) | (275) | | $ (15,671.32) |
| 2/3/2015 | Sale | 659 | 57.021593 | - | (659) | (659) | | $ (37,577.23) |
| 2/4/2015 | Sale | 1,897 | 56.6754 | - | (1,897) | (1,897) | | $ (107,513.23) |
| 2/5/2015 | Sale | 3,938 | 57.6033 | - | (3,938) | (3,938) | | $ (226,841.80) |
| 2/6/2015 | Purchase | 23,277 | 57.9096 | 23,277 | - | - | $ 1,347,961.76 | |
| 2/6/2015 | Sale | 5,018 | 57.6574 | - | (5,018) | (5,018) | | $ (289,324.83) |
| 2/9/2015 | Sale | 5,857 | 56.687 | - | (5,857) | (5,857) | | $ (332,015.76) |
| 2/10/2015 | Sale | 4,626 | 57.0564 | - | (4,626) | (4,626) | | $ (263,942.91) |
| 2/11/2015 | Sale | 6,950 | 56.9917 | - | (6,950) | (6,950) | | $ (396,092.32) |
| 2/12/2015 | Sale | 9,615 | 57.1734 | - | (9,615) | (9,615) | | $ (549,722.24) |
| 2/13/2015 | Sale | 3,023 | 56.8203 | - | (3,023) | (3,023) | | $ (171,767.77) |
| 2/17/2015 | Sale | 29,488 | 56.9593 | - | (29,488) | (29,488) | | $ (1,679,615.84) |
| 2/17/2015 | Sale | 3,011 | 57.0308 | - | (3,011) | (3,011) | | $ (171,719.74) |
| 2/18/2015 | Sale | 1,944 | 56.8934 | - | (1,944) | (1,944) | | $ (110,600.77) |
| 2/19/2015 | Sale | 2,421 | 56.3028 | - | (2,421) | (2,421) | | $ (136,309.08) |
| 2/20/2015 | Sale | 213 | 56.4909 | - | (213) | (213) | | $ (12,032.56) |
| 2/23/2015 | Sale | 225 | 56.7665 | - | (225) | (225) | | $ (12,772.46) |
| 2/24/2015 | Sale | 311 | 56.7478 | - | (311) | (311) | | $ (17,648.57) |
| 2/25/2015 | Sale | 18,859 | 56.4713 | - | (18,859) | (18,859) | | $ (1,064,992.25) |
| 2/25/2015 | Sale | 16 | 56.4713 | - | (16) | (16) | | $ (903.54) |
| 2/26/2015 | Sale | 17,511 | 56.5 | - | (17,511) | (17,511) | | $ (989,371.50) |
| 2/26/2015 | Sale | 15 | 56.5 | - | (15) | (15) | | $ (847.50) |
| 2/27/2015 | Sale | 24,130 | 56.7916 | - | (24,130) | (24,130) | | $ (1,370,381.31) |
| 2/27/2015 | Sale | 20 | 56.7916 | - | (20) | (20) | | $ (1,135.83) |
| 3/11/2015 | Sale | 3,464 | 57.7235 | - | (3,464) | (3,464) | | $ (199,954.20) |
| 3/12/2015 | Sale | 3,650 | 59.349 | - | (3,650) | (3,650) | | $ (216,623.85) |
| 3/13/2015 | Sale | 3,086 | 59.9834 | - | (3,086) | (3,086) | | $ (185,108.77) |
| 3/16/2015 | Sale | 18,520 | 60.4287 | - | (18,520) | (18,520) | | $ (1,119,139.52) |

