# EXHIBIT C

Exhibit C
018

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **College Retirement Equities Fund - CREF Growth Account** | | | | | | | | | |
| | 12/03/2015 | 104,219 | $62.50 | $6,513,687.50 | 03/10/2016 | 8,039 | $58.70 | $471,877.24 | |
| | 12/09/2015 | 5,794 | $64.87 | $375,869.53 | 03/30/2016 | 6,494 | $55.38 | $359,637.72 | |
| | 12/09/2015 | 83,038 | $64.90 | $5,389,249.24 | 04/26/2016 | 8,106 | $54.94 | $445,331.48 | |
| | 12/11/2015 | 39,989 | $64.49 | $2,578,718.66 | 04/26/2016 | 14,457 | $54.97 | $794,653.58 | |
| | 12/14/2015 | 8,012 | $64.36 | $515,662.74 | 04/26/2016 | 55,552 | $54.85 | $3,046,788.33 | |
| | 12/14/2015 | 8,439 | $64.80 | $546,856.48 | 04/26/2016 | 56,522 | $54.70 | $3,091,713.83 | |
| | 12/14/2015 | 29,006 | $64.34 | $1,866,272.15 | 05/23/2016 | 113 | $51.14 | $5,778.76 | |
| | 12/14/2015 | 48,671 | $64.86 | $3,156,606.38 | 05/23/2016 | 11,017 | $51.17 | $563,758.62 | |
| | 12/14/2015 | 57,873 | $64.53 | $3,734,330.56 | 05/23/2016 | 28,265 | $51.22 | $1,447,854.84 | |
| | 01/04/2016 | 55 | $65.08 | $3,579.40 | 05/23/2016 | 46,864 | $51.26 | $2,402,061.18 | |
| | 01/04/2016 | 984 | $65.14 | $64,096.28 | 05/24/2016 | 28,643 | $51.97 | $1,488,482.19 | |
| | 01/04/2016 | 3,036 | $65.00 | $197,330.59 | 05/24/2016 | 112,886 | $51.77 | $5,843,769.56 | |
| | 01/04/2016 | 8,925 | $65.15 | $581,476.24 | 05/25/2016 | 78,631 | $51.82 | $4,074,619.10 | |
| | 01/04/2016 | 15,921 | $65.21 | $1,038,128.81 | 06/27/2016 | 5,660 | $48.40 | $273,947.40 | |
| | 01/04/2016 | 31,268 | $65.12 | $2,036,031.45 | 06/27/2016 | 14,214 | $48.29 | $686,322.99 | |
| | 01/04/2016 | 33,927 | $65.10 | $2,208,647.70 | 06/27/2016 | 14,214 | $48.56 | $690,231.84 | |
| | 01/04/2016 | 91,008 | $64.90 | $5,906,701.32 | 06/27/2016 | 16,801 | $48.45 | $814,075.65 | |
| | 01/07/2016 | 5,789 | $64.50 | $373,419.44 | 06/27/2016 | 130,988 | $48.52 | $6,355,367.48 | |
| | 01/07/2016 | 5,789 | $64.72 | $374,693.02 | 06/28/2016 | 2,843 | $49.23 | $139,975.10 | |
| | 01/07/2016 | 13,331 | $64.73 | $862,926.29 | 06/28/2016 | 10,700 | $49.17 | $526,093.32 | |
| | 01/07/2016 | 67,753 | $64.71 | $4,384,316.96 | 06/28/2016 | 47,188 | $49.21 | $2,321,970.48 | |
| | 01/22/2016 | 17,628 | $63.26 | $1,115,119.08 | 07/11/2016 | 2,557 | $51.05 | $130,533.06 | |
| | 01/22/2016 | 63,676 | $62.69 | $3,991,689.25 | 07/11/2016 | 57,126 | $51.05 | $2,916,493.67 | |
| | 01/25/2016 | 15,408 | $63.14 | $972,874.99 | 07/12/2016 | 30,114 | $51.95 | $1,564,416.28 | |
| | 01/25/2016 | 39,754 | $62.93 | $2,501,866.31 | 07/12/2016 | 180,032 | $51.79 | $9,324,001.31 | |
| | 01/28/2016 | 3,407 | $60.19 | $205,050.30 | 07/14/2016 | 31,602 | $54.91 | $1,735,347.99 | |
| | 01/28/2016 | 13,572 | $60.27 | $817,972.23 | 07/14/2016 | 180,831 | $54.81 | $9,912,215.10 | |
| | 01/28/2016 | 13,998 | $60.13 | $841,722.14 | 07/15/2016 | 17,333 | $54.29 | $941,012.04 | |
| | 01/28/2016 | 73,131 | $60.19 | $4,401,871.90 | 07/15/2016 | 75,532 | $54.27 | $4,099,401.11 | |
| | 01/28/2016 | 170,000 | $60.39 | $10,265,892.00 | 07/26/2016 | 31,115 | $54.22 | $1,687,207.76 | |
| | 02/04/2016 | 21,431 | $59.88 | $1,283,213.27 | 07/27/2016 | 185,036 | $54.79 | $10,137,437.81 | |
| | 02/04/2016 | 97,560 | $59.84 | $5,837,766.01 | 07/28/2016 | 13,849 | $54.99 | $761,591.13 | |
| | 02/05/2016 | 577 | $59.29 | $34,212.06 | | | | | |
| | 02/05/2016 | 15,208 | $59.70 | $907,978.43 | | | | | |
| | 04/05/2016 | 15,652 | $54.17 | $847,890.75 | | | | | |
| | 04/05/2016 | 22,021 | $54.14 | $1,192,157.48 | | | | | |
| | 04/05/2016 | 46,109 | $54.13 | $2,496,106.10 | | | | | |
| | 05/09/2016 | 170 | $52.36 | $8,901.20 | | | | | |
| | 05/09/2016 | 151,195 | $52.45 | $7,930,177.75 | | | | | |
| | 05/16/2016 | 60,000 | $50.12 | $3,007,254.00 | | | | | |
| | | **1,503,324** | | **$91,368,315.97** | | **1,503,324** | | **$79,053,967.94** | **($12,314,348.03)** |
| **College Retirement Equities Fund - CREF Stock Account** | | | | | | | | | |
| | 07/27/2015 | 30,000 | $67.64 | $2,029,341.00 | 02/11/2016 | 10,141 | $54.77 | $555,394.18 | |
| | 07/31/2015 | 5,000 | $68.44 | $342,215.00 | 03/15/2016 | 376 | $56.77 | $21,344.13 | |
| | 08/19/2015 | 5,000 | $69.23 | $346,174.50 | 03/15/2016 | 4,698 | $55.95 | $262,829.61 | |
| | 11/02/2015 | 1,567 | $60.81 | $95,292.72 | 03/15/2016 | 4,698 | $55.96 | $262,876.59 | |

