Richard D. McCune, State Bar No. 132124
**MCCUNE WRIGHT AREVALO, L.L.P.**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: (909) 572-8019
Fax: (909) 557-1275
rdm@mccunewright.com

*Local Counsel for Movants*

E. Powell Miller (*pending pro hac vice*)
Sharon S. Almonrode (*pending pro hac vice*)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

*Counsel for Movants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRAM GALMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, and EYAL DESHEH,<br><br>Defendants. | Case No. 2:16-cv-08259-TJH-AS<br><br>Hon. Terry J. Hatter, Jr.<br><br>**MOVANTS WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM'S, CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM'S, AND WATERFORD TOWNSHIP POLICE AND FIRE RETIREMENT SYSTEM'S RESPONSE IN SUPPORT OF TIAA'S MOTION FOR LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL SELECTION**<br><br>Hearing Date:   February 6, 2017<br>Hearing Time:   *Under Submission*<br>Courtroom:   9B |

-1-

Movants, Wayne County Employees' Retirement System, City of Roseville Employees' Retirement System and Waterford Township Police and Fire Retirement System state the following in response to the various Motions for Lead Plaintiff filed in this Court on January 5, 2017.

Movants acknowledge that TIAA[1] is the presumptive Lead Plaintiff because it has claimed the single largest loss and otherwise satisfies the Rule 23 requirements. 15 U.S.C. § 78u-4(a)(3)(B)(i), (iii). TIAA appears to have selected qualified counsel, Robbins Geller Rudman & Dowd LLP. *See* 15 U.S.C. § 78u-4(a)(3)(B)(v). Therefore, Movants, Wayne County Employees' Retirement System, City of Roseville Employees' Retirement System and Waterford Township Police and Fire Retirement System, do not oppose the appointment of TIAA as Lead Plaintiff and its selection of Robbins Geller Rudman & Dowd LLP as lead counsel.

Dated: January 13, 2017            Respectfully Submitted,

*/s/ Richard D. McCune*
Richard D. McCune
(State Bar No: 132124)
**MCCUNE WRIGHT AREVALO, L.L.P.**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: (909) 572-8019
Fax: (909) 557-1275
rdm@mccunewright.com

*Local Counsel for Movants*

---

[1] TIAA collectively refers to TIAA-CREF Funds (including the TIAA-CREF International Equity Index Fund, TIAA-CREF Large-Cap Growth Fund, TIAA-CREF Enhanced International Equity Index Fund and TIAA-CREF Growth & Income Fund), TIAA-CREF Life Funds (including the TIAA-CREF Life Growth Equity Fund and TIAA-CREF Life Growth & Income Fund), and College Retirement Equities Fund (including the CREF Stock Account, CREF Global Equities Account and CREF Growth Account).

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller
Sharon S. Almonrode
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

*Counsel for Movants*

Response in Support of TIAA'S Motion For Appointment of Lead Plaintiff
CASE NO. 8:16-CV-2282-TJH-AS