| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | KOJI F. FUKUMURA (189719) (kfukumura@cooley.com) |
| 3 | PETER M. ADAMS (243926) (padams@cooley.com) |
| 4 | BLAKE ZOLLAR (268913) (bzollar@cooley.com) |
| 5 | CRAIG E. TENBROECK (287848) (ctenbroeck@cooley.com) |
| 6 | 4401 Eastgate Mall San Diego, CA 92121 |
| 7 | Telephone: (858) 550-6000 Facsimile: (858) 550-6420 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRAM GALMI, Individually and on behalf of all others similarly situated, | Case No. 16-cv-08259-THJ-AS |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE FOR PETER M. ADAMS** |
| TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, and EYAL DESHEH, | |
| Defendants. | Dept.: Courtroom 9B<br>Judge: Hon. Terry J. Hatter Jr. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Peter M. Adams of Cooley LLP, 4401 Eastgate Mall, San Diego, California 92121, telephone number (858) 550-6000, facsimile number (858) 550-6420, and email address padams@cooley.com enters his appearance in this matter as counsel of record for Defendants, and may receive notices and orders from the Court at the address and numbers provided herein.

Dated:   January 18, 2017        COOLEY LLP

*/s/ Peter M. Adams*
Peter M. Adams (243926)

Attorneys for Defendants
TEVA PHAMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH