**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar (*pro hac vice*)
jbleichmar@bfalaw.com
Joseph Fonti (*pro hac vice*)
jfonti@bfalaw.com
Wilson Meeks (*pro hac vice*)
wmeeks@bfalaw.com
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960

*Counsel for Ontario Teachers' Pension Plan Board*
*and [Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| AMRAM GALMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, and EYAL DESHEH,<br><br>Defendants. | Case No. 2:16-cv-08259-TJH (ASx)<br><br>CLASS ACTION<br>**UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE UPDATE OF NEW FACTS AND SUPPLEMENTAL ARGUMENT IN FURTHER SUPPORT OF ONTARIO TEACHERS' PENSION PLAN BOARD'S OPPOSITION TO THE COMPETING MOVANTS AND IN FURTHER SUPPORT OF ITS MOTION FOR LEAD PLAINTIFF**<br><br>DATE:  February 6, 2017<br>TIME:   UNDER SUBMISSION<br>JUDGE: Hon. Terry J. Hatter Jr. |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANTHONY LEONE, Individually and on behalf of all others similarly situated,

Plaintiff,

vs.

TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, and KOBI ALTMAN,

Defendants.

Case No. 2:16-cv-9545 TJH (ASx)

CLASS ACTION

The Ontario Teachers' Pension Plan Board ("Ontario Teachers'") respectfully submits this *ex parte* and unopposed application for leave to file with the Court its supplemental submission providing the Court with new information and facts that further support Ontario Teachers' opposition to the Teva Investor Group's motion for appointment as Lead Plaintiff in this action.[1]  (ECF No. 68, "Ontario Teacher's Supplemental Submission" or the "Supplemental Submission").

## I.   ONTARIO TEACHERS' *EX PARTE* MOTION IS UNOPPOSED

Ontario Teachers' filed its Supplemental Submission on March 20, 2017. Decl. of Joseph A. Font (the "Fonti Decl.") filed herewith at ¶ 2.  The Court's Deputy Courtroom Clerk emailed counsel of record on March 22, 2017, requesting that Ontario Teachers' seek the Court's permission to file the Supplemental Submission by *ex parte* application or stipulation consistent with the Local Rules. *Id.* at ¶ 3.  Ontario Teachers' counsel responded promptly, apologizing to the Court and stating that they would endeavor to make a submission by the close of business on March 22, 2017.  *Id.* at ¶ 4.

Shortly thereafter, counsel for Ontario Teachers' emailed the other parties to the action which, at this stage of the proceeding consist of the Defendants, the named plaintiffs, and the movants for Lead Plaintiff, requesting a response by late afternoon Pacific Time as to whether they opposed Ontario Teachers' *ex parte* application to file the Supplemental Submission.  *Id.* at ¶ 5.  All parties are represented by counsel who have appeared in this matter, are registered for ECF, and whose contact information is listed on the docket.  *Id.* at ¶ 10.  Counsel for TIAA and the Teva Investor Group, the only parties remaining to the Lead Plaintiff motion, promptly responded.  Counsel for TIAA informed us that they have no

---

[1]  Unless otherwise noted, all ECF references are to the *Galmi* docket, 2:16-cv-08259-TJH (ASx).  All terms not otherwise defined have the same definitions as those set forth in Ontario Teachers' Opposition to the Motions for Lead Plaintiff by the Teva Investor Group and TIAA.  (ECF No. 33).

opposition to Ontario Teachers' *ex parte* application. And counsel for the Teva Investor Group also represented that they will not oppose Ontario Teachers' *ex parte* application provide that Ontario Teachers' agreed not to oppose an *ex parte* application by the Teva Investor Group to file a response to the Ontario Teachers' Supplemental Submission. Counsel for the Teva Investor Group further represented that they would be filing their *ex parte* application by Monday, March 27, 2017, along with the proposed reply brief. *Id.* at ¶ 6.

