UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMRAM GALMI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:17-cv-00558-SRU |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) ) | TIAA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL |
| TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

TIAA[1] hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), for an order appointing TIAA as lead plaintiff and approving TIAA's selection of Robbins Geller Rudman & Dowd LLP as lead counsel.  In support of this Motion, TIAA identifies its previously-filed submissions to the U.S. District Court for the Central District of California before the case was transferred to this Court: Motion, Memorandum of Law and Declaration (Dkt. Nos. 21-23); TIAA's Opposition to Competing Motions and Declaration in Support (Dkt. Nos. 31, 32); and TIAA's Reply in Further Support of Its Motion (Dkt. No. 47).

DATED:  April 13, 2017

Respectfully submitted,

MOTLEY RICE LLC
WILLIAM H. NARWOLD

By   */s/ William H. Narwold*
         William H. Narwold (CT 00133)
         MOTLEY RICE LLC
         20 Church Street, 17th Floor
         Hartford, CT  06103
         Telephone:  860/882-1676
         860/882-1682 (fax)
         bnarwold@motleyrice.com

Local Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
LUKE O. BROOKS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

---

[1]    TIAA collectively refers to TIAA-CREF Funds (including the TIAA-CREF International Equity Index Fund, TIAA-CREF Large-Cap Growth Fund, TIAA-CREF Enhanced International Equity Index Fund and TIAA-CREF Growth & Income Fund), TIAA-CREF Life Funds (including the TIAA-CREF Life Growth Equity Fund and TIAA-CREF Life Growth & Income Fund), and College Retirement Equities Fund (including the CREF Stock Account, CREF Global Equities Account and CREF Growth Account).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Appointment As Lead Plaintiff And For Approval Of Its Selection Of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing on this April 13, 2017. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

        */s/ William H. Narwold*
        William H. Narwold (CT 00133)