# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMRAM GALMI, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, and KOBI ALTMAN<br><br>   Defendants. | Civil Action No.:  3:17-cv-00558-SRU<br><br><br><br><br><br><br><br><br><br>April 13, 2017 |

### THE TEVA INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Pursuant to ECF No. 79 directing counsel to refile any pending motions, the Teva Investor Group, composed of the Oregon Public Employees Retirement System ("Oregon PERS"), the Public School Teachers' Pension and Retirement Fund of Chicago ("Chicago Teachers"), and Dan Kleinerman, hereby re-files its motion for appointment as lead plaintiff and approval of its selection of Cohen Milstein Sellers & Toll PLLC and Pomerantz LLC as co-lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3) of the Private Securities Litigation Reform Act, and identifies the submissions at the following docket entries in support of its motion:

1. ECF No. 15 (initial notice of motion and motion);

2. ECF No. 16 (opening brief);

3. ECF Nos. 17 and 17-1 through 17-10 (declaration dated January 5, 2017, with exhibits);

4. ECF No. 28 (amended Exhibit D to January 5, 2017 declaration);

5. ECF Nos. 35 and 35-1 (opposition brief and exhibit)[1];

6. ECF Nos. 49 and 49-1 through 49-6 (reply brief and exhibits);

7. ECF No. 50 (notice of errata);

8. ECF Nos. 71 and 71-1 (brief in response to a competing movant's supplemental submission, and supporting declaration by Brian de Haan dated March 27, 2017).

**HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC**

/s/  David A. Slossberg
David A. Slossberg (CT13116)
Jeffrey P. Nichols (CT29547)
147 Broad St.
Milford, CT 06450
Telephone: (203) 877-8000
Facsimile: (203) 878-9800
dslossberg@hssklaw.com
jnichols@hssklaw.com

*Local Counsel for the Teva Investor Group*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Daniel S. Sommers
Julie G. Reiser
Times Wang
1100 New York Ave., N.W.
Suite 500 East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

---

[1] The Teva Investor Group's leadership motion is supported by Robert Brosnan, ECF No. 45, who had earlier moved for lead plaintiff.

Carol V. Gilden
190 S. LaSalle St., Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

**POMERANTZ LLP**
Jeremy Lieberman
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

*Counsel for the Teva Investor Group*

**CERTIFICATE OF SERVICE**

This is to certify that on April 13, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

/s/ David A. Slossberg
David A. Slossberg