# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMRAM GALMI, Individually and on behalf of all others similarly situated, | : : : | Civil Action No. 3:17-cv-00558-SRU |
| Plaintiff, | : : | |
| v. | : : | |
| TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, and KOBI ALTMAN, | : : : : : | |
| Defendants | : | April 25, 2017 |

### NOTICE OF TEVA INVESTOR GROUP'S
### INTENTION TO CITE ADDITIONAL AUTHORITY AT ORAL ARGUMENT

The Teva Investor Group, composed of the Oregon Public Employees Retirement System ("Oregon PERS"), the Public School Teachers' Pension and Retirement Fund of Chicago ("Chicago Teachers"), and Dan Kleinerman, hereby advises the Court and all appearing counsel of its intention to cite additional authority at the hearing to be held at 10:00 am on April 26, 2017 before the Honorable Stefan R. Underhill.

The parties have various Motions for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel and supporting memoranda which cited predominantly to legal authority emanating from courts in the Ninth Circuit Court of Appeals and District Courts within the Ninth Circuit. Now that these actions are transferred to and pending in a court of the Second Circuit Court of Appeal, the Teva Investor Group wishes to apprise the Court that it may cite the following cases at oral argument in support of its position that it should be appointed the Lead Plaintiff:

- *In re Host America Secs. Litig*., 236 F.R.D. 102, 104, 107-8 and n.9 (D. Conn. 2006) (Arterton, J.) (*citing In re Cavanaugh*, 306 F.3d 726, 730 (9th Cir. 2002), the Private Securities Litigation Reform Act ("PSLRA") requires courts to consider lead plaintiff movants sequentially, starting with the movant who has the greatest financial interest in the litigation);

- *In re Flight Safety Technologies, Inc. Sec. Litig*., 231 F.R.D. 124, 131 (D. Conn. 2005) (Droney, J.) (identifying the criteria for appointing groups of investors as lead plaintiff and requiring proof of inadequacy to defeat the PSLRA's lead plaintiff presumption); and,

- *Topping v. Deloitte Touche Tohmatsu CPA, Ltd*, 2015 WL 1499657, at \*\*6-7 (S.D.N.Y. Mar. 27, 2015) (Ramos, J.) (explaining why a lead plaintiff's losses should be assessed based on the complaint filed, and not any subsequent complaint, to avoid gamesmanship in the lead plaintiff process concerning which movant has the greatest financial interest).

Consistent with the Local Rules of this Court, the Teva Investor Group will not file a supplemental brief unless invited to do so by the Court. All counsel of record have been copied on this notice.

Respectfully Submitted,

**HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC**

By: /s/ David A. Slossberg
David A. Slossberg (ct13116)
Jeffrey P. Nichols (ct29547)
147 North Broad Street
Milford, CT  06460
Telephone: (203) 877-8000 / Fax: (203) 878-9800
DSlossberg@hssklaw.com
JNichols@hssklaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Daniel S. Sommers
Julie G. Reiser
Times Wang
1100 New York Ave., N.W.
Suite 500 East Tower,
Telephone: (202) 408-4600

Facsimile: (202) 408-4699

Carol V. Gilden (CT19769)
190 S. LaSalle St.
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369


**POMERANTZ LLP**
Jeremy Lieberman
Austin Van
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

*Counsel for the Teva Investor Group*

## **CERTIFICATE OF SERVICE**

This is to certify that on April 25, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

/s/ David A. Slossberg
David A. Slossberg