UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMRAM GALMI, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, et al.,<br><br>        Defendants. | Civ. A. No. 3:17-cv-00558 (SRU)<br>CONSOLIDATED with<br>Civ. A. No. 3:17-cv-00559 (SRU)<br><br><br><br><br><br><br>August 24, 2017 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF  PETER M. ADAMS**

Pursuant to Local Rule 83.1(d), the undersigned counsel for Defendants Teva Pharmaceutical Industries Limited, Erez Vigodman, Eyal Desheh, and Kobi Altman hereby respectfully move the Court to permit attorney Peter M. Adams to be admitted to practice *pro hac vice*, for all purposes, in this action.  In support of this motion, the undersigned states:

1.      An affidavit of Attorney Adams in support of this motion, which sets forth the information required by Local Rule 83.1(d), is attached hereto as Exhibit A.

2.      Attorney Adams practices with the firm of Cooley LLP, 4401 Eastgate Mall, San Diego, CA 92121-1909.

3.      Attorney Adams designates the undersigned and her office, Shipman & Goodwin LLP, One Constitution Plaza, Hartford, Connecticut 06103, telephone number (860) 251-5909, as his agent for service of process, and designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission.

4.      The granting of this Motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the Standing Order on Scheduling in Civil Cases.

5.      The requisite fee of $75.00 has been submitted herewith**.**

6.      Upon admission, Attorney Adams will promptly file, or cause to be filed, with the Clerk of the Court a certificate of good standing from the court of the state in which he has his primary office.

WHEREFORE, the undersigned respectfully moves that Attorney Adams be admitted, *pro hac vice*.

Respectfully submitted,

By: /s/  Jill M. O'Toole                   
Jill M. O'Toole (ct27116)
James W. Bergenn (ct00006)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com
Email: jbergenn@goodwin.com

*Attorneys for Defendants Teva Pharmaceutical*
*Industries Limited, Erez Vigodman, Eyal Desheh,*
*and Kobi Altman*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Peter M. Adams was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

  /s/  Jill M. O'Toole
Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

5565506v1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMRAM GALMI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, et al.,<br><br>      Defendants. | Civ. A. No. 3:17-cv-00558 (SRU)<br>CONSOLIDATED with<br>Civ. A. No. 3:17-cv-00559 (SRU)<br><br><br><br><br><br><br>August 24, 2017 |

AFFIDAVIT

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF SAN DIEGO  )

The undersigned, Peter M. Adams, Esq. being duly sworn, hereby deposes and says that:

1.     I am over the age of eighteen and understand the obligations of an oath.

2.     I make this Affidavit based on personal knowledge of the facts stated herein.

3.     I submit this Affidavit, pursuant to Local Rule 83.1(d), in support of the motion for my admission *pro hac vice* in the above-captioned action.

4.     I am a partner with the firm of Cooley LLP, 4401 Eastgate Mall, San Diego, CA 92121-1909. My telephone number is (858) 550-6000, and my fax number is (858) 550-6420. My email address is padams@cooley.com.

5.     I am a member in good standing of the bar of the State of California (Bar No. 243926). I am admitted to the United States District Courts for the Southern District of California, Central District of California, Eastern District of California, and Northern District of California.

6.     I have no pending disciplinary complaints as to which a finding has been made

that such complaint should proceed to a hearing.

7.      I have not been denied admission to, been disciplined by, resigned from,

surrendered my license to practice before, or withdrawn an application for admission to practice

before this Court or any other court, while facing a disciplinary complaint.

8.      I have fully reviewed and am familiar with the Federal Rules of Civil Procedure,

the Local Rules of the United States District Court for the District of Connecticut, and the

Connecticut Rules of Professional Conduct.

9.      I designate Attorney Jill M. O'Toole, a member of the bar of this Court, and her

office, Shipman & Goodwin LLP, One Constitution Plaza, Hartford, Connecticut 06103,

telephone number (860) 251-5909, as my agent for service of process.  I further designate the

District of Connecticut as the forum for the resolution of any dispute arising out of my

admission.

_Peter Adams_
Peter M. Adams

Sworn to before me this
24 day of August, 2017

_Please see attached_
Notary Public
My Commission Expires:

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                    )
County of _____San Diego_____                          )

On _August 24, 2017_ before me, ___Sylvana Issa Miyajima___,
　　　　　*Date*　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared ___Peter M. Adams___
　　　　　　　　　　　　*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**SYLVANA ISSA MIYAJIMA**
Commission # 2144425
Notary Public - California
San Diego County
My Comm. Expires Mar 23, 2020

Signature _____
　　　　　　　*Signature of Notary Public*

　　　*Place Notary Seal Above*

――――――――――――――― OPTIONAL ―――――――――――――――
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit__          Document Date: __August 24, 2017__
Number of Pages: __2__     Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited  ☐ General | ☐ Partner — ☐ Limited  ☐ General |
| ☐ Individual      ☐ Attorney in Fact | ☐ Individual      ☐ Attorney in Fact |
| ☐ Trustee     ☐ Guardian or Conservator | ☐ Trustee     ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907