**Oregon Public Employees Retirement System LIFO Losses**

Teva Pharmaceutical Industries Limited
Class Period: 2/10/2014 - 11/3/2016

| Date | Type | Shares | Price | Purchase | Sale | Sale | $ Cost | $ Loss |
|---|---|---|---|---|---|---|---|---|
| 3/17/2015 | Sale | 24,990 | 60.9906 | - | (24,990) | (24,990) | | $ (1,524,155.09) |
| 3/18/2015 | Sale | 28,651 | 61.3606 | - | (28,651) | (28,651) | | $ (1,758,042.55) |
| 5/8/2015 | Purchase | 2,700 | 60.568799 | 2,700 | - | - | $ 163,535.76 | |
| 5/8/2015 | Purchase | 3,200 | 60.902666 | 3,200 | - | - | $ 194,888.53 | |
| 5/8/2015 | Purchase | 100 | 61.000917 | 100 | - | - | $ 6,100.09 | |
| 5/8/2015 | Purchase | 300 | 60.568799 | 300 | - | - | $ 18,170.64 | |
| 5/8/2015 | Purchase | 400 | 60.902666 | 400 | - | - | $ 24,361.07 | |
| 5/22/2015 | Sale | 36,343 | 61.2554 | - | (36,343) | (36,343) | | $ (2,226,205.00) |
| 6/1/2015 | Purchase | 44,701 | 60.2517 | 44,701 | - | - | $ 2,693,311.24 | |
| 6/2/2015 | Purchase | 39,399 | 60.4285 | 39,399 | - | - | $ 2,380,822.47 | |
| 6/15/2015 | Sale | 84,100 | 60.68 | - | (84,100) | (84,100) | | $ (5,103,188.00) |
| 7/27/2015 | Purchase | 34,620 | 68.982 | 34,620 | - | - | $ 2,388,156.84 | |
| 7/30/2015 | Purchase | 30,375 | 70.014 | 30,375 | - | - | $ 2,126,675.25 | |
| 8/27/2015 | Purchase | 20,426 | 65.296 | 20,426 | - | - | $ 1,333,736.10 | |
| 9/16/2015 | Sale | 18,200 | 64.7177 | - | (18,200) | (18,200) | | $ (1,177,862.14) |
| 9/16/2015 | Sale | 61,300 | 64.9044 | - | (61,300) | (61,300) | | $ (3,978,639.72) |
| 9/17/2015 | Sale | 18,900 | 64.5107 | - | (18,900) | (18,900) | | $ (1,219,252.23) |
| 9/17/2015 | Sale | 19,300 | 64.566 | - | (19,300) | (19,300) | | $ (1,246,123.80) |
| 9/18/2015 | Sale | 14,400 | 64.0706 | - | (14,400) | (14,400) | | $ (922,616.64) |
| 9/18/2015 | Sale | 20,000 | 63.7239 | - | (20,000) | (20,000) | | $ (1,274,478.00) |
| 10/1/2015 | Purchase | 618 | 57.2733 | 618 | - | - | $ 35,394.90 | |
| 10/2/2015 | Purchase | 782 | 58.9911 | 782 | - | - | $ 46,131.04 | |
| 10/6/2015 | Sale | 2,000 | 58.32102 | - | (2,000) | (2,000) | | $ (116,642.04) |
| 10/9/2015 | Sale | 594 | 58.8795 | - | (594) | (594) | | $ (34,974.42) |
| 10/12/2015 | Sale | 397 | 58.9071 | - | (397) | (397) | | $ (23,386.12) |
| 10/13/2015 | Sale | 409 | 58.7252 | - | (409) | (409) | | $ (24,018.61) |
| 12/3/2015 | Purchase | 20,700 | 64.1113 | 20,700 | - | - | $ 1,327,103.91 | |
| 12/3/2015 | Purchase | 10,500 | 62.5 | 10,500 | - | - | $ 656,250.00 | |
| 12/3/2015 | Purchase | 12,968 | 62.5 | 12,968 | - | - | $ 810,500.00 | |
| 12/3/2015 | Purchase | 2,113 | 62.5 | 2,113 | - | - | $ 132,062.50 | |
| 12/17/2015 | Sale | 16,200 | 65.6333 | - | (16,200) | (16,200) | | $ (1,063,259.46) |
| 1/20/2016 | Purchase | 4,100 | 61.1073 | 4,100 | - | - | $ 250,539.93 | |
| 5/18/2016 | Purchase | 18,431 | 51.8598 | 18,431 | - | - | $ 955,827.97 | |
| 5/19/2016 | Purchase | 18,142 | 51.7643 | 18,142 | - | - | $ 939,107.93 | |
| 6/13/2016 | Purchase | 28,100 | 53.2863 | 28,100 | - | - | $ 1,497,345.03 | |
| 6/13/2016 | Purchase | 4,000 | 53.36 | 4,000 | - | - | $ 213,440.00 | |
| 6/14/2016 | Purchase | 7,400 | 53.1029 | 7,400 | - | - | $ 392,961.46 | |
| 6/14/2016 | Purchase | 12,900 | 53.228 | 12,900 | - | - | $ 686,641.20 | |
| 6/14/2016 | Purchase | 13,070 | 53.4325 | 13,070 | - | - | $ 698,362.78 | |
| 7/14/2016 | Sale | 76,600 | 54.5209 | - | (76,600) | (76,600) | | $ (4,176,300.94) |
| 7/27/2016 | Purchase | 4,900 | 55.1031 | 4,900 | - | - | $ 270,005.19 | |
| 8/30/2016 | Sale | 64,805 | 50.6992 | - | (64,805) | (64,805) | | $ (3,285,561.66) |
| 8/31/2016 | Sale | 89,620 | 50.3994 | - | (89,620) | (89,620) | | $ (4,516,794.23) |
| 10/3/2016 | Sale | 72,355 | 45.8121 | - | (72,355) | (72,355) | | $ (3,314,734.50) |
| 10/5/2016 | Sale | 39,479 | 45.084 | - | (39,479) | (39,479) | | $ (1,779,871.24) |
| 10/11/2016 | Purchase | 22,472 | 44.7827 | 22,472 | - | - | $ 1,006,356.83 | |
| 10/11/2016 | Purchase | 1,869 | 44.822 | 1,869 | - | - | $ 83,772.32 | |
| 10/11/2016 | Purchase | 10,562 | 44.5347 | 10,562 | - | - | $ 470,375.50 | |

**Oregon Public Employees Retirement System LIFO Losses**

| 10/11/2016 | Purchase | 2,047 | 44.945 | 2,047 | - | - | $ 92,002.42 | |
| 10/12/2016 | Purchase | 16,777 | 44.0772 | 16,777 | - | - | $ 739,483.18 | |
| 10/12/2016 | Purchase | 95,040 | 44.2059 | 95,040 | - | - | $ 4,201,328.74 | |
| 10/12/2016 | Sale | 37,417 | 44.4165 | - | (37,417) | (37,417) | | $ (1,661,932.18) |
| 10/13/2016 | Purchase | 63,903 | 44.2025 | 63,903 | - | - | $ 2,824,672.36 | |
| 10/14/2016 | Purchase | 18,510 | 44.3432 | 18,510 | - | - | $ 820,792.63 | |
| 10/17/2016 | Purchase | 19,060 | 42.7256 | 19,060 | - | - | $ 814,349.94 | |
| 10/17/2016 | Sale | 110,148 | 41.9311 | - | (110,148) | (110,148) | | $ (4,618,626.80) |
| 10/18/2016 | Purchase | 17,338 | 42.1181 | 17,338 | - | - | $ 730,243.62 | |
| 10/18/2016 | Purchase | 9,582 | 42.325 | 9,582 | - | - | $ 405,558.15 | |