Exhibit C
019

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 11/02/2015 | 3,700 | $60.85 | $225,127.24 | 03/15/2016 | 4,698 | $56.83 | $266,987.34 |
| 11/03/2015 | 2,580 | $60.91 | $157,149.09 | 03/15/2016 | 15,598 | $56.63 | $883,324.10 |
| 11/03/2015 | 24,175 | $62.15 | $1,502,374.72 | 03/15/2016 | 39,932 | $56.72 | $2,265,130.72 |
| 11/03/2015 | 30,825 | $62.18 | $1,916,553.62 | 03/22/2016 | 2,857 | $54.13 | $154,639.12 |
| 11/03/2015 | 37,103 | $62.03 | $2,301,513.93 | 03/22/2016 | 8,815 | $54.15 | $477,341.95 |
| 11/03/2015 | 60,050 | $61.82 | $3,712,008.77 | 03/22/2016 | 9,742 | $54.15 | $527,480.59 |
| 11/04/2015 | 28,473 | $61.17 | $1,741,787.37 | 03/22/2016 | 23,586 | $54.12 | $1,276,368.18 |
| 11/04/2015 | 36,527 | $61.21 | $2,235,949.17 | 03/31/2016 | 4,707 | $53.67 | $252,633.16 |
| 11/16/2015 | 33 | $58.38 | $1,926.38 | 03/31/2016 | 7,045 | $53.42 | $376,379.12 |
| 11/16/2015 | 1,300 | $58.41 | $75,932.48 | 03/31/2016 | 29,748 | $53.67 | $1,596,584.08 |
| 11/16/2015 | 1,667 | $58.58 | $97,656.86 | 04/26/2016 | 1,344 | $54.94 | $73,837.34 |
| 12/03/2015 | 8,173 | $62.50 | $510,812.50 | 04/26/2016 | 2,396 | $54.97 | $131,700.21 |
| 12/03/2015 | 11,767 | $62.50 | $735,437.50 | 04/26/2016 | 9,207 | $54.85 | $504,964.36 |
| 12/03/2015 | 17,033 | $62.50 | $1,064,562.50 | 04/26/2016 | 9,368 | $54.70 | $512,423.04 |
| 12/09/2015 | 947 | $64.87 | $61,433.97 | 05/23/2016 | 19 | $51.14 | $971.65 |
| 12/09/2015 | 13,583 | $64.90 | $881,550.28 | 05/23/2016 | 1,826 | $51.17 | $93,439.52 |
| 12/11/2015 | 6,538 | $64.49 | $421,607.51 | 05/23/2016 | 4,684 | $51.22 | $239,934.62 |
| 12/14/2015 | 1,309 | $64.36 | $84,248.94 | 05/23/2016 | 7,767 | $51.26 | $398,105.35 |
| 12/14/2015 | 1,379 | $64.80 | $89,360.72 | 05/24/2016 | 4,746 | $51.97 | $246,633.96 |
| 12/14/2015 | 4,744 | $64.34 | $305,233.23 | 05/24/2016 | 18,709 | $51.77 | $968,508.80 |
| 12/14/2015 | 7,958 | $64.86 | $516,124.05 | 05/25/2016 | 13,031 | $51.82 | $675,259.90 |
| 12/14/2015 | 9,461 | $64.53 | $610,483.32 | 05/31/2016 | 11,200 | $51.77 | $579,768.00 |
| 12/18/2015 | 40,000 | $65.54 | $2,621,684.00 | 05/31/2016 | 23,800 | $51.49 | $1,225,462.00 |
| 01/04/2016 | 9 | $65.08 | $585.72 | 05/31/2016 | 105,000 | $51.71 | $5,429,182.50 |
| 01/04/2016 | 161 | $65.14 | $10,487.30 | 06/27/2016 | 938 | $48.40 | $45,399.76 |