Ontario Teachers' agreed not to oppose the anticipated *ex parte* application by the Teva Investor Group to respond by March 27, 2017 to Ontario Teachers' Supplemental Submission. *Id.* at ¶ 7. Furthermore, Ontario Teachers' and the Teva Investor Group have agreed that thereafter no additional briefing on the issue will be submitted by either party. *Id.* at ¶ 8.

## II.   GOOD CAUSE AND EXTRAORIDNARY CIRCUMSTNCE EXIST FOR ONTARIO TEACHERS' SUPPLEMENTAL SUBMISSION

Good cause and extraordinary circumstance exist for Ontario Teachers' *ex parte* application because the important new fact at the core of Ontario Teachers' Supplemental Submission arose after the briefing for Lead Plaintiff was fully briefed on January 23, 2017, and deemed under submission on February 6, 2017. (*See* ECF Nos. 47-49). Specifically, on March 1, 2017, the State of Oregon, represented by the state's Attorney General's office (the "Oregon AG"), joined thirty-nine other states in a lawsuit filed in the Federal District Court of Connecticut alleging federal and state antitrust violations against Defendant Teva and several of its competitors in the generic drug industry (the "State AGs' Action").[2] As discussed in the Supplemental Submission, this new fact weighs heavily against the

---

[2] Amended Compl., *Connecticut v. Aurobindo Pharma USA, Inc.*, No. 3:16-cv-02056 (D. Conn. Mar. 1, 2017), ECF No. 168.

Lead Plaintiff motion of the Teva Investor Group.

As Ontario Teachers' argues, this is because the Oregon AG effectively has and will act as the surrogate in this case for the Oregon Public Employees Retirement System ("OPERS"), which is a member of the Teva Investor Group. The Oregon AG is "authorized to make legal decisions on behalf of" OPERS, and has executed all filings on OPERS' behalf. (*See* ECF No. 17-2 at ¶ 1, and at 3; ECF No. 17-8 at 11).  As set forth in detail in its Supplemental Submission, the Oregon AG's dual role as plaintiff in the antitrust action on the one hand, and effectively as a proposed Lead Plaintiff in this securities case on the other, will create practical difficulties and potential conflicts with the class in this litigation, and may open the Teva Investor Group to unique defenses and attacks that the securities class should not otherwise be saddled with.[3]

///
///
///
///
///
///
///
///
///
///
///

---

[3] The exceptional circumstances arise in part because there is little question that the potential conflict would be disclosed and vetted until late in the litigation.  As the Seventh Circuit has recently noted, even a "potential conflict of interest" should be "disclosed to the district court and other interested parties." *In re Southwest Airlines Voucher Litigation*, 799 F.3d 701, 716 (7th Cir. 2015); *see also*, *id* at 716 ("the 'message to the class action bar is short and simple: when in doubt, disclose.'").

## III.   CONCLUSION

For the foregoing reasons, Ontario Teachers' respectfully requests that the Court grant its *ex parte* motion to file Ontario Teachers' Supplemental Submission.

Dated: March 22, 2017                                     Respectfully submitted,

**NELSON & FRANKEL LLP**

*/s/ Gretchen Nelson*

Gretchen Nelson (Bar No. 112566)
gnelson@nflawfirm.com
707 Wilshire Blvd., Suite 3600
Los Angeles, California 90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019

*Local Counsel for Ontario Teachers'*
*Pension Plan Board*

Javier Bleichmar (*pro hac vice*)
jbleichmar@bfalaw.com
Joseph Fonti (*pro hac vice*)
jfonti@bfalaw.com
Wilson Meeks (*pro hac vice*)
wmeeks@bfalaw.com
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960

*Counsel for Ontario Teachers'*
*Pension Plan Board, and*
*[Proposed] Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 22, 2017.

*/s/ Gretchen Nelson*

Gretchen Nelson (Bar No. 112566)
**NELSON & FRANKEL LLP**
gnelson@nflawfirm.com
707 Wilshire Blvd., Suite 3600
Los Angeles, California 90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019