| 01/04/2016 | 497 | $65.00 | $32,303.46 | 06/27/2016 | 2,355 | $48.28 | $113,711.17 |
| 01/04/2016 | 1,459 | $65.15 | $95,055.89 | 06/27/2016 | 2,355 | $48.56 | $114,358.80 |
| 01/04/2016 | 2,603 | $65.20 | $169,728.61 | 06/27/2016 | 2,784 | $48.45 | $134,895.94 |
| 01/04/2016 | 5,112 | $65.12 | $332,870.44 | 06/27/2016 | 21,704 | $48.52 | $1,053,049.86 |
| 01/04/2016 | 5,547 | $65.10 | $361,109.70 | 06/28/2016 | 471 | $49.24 | $23,189.69 |
| 01/04/2016 | 14,879 | $64.90 | $965,693.22 | 06/28/2016 | 1,773 | $49.17 | $87,174.15 |
| 01/05/2016 | 14,000 | $65.19 | $912,697.80 | 06/28/2016 | 7,819 | $49.21 | $384,747.97 |
| 01/07/2016 | 946 | $64.51 | $61,021.73 | 07/11/2016 | 424 | $51.05 | $21,644.90 |
| 01/07/2016 | 946 | $64.73 | $61,229.85 | 07/11/2016 | 9,467 | $51.05 | $483,325.38 |
| 01/07/2016 | 2,180 | $64.73 | $141,113.14 | 07/12/2016 | 4,992 | $51.95 | $259,333.40 |
| 01/07/2016 | 11,080 | $64.71 | $716,990.12 | 07/12/2016 | 29,833 | $51.79 | $1,545,074.94 |
| 01/22/2016 | 2,882 | $63.26 | $182,310.71 | 07/13/2016 | 8,913 | $54.08 | $482,048.91 |
| 01/22/2016 | 10,412 | $62.69 | $652,702.25 | 07/13/2016 | 19,692 | $54.13 | $1,065,933.87 |
| 01/25/2016 | 2,520 | $63.14 | $159,115.07 | 07/13/2016 | 26,305 | $54.08 | $1,422,674.36 |
| 01/25/2016 | 6,500 | $62.93 | $409,069.05 | 07/13/2016 | 58,105 | $54.13 | $3,145,241.08 |
| 01/25/2016 | 8,381 | $63.14 | $529,183.88 | 07/14/2016 | 5,237 | $54.91 | $287,577.29 |
| 01/25/2016 | 21,619 | $62.93 | $1,360,563.66 | 07/14/2016 | 29,970 | $54.81 | $1,642,799.56 |
| 01/26/2016 | 1,904 | $63.44 | $120,780.24 | 07/14/2016 | 41,767 | $54.89 | $2,292,740.99 |
| 01/26/2016 | 1,904 | $63.48 | $120,856.40 | 07/15/2016 | 2,873 | $54.29 | $155,975.74 |
| 01/26/2016 | 7,652 | $63.44 | $485,404.62 | 07/15/2016 | 12,518 | $54.27 | $679,398.18 |
| 01/26/2016 | 7,652 | $63.48 | $485,710.70 | 07/21/2016 | 1,900 | $55.12 | $104,735.03 |
| 01/26/2016 | 17,192 | $63.13 | $1,085,291.42 | 07/21/2016 | 18,100 | $55.22 | $999,391.50 |
| 01/26/2016 | 69,106 | $63.13 | $4,362,502.84 | 07/26/2016 | 7,170 | $54.22 | $388,792.53 |
| 01/27/2016 | 100,000 | $63.35 | $6,334,720.00 | 07/27/2016 | 42,639 | $54.79 | $2,336,033.05 |
| 01/28/2016 | 557 | $60.18 | $33,523.04 | 07/28/2016 | 3,191 | $54.99 | $175,481.07 |
| 01/28/2016 | 2,219 | $60.27 | $133,737.13 | 08/19/2016 | 31,600 | $53.51 | $1,690,758.00 |

Exhibit C
020

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | |
|---|---|---|---|---|---|---|---|---|
| 01/28/2016 | 2,290 | $60.13 | $137,701.36 | 08/19/2016 | 40,036 | $53.18 | $2,128,982.36 | |
| 01/28/2016 | 11,959 | $60.19 | $719,831.34 | 08/29/2016 | 28,580 | $50.81 | $1,452,089.78 | |
| 01/28/2016 | 40,000 | $60.39 | $2,415,504.00 | 08/29/2016 | 100,784 | $50.74 | $5,113,538.28 | |
| 02/01/2016 | 4,000 | $62.10 | $248,400.00 | 10/12/2016 | 28,720 | $44.10 | $1,266,465.84 | |
| 02/04/2016 | 3,503 | $59.88 | $209,747.38 | 10/12/2016 | 41,280 | $44.10 | $1,820,456.26 | |
| 02/04/2016 | 15,952 | $59.84 | $954,530.99 | 10/19/2016 | 23 | $43.24 | $994.63 | |
| 02/05/2016 | 94 | $59.29 | $5,573.54 | 10/19/2016 | 56,231 | $43.21 | $2,429,825.86 | |
| 02/05/2016 | 2,487 | $59.70 | $148,483.85 | 11/03/2016 | 2,949 | $43.25 | $127,558.70 | |
| 02/09/2016 | 3,275 | $57.56 | $188,495.25 | 11/03/2016 | 6,040 | $43.30 | $261,515.09 | |
| 02/09/2016 | 31,725 | $57.45 | $1,822,756.70 | 11/07/2016 | 5,727 | $40.67 | $232,894.18 | |
| 02/11/2016 | 1,087 | $54.04 | $58,743.87 | 11/15/2016 | 6,900 | $39.89 | $275,223.75 | |
| 02/11/2016 | 2,413 | $54.04 | $130,408.65 | 11/22/2016 | 32,700 | $39.33 | $1,285,989.63 | |
| 02/29/2016 | 4,000 | $55.99 | $223,945.60 | 12/21/2016 | 7,275 | $37.83 | $275,187.06 | |
| 02/29/2016 | 6,029 | $55.76 | $336,207.18 | 12/21/2016 | 12,000 | $37.83 | $453,916.80 | |
| 02/29/2016 | 31,519 | $55.82 | $1,759,232.99 | held | 863,178 | $37.61 | $32,467,412.88 | |
| 02/29/2016 | 37,452 | $55.63 | $2,083,608.31 | | | | | |
| 03/10/2016 | 3,000 | $58.87 | $176,620.50 | | | | | |
| 04/05/2016 | 2,573 | $54.17 | $139,383.01 | | | | | |
| 04/05/2016 | 3,622 | $54.14 | $196,085.30 | | | | | |
| 04/05/2016 | 7,582 | $54.13 | $410,450.81 | | | | | |
| 05/09/2016 | 28 | $52.36 | $1,466.08 | | | | | |
| 05/09/2016 | 25,059 | $52.45 | $1,314,344.55 | | | | | |
| 05/16/2016 | 13,000 | $50.12 | $651,571.70 | | | | | |
| 05/18/2016 | 5,176 | $52.02 | $269,229.64 | | | | | |
| 05/18/2016 | 5,272 | $52.02 | $274,258.40 | | | | | |
| 05/18/2016 | 32,279 | $52.02 | $1,679,305.29 | | | | | |
| 05/19/2016 | 12,988 | $51.79 | $672,691.38 | | | | | |
| 05/19/2016 | 104,285 | $51.69 | $5,390,522.94 | | | | | |
| 11/03/2016 | 883,596 | $39.20 | $34,636,963.20 | | | | | |
| | **2,007,056** | | **$102,255,963.17** | | **2,007,056** | | **$90,987,042.32** | **($11,268,920.85)** |

**College Retirement Equities Fund - CREF**
**Global Equities Account**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 09/29/2014 | 90,000 | $53.82 | $4,844,223.00 | 02/11/2016 | 81,398 | $54.77 | $4,457,940.55 |
| 07/27/2015 | 60,000 | $67.64 | $4,058,682.00 | 02/22/2016 | 11,052 | $57.22 | $632,395.44 |
| 07/31/2015 | 12,000 | $68.44 | $821,316.00 | 02/22/2016 | 81,055 | $57.40 | $4,652,865.01 |
| 08/19/2015 | 10,000 | $69.23 | $692,349.00 | 03/15/2016 | 424 | $56.77 | $24,068.91 |
| 11/02/2015 | 3,133 | $60.81 | $190,524.62 | 03/15/2016 | 5,302 | $55.95 | $296,620.39 |
| 11/02/2015 | 7,400 | $60.85 | $450,254.48 | 03/15/2016 | 5,302 | $55.96 | $296,673.41 |
| 11/03/2015 | 5,159 | $60.91 | $314,237.27 | 03/15/2016 | 5,302 | $56.83 | $301,312.66 |
| 11/03/2015 | 48,357 | $62.15 | $3,005,184.45 | 03/15/2016 | 17,602 | $56.63 | $996,811.82 |
| 11/03/2015 | 61,643 | $62.18 | $3,832,672.02 | 03/15/2016 | 45,068 | $56.72 | $2,556,468.78 |
| 11/03/2015 | 74,204 | $62.03 | $4,602,903.80 | 03/22/2016 | 3,300 | $54.13 | $178,617.12 |
| 11/03/2015 | 120,104 | $61.82 | $7,424,264.79 | 03/22/2016 | 10,185 | $54.15 | $551,528.95 |
| 11/04/2015 | 56,952 | $61.17 | $3,483,941.78 | 03/22/2016 | 11,258 | $54.15 | $609,564.41 |
| 11/04/2015 | 73,048 | $61.21 | $4,471,531.05 | 03/22/2016 | 27,257 | $54.12 | $1,475,026.18 |
| 11/16/2015 | 67 | $58.38 | $3,911.13 | 03/31/2016 | 14,805 | $53.67 | $794,611.00 |
| 11/16/2015 | 2,600 | $58.41 | $151,864.96 | 03/31/2016 | 22,155 | $53.43 | $1,183,630.88 |
| 11/16/2015 | 3,333 | $58.58 | $195,255.14 | 03/31/2016 | 93,540 | $53.67 | $5,020,319.86 |
| 12/18/2015 | 80,000 | $65.54 | $5,243,368.00 | 05/31/2016 | 12,800 | $51.77 | $662,592.00 |
| 01/05/2016 | 40,000 | $65.19 | $2,607,708.00 | 05/31/2016 | 27,200 | $51.49 | $1,400,528.00 |

Exhibit C
021

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | |
|---|---|---|---|---|---|---|---|---|
| 01/26/2016 | 4,551 | $63.44 | $288,692.69 | 05/31/2016 | 120,000 | $51.71 | $6,204,780.00 | |
| 01/26/2016 | 4,551 | $63.48 | $288,874.73 | 07/13/2016 | 15,644 | $54.08 | $846,086.97 | |
| 01/26/2016 | 5,893 | $63.44 | $373,822.46 | 07/13/2016 | 20,113 | $54.08 | $1,087,787.47 | |
| 01/26/2016 | 5,893 | $63.47 | $374,058.17 | 07/13/2016 | 34,558 | $54.13 | $1,870,634.91 | |
| 01/26/2016 | 41,100 | $63.13 | $2,594,548.47 | 07/13/2016 | 44,439 | $54.13 | $2,405,496.40 | |
| 01/26/2016 | 53,214 | $63.13 | $3,359,277.43 | 08/19/2016 | 9,500 | $53.51 | $508,297.50 | |
| 02/01/2016 | 6,000 | $62.10 | $372,600.00 | 08/19/2016 | 30,589 | $53.51 | $1,636,664.45 | |
| 02/11/2016 | 3,263 | $54.04 | $176,339.70 | 08/19/2016 | 41,500 | $53.47 | $2,218,797.50 | |
| 02/11/2016 | 7,237 | $54.04 | $391,117.88 | 08/29/2016 | 33,085 | $50.81 | $1,680,979.37 | |
| 02/29/2016 | 4,000 | $55.99 | $223,945.60 | 08/29/2016 | 116,675 | $50.74 | $5,919,809.48 | |
| 02/29/2016 | 6,671 | $55.77 | $372,008.32 | 10/12/2016 | 1,400 | $44.18 | $61,854.52 | |
| 02/29/2016 | 34,881 | $55.82 | $1,946,883.02 | 10/12/2016 | 19,000 | $44.19 | $839,515.00 | |
| 02/29/2016 | 41,448 | $55.63 | $2,305,922.18 | 10/12/2016 | 24,880 | $44.10 | $1,097,133.36 | |
| 03/10/2016 | 15,000 | $58.87 | $883,102.50 | 10/12/2016 | 35,759 | $44.10 | $1,576,979.05 | |
| 05/18/2016 | 5,824 | $52.02 | $302,935.36 | 10/19/2016 | 36 | $43.25 | $1,556.82 | |
| 05/18/2016 | 5,932 | $52.02 | $308,592.72 | 10/19/2016 | 87,269 | $43.21 | $3,771,024.39 | |
| 05/18/2016 | 36,314 | $52.02 | $1,889,224.96 | 11/08/2016 | 1,442 | $39.93 | $57,579.06 | |
| 05/19/2016 | 14,612 | $51.79 | $756,803.70 | 11/16/2016 | 1,214 | $39.69 | $48,178.32 | |
| 05/19/2016 | 117,318 | $51.69 | $6,064,202.62 | 11/18/2016 | 1,176 | $39.51 | $46,464.82 | |
| 09/12/2016 | 37,750 | $51.13 | $1,930,014.05 | 12/16/2016 | 19,137 | $37.97 | $726,618.49 | |
| 11/03/2016 | 89,687 | $39.20 | $3,515,730.40 | 12/16/2016 | 54,863 | $37.97 | $2,083,109.71 | |
| | | | | 12/16/2016 | 16,000 | $37.97 | $607,508.80 | |
| | | | | held | 85,855 | $37.61 | $3,229,333.62 | |
| | **1,289,139** | | **$75,112,888.40** | | **1,289,139** | | **$64,617,765.37** | **($10,495,123.03)** |

**TIAA-CREF Funds - TIAA-CREF Large-Cap Growth Fund**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 12/03/2015 | 57,439 | $62.50 | $3,589,937.50 | 04/26/2016 | 4,745 | $54.94 | $260,683.18 |
| 12/09/2015 | 3,195 | $64.87 | $207,266.68 | 04/26/2016 | 8,461 | $54.97 | $465,073.25 |
| 12/09/2015 | 45,788 | $64.90 | $2,971,686.99 | 04/26/2016 | 32,510 | $54.85 | $1,783,033.71 |
| 12/11/2015 | 22,047 | $64.49 | $1,421,716.23 | 04/26/2016 | 33,080 | $54.70 | $1,809,452.84 |
| 12/14/2015 | 4,418 | $64.36 | $284,348.22 | 05/23/2016 | 67 | $51.14 | $3,426.35 |
| 12/14/2015 | 4,652 | $64.80 | $301,454.72 | 05/23/2016 | 6,504 | $51.17 | $332,820.74 |
| 12/14/2015 | 15,990 | $64.34 | $1,028,810.99 | 05/23/2016 | 16,688 | $51.22 | $854,831.12 |
| 12/14/2015 | 26,832 | $64.86 | $1,740,216.19 | 05/23/2016 | 27,668 | $51.26 | $1,418,151.01 |
| 12/14/2015 | 31,906 | $64.53 | $2,058,776.13 | 05/24/2016 | 16,809 | $51.97 | $873,508.26 |
| 01/04/2016 | 30 | $65.08 | $1,952.40 | 05/24/2016 | 66,649 | $51.77 | $3,450,218.78 |
| 01/04/2016 | 542 | $65.14 | $35,305.07 | 05/25/2016 | 46,145 | $51.82 | $2,391,210.83 |
| 01/04/2016 | 1,674 | $65.00 | $108,804.81 | 06/01/2016 | 2,406 | $52.50 | $126,324.14 |
| 01/04/2016 | 4,918 | $65.15 | $320,414.59 | 06/07/2016 | 2,388 | $54.15 | $129,298.74 |
| 01/04/2016 | 8,773 | $65.21 | $572,043.47 | 06/27/2016 | 3,287 | $48.40 | $159,092.77 |
| 01/04/2016 | 17,230 | $65.12 | $1,121,940.07 | 06/27/2016 | 8,256 | $48.29 | $398,640.96 |
| 01/04/2016 | 18,694 | $65.10 | $1,216,979.40 | 06/27/2016 | 8,256 | $48.56 | $400,911.36 |
| 01/04/2016 | 50,166 | $64.90 | $3,255,928.91 | 06/27/2016 | 9,758 | $48.45 | $472,814.13 |
| 01/07/2016 | 3,190 | $64.51 | $205,770.95 | 06/27/2016 | 76,077 | $48.52 | $3,691,157.14 |
| 01/07/2016 | 3,190 | $64.73 | $206,472.75 | 06/28/2016 | 1,651 | $49.23 | $81,286.98 |
| 01/07/2016 | 7,349 | $64.73 | $475,706.65 | 06/28/2016 | 6,214 | $49.17 | $305,527.47 |
| 01/07/2016 | 37,349 | $64.71 | $2,416,864.99 | 06/28/2016 | 27,407 | $49.21 | $1,348,610.77 |
| 01/22/2016 | 9,731 | $63.26 | $615,567.49 | 07/11/2016 | 1,487 | $51.05 | $75,910.31 |
| 01/22/2016 | 35,150 | $62.69 | $2,203,465.63 | 07/11/2016 | 33,203 | $51.05 | $1,695,136.00 |
| 01/25/2016 | 8,506 | $63.14 | $537,076.50 | 07/12/2016 | 17,502 | $51.95 | $909,225.40 |

Exhibit C
022

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 01/25/2016 | 21,945 | $62.93 | $1,381,080.05 | 07/12/2016 | 104,637 | $51.79 | $5,419,233.94 | |
| 01/28/2016 | 1,893 | $60.19 | $113,930.21 | 07/14/2016 | 18,373 | $54.91 | $1,008,909.20 | |
| 01/28/2016 | 7,538 | $60.27 | $454,308.48 | 07/14/2016 | 105,136 | $54.81 | $5,763,008.81 | |
| 01/28/2016 | 7,774 | $60.13 | $467,463.06 | 07/15/2016 | 10,076 | $54.29 | $547,028.06 | |
| 01/28/2016 | 40,618 | $60.19 | $2,444,862.41 | 07/15/2016 | 43,915 | $54.27 | $2,383,429.54 | |
| 02/01/2016 | 11,987 | $61.97 | $742,829.60 | | | | | |
| 02/04/2016 | 11,907 | $59.88 | $712,949.49 | | | | | |
| 02/04/2016 | 54,209 | $59.84 | $3,243,741.88 | | | | | |
| 02/05/2016 | 321 | $59.29 | $19,033.05 | | | | | |
| 02/05/2016 | 8,450 | $59.70 | $504,498.80 | | | | | |
| 02/17/2016 | 7,894 | $58.17 | $459,158.46 | | | | | |
| 03/30/2016 | 1,808 | $55.38 | $100,127.04 | | | | | |
| 03/30/2016 | 6,494 | $55.38 | $359,637.72 | | | | | |
| 04/05/2016 | 9,072 | $54.17 | $491,442.94 | | | | | |
| 04/05/2016 | 12,765 | $54.14 | $691,062.63 | | | | | |
| 04/05/2016 | 26,729 | $54.13 | $1,446,971.74 | | | | | |
| 05/09/2016 | 100 | $52.36 | $5,236.00 | | | | | |
| 05/09/2016 | 89,092 | $52.45 | $4,672,875.40 | | | | | |
| | **739,355** | | **$45,209,716.25** | | **739,355** | | **$38,557,955.77** | **($6,651,760.48)** |

**TIAA-CREF Funds - TIAA-CREF International Equity Index Fund**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 11/02/2016 | 4,853 | $43.30 | $210,145.58 | 11/30/2016 | 900 | $38.96 | $35,064.00 | |
| 11/03/2016 | 563,861 | $39.20 | $22,103,351.20 | held | 567,814 | $37.61 | $21,357,647.64 | |
| | **568,714** | | **$22,313,496.78** | | **568,714** | | **$21,392,711.64** | **($920,785.14)** |

**TIAA-CREF Funds - TIAA-CREF Growth & Income Fund**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 07/27/2015 | 79,677 | $67.64 | $5,389,726.76 | 08/17/2015 | 400 | $68.60 | $27,440.00 | |
| 10/05/2015 | 100 | $60.41 | $6,041.00 | 08/31/2015 | 350 | $64.59 | $22,606.50 | |
| | | | | 10/07/2015 | 24,237 | $57.28 | $1,388,343.83 | |
| | | | | 10/07/2015 | 54,790 | $57.19 | $3,133,231.90 | |
| | **79,777** | | **$5,395,767.76** | | **79,777** | | **$4,571,622.23** | **($824,145.53)** |

**TIAA-CREF Life Funds - TIAA-CREF Life Growth Equity Fund**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 12/03/2015 | 1,369 | $62.50 | $85,562.50 | 04/26/2016 | 105 | $54.94 | $5,768.54 |
| 12/09/2015 | 76 | $64.87 | $4,930.29 | 04/26/2016 | 186 | $54.97 | $10,223.81 |
| 12/09/2015 | 1,091 | $64.90 | $70,806.99 | 04/26/2016 | 716 | $54.85 | $39,269.52 |
| 12/11/2015 | 526 | $64.49 | $33,919.48 | 04/26/2016 | 730 | $54.70 | $39,930.49 |
| 12/14/2015 | 106 | $64.36 | $6,822.30 | 05/05/2016 | 130 | $53.51 | $6,956.30 |
| 12/14/2015 | 111 | $64.80 | $7,192.92 | 05/17/2016 | 114 | $51.18 | $5,834.52 |
| 12/14/2015 | 381 | $64.34 | $24,513.88 | 05/23/2016 | 1 | $51.14 | $51.14 |
| 12/14/2015 | 639 | $64.86 | $41,442.98 | 05/23/2016 | 141 | $51.17 | $7,215.21 |
| 12/14/2015 | 760 | $64.53 | $49,039.99 | 05/23/2016 | 363 | $51.22 | $18,594.42 |
| 01/04/2016 | 1 | $65.08 | $65.08 | 05/23/2016 | 601 | $51.26 | $30,804.86 |
| 01/04/2016 | 13 | $65.14 | $846.80 | 05/24/2016 | 358 | $51.97 | $18,604.08 |
| 01/04/2016 | 40 | $65.00 | $2,599.88 | 05/24/2016 | 1,448 | $51.77 | $74,958.62 |
| 01/04/2016 | 114 | $65.15 | $7,427.26 | 05/25/2016 | 984 | $51.82 | $50,990.39 |
| 01/04/2016 | 203 | $65.21 | $13,236.62 | 06/01/2016 | 107 | $52.50 | $5,617.95 |
| 01/04/2016 | 399 | $65.12 | $25,981.08 | 06/07/2016 | 44 | $54.15 | $2,382.38 |

Exhibit C
023

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 01/04/2016 | 432 | $65.10 | $28,123.20 | 06/27/2016 | 70 | $48.40 | $3,388.04 | |
| 01/04/2016 | 1,188 | $64.90 | $77,104.88 | 06/27/2016 | 175 | $48.29 | $8,449.88 | |
| 01/07/2016 | 75 | $64.51 | $4,837.88 | 06/27/2016 | 175 | $48.56 | $8,498.00 | |
| 01/07/2016 | 75 | $64.73 | $4,854.38 | 06/27/2016 | 207 | $48.45 | $10,029.98 | |
| 01/07/2016 | 173 | $64.73 | $11,198.43 | 06/27/2016 | 1,613 | $48.52 | $78,260.66 | |
| 01/07/2016 | 880 | $64.71 | $56,945.06 | 06/28/2016 | 35 | $49.23 | $1,723.22 | |
| 01/22/2016 | 211 | $63.26 | $13,347.52 | 06/28/2016 | 132 | $49.17 | $6,490.12 | |
| 01/22/2016 | 762 | $62.69 | $47,767.87 | 06/28/2016 | 581 | $49.21 | $28,589.15 | |
| 01/25/2016 | 185 | $63.14 | $11,681.07 | 07/11/2016 | 32 | $51.05 | $1,633.58 | |
| 01/25/2016 | 476 | $62.93 | $29,956.44 | 07/11/2016 | 704 | $51.05 | $35,941.80 | |
| 01/28/2016 | 43 | $60.18 | $2,587.95 | 07/12/2016 | 371 | $51.95 | $19,273.38 | |
| 01/28/2016 | 171 | $60.27 | $10,306.02 | 07/12/2016 | 2,219 | $51.79 | $114,923.79 | |
| 01/28/2016 | 177 | $60.13 | $10,643.29 | 07/14/2016 | 390 | $54.91 | $21,415.91 | |
| 01/28/2016 | 922 | $60.19 | $55,496.66 | 07/14/2016 | 2,232 | $54.81 | $122,346.63 | |
| 02/04/2016 | 272 | $59.88 | $16,286.41 | 07/15/2016 | 213 | $54.29 | $11,563.81 | |
| 02/04/2016 | 1,240 | $59.84 | $74,198.75 | 07/15/2016 | 932 | $54.27 | $50,583.09 | |
| 02/05/2016 | 8 | $59.29 | $474.34 | | | | | |
| 02/05/2016 | 193 | $59.70 | $11,522.87 | | | | | |
| 04/05/2016 | 163 | $54.17 | $8,829.94 | | | | | |
| 04/05/2016 | 229 | $54.14 | $12,397.44 | | | | | |
| 04/05/2016 | 480 | $54.13 | $25,984.75 | | | | | |
| 05/09/2016 | 2 | $52.36 | $104.72 | | | | | |
| 05/09/2016 | 1,923 | $52.45 | $100,861.35 | | | | | |
| | **16,109** | | **$989,899.26** | | **16,109** | | **$840,313.25** | **($149,586.00)** |

**TIAA-CREF Life Funds - TIAA-CREF Life Growth & Income Fund**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 07/27/2015 | 2,499 | $67.64 | $169,044.11 | 08/12/2015 | 20 | $69.79 | $1,395.80 | |
| 09/18/2015 | 10 | $63.90 | $639.00 | 10/07/2015 | 763 | $57.28 | $43,706.17 | |
| | | | | 10/07/2015 | 1,726 | $57.19 | $98,703.38 | |
| | **2,509** | | **$169,683.11** | | **2,509** | | **$143,805.35** | **($25,877.76)** |

**TIAA-CREF Funds - TIAA-CREF Enhanced International Equity Index Fund**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 11/03/2016 | 120,703 | $39.20 | $4,731,557.60 | 11/03/2016 | 46,800 | $42.45 | $1,986,557.04 | |
| | | | | 11/30/2016 | 34,400 | $38.96 | $1,340,224.00 | |
| | | | | 12/02/2016 | 29,003 | $38.72 | $1,122,967.16 | |
| | | | | 12/02/2016 | 10,500 | $38.72 | $406,549.50 | |
| | **120,703** | | **$4,731,557.60** | | **120,703** | | **$4,856,297.70** | **$124,740.10** |

**Movant's Total**  **6,326,686**  **$347,547,288.30**  **6,326,686**  **$305,021,481.58**  **($42,525,806.72)**

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $37.61 as of January 05, 2017 for ADR.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Exhibit C
024