## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and | : : : : | NO. 3:17-CV-00558 (SRU) |
| ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers, | : : : : : | |
| Plaintiffs, | : | |
| v. | : : | |
| TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; YAACOV ALTMAN; ALLAN OBERMAN; SIGURDUR OLAFSSON; YITZHAK PETERBURG; DIPANKAR BHATTACHARJEE; DEBORAH GRIFFIN; TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V; ROGER ABRAVANEL; SOL J. BARER; ARIE S. BELLDEGRUN; ROSEMARY A. CRANE; AMIR ELSTEIN; JEAN-MICHEL HALFON; GERALD M. LIEBERMAN; GALIA MAOR; JOSEPH NITZANI; ORY SHNEUR SLONIM; GABRIELLE GREENE SULZBERGER; ROBERT KOREMANS; GIANFRANCO NAZZI; JOHN NASON; DAVID VRHOVEC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BNP PARIBAS SECURITIES CORP.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; HSBC SECURITIES (USA) INC.; MIZUHO SECURITIES USA LLC; MORGAN STANLEY & CO. LLC; RBC CAPITAL MARKETS, LLC; SMBC NIKKO SECURITIES AMERICA, INC.; BANK OF CHINA LIMITED LONDON BRANCH; BBVA SECURITIES INC.; COMMERZ MARKETS LLC; LLOYDS SECURITIES INC.; MUFG SECURITIES AMERICAS INC.; PNC CAPITAL MARKETS LLC; SCOTIA CAPITAL (USA) INC.; TD SECURITIES (USA) LLC; KESSELMAN & KESSELMAN d/b/a PWC ISRAEL, | : : : : : : : : : : : : : : : : : : : : : : : : : | |
| Defendants. | : | SEPTEMBER 13, 2017 |

**RULE 7.1 DISCLOSURE STATEMENT**

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Bank of China Limited London Branch, Barclays Capital Inc., BBVA Securities Inc., BNP Paribas Securities Corp., Citigroup Global Markets Inc., Commerz Markets LLC, Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Lloyds Securities Inc., Merrill Lynch, Pierce, Fenner and Smith Incorporated, Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., PNC Capital Markets LLC, RBC Capital Markets, LLC, Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., and TD Securities (USA) LLC, by their undersigned counsel, hereby state as follows:

1.   **Bank of China Limited London Branch**

Bank of China Limited London Branch is a foreign branch of Bank of China Limited and is registered in England as an Overseas Company (Number FC002851, UK Establishment Number BR001417).  Bank of China Limited is incorporated in the People's Republic of China, and registered in China in the State Administration of Industry and Commerce, PRC (Number 911000001000013428).  Bank of China Limited is a publicly traded company, listed on the Hong Kong stock exchange and Shanghai stock exchange.  No publicly traded company owns 10% or more of its stock. The parent company of Bank of China Limited is Central Huijin Investment Limited.  Central Huijin Investment Limited is not a publicly traded company.

2.   **Barclays Capital Inc.**

Barclays Capital Inc. is an indirect wholly owned subsidiary of Barclays PLC, a publicly traded corporation, and no other publicly traded entity owns 10% or more of Barclays Capital Inc.'s stock.

3.   **BBVA Securities Inc.**

BBVA Securities Inc. is a wholly-owned subsidiary of BBVA Compass Bancshares, Inc.,

which is a wholly-owned subsidiary of Banco Bilbao Vizcaya Argentaria, S.A., a bank organized under the laws of the Kingdom of Spain. No publicly held company owns more than 10% of its shares.

### 4. BNP Paribas Securities Corp.

BNP Paribas Securities Corp. is a wholly-owned, indirect subsidiary of BNP Paribas. BNP Paribas is a publicly traded company organized under the laws of France. BNP Paribas has no parent company and no publicly held corporation owns 10% or more of its shares.

### 5. Citigroup Global Markets Inc.

Citigroup Global Markets Inc. is a wholly owned subsidiary of Citigroup Financial Products Inc., which is a wholly owned subsidiary of Citigroup Global Markets Holdings Inc. Citigroup Global Markets Holdings Inc., in turn, is a wholly owned subsidiary of Citigroup Inc. (NYSE: C), a publicly traded company. Citigroup Inc. has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

### 6. Commerz Markets LLC

Commerz Markets LLC is wholly owned by Commerzbank AG, a publicly held company. Commerzbank AG has no parent company and no publicly held company owns 10% or more of Commerzbank AG's stock.

### 7. Credit Suisse Securities (USA) LLC

Credit Suisse Securities (USA) LLC is a wholly owned subsidiary of Credit Suisse (USA), Inc. Credit Suisse (USA), Inc. is a wholly owned subsidiary of Credit Suisse Holdings (USA), Inc., the voting stock of which is jointly owned by Credit Suisse AG and Credit Suisse Group AG Guernsey Branch, which is a branch of Credit Suisse Group AG (NYSE: CS). Credit Suisse AG is a wholly owned subsidiary of Credit Suisse Group AG. Credit Suisse AG has

publicly registered debt securities and warrants in the United States and elsewhere.  The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.  Credit Suisse Group AG has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

8. **HSBC Securities (USA) Inc.**

HSBC Securities (USA) Inc. is a wholly owned subsidiary of HSBC Markets (USA) Inc. HSBC Markets (USA) Inc. is a wholly owned subsidiary of HSBC North America Holdings Inc., which is an indirect subsidiary of HSBC Holdings plc, a publicly held company. HSBC Holdings plc has no parent company, and no publicly held company owns 10% or more of its stock.

9. **Lloyds Securities Inc.**

Lloyds Securities Inc. is a subsidiary of Lloyds America Securities Corporation, which is a subsidiary of Lloyds Bank plc, which is a subsidiary of Lloyds Banking Group plc, which is a publicly held corporation, and has no parent corporation and no publicly-held corporation owns 10% or more of its stock.  No other publicly traded corporation owns 10% or more of Lloyds Bank plc, Lloyds America Securities Corporation, or Lloyds Securities Inc.'s stock.

10. **Merrill Lynch, Pierce, Fenner and Smith Incorporated**

Merrill Lynch, Pierce, Fenner and Smith Incorporated is a wholly owned subsidiary of BAC North America Holding Company.  BAC North America Holding Company is a wholly owned subsidiary of NB Holdings Corporation.  NB Holdings Corporation is a direct subsidiary of Bank of America Corporation, which owns all of the common stock of NB Holdings Corporation.  Bank of America Corporation is a publicly held company whose shares are traded

on the New York Stock Exchange.  Bank of America Corporation has no parent company and no publicly held corporation owns more than 10% of Bank of America Corporation's shares.

### 11. Mizuho Securities USA LLC

Mizuho Securities USA LLC, a Delaware limited liability company, is a wholly-owned subsidiary of Mizuho Americas LLC ("MHA"). MHA is a bank holding company, which is ultimately wholly-owned by Mizuho Financial Group, Inc. ("MHFG").  MHFG, a joint stock corporation with limited liability under the laws of Japan, is a holding company listed on the Tokyo, Osaka, and New York Stock Exchanges.  No publicly held corporation owns more than 10% of MHFG's stock.

### 12. Morgan Stanley & Co. LLC

Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley.  Morgan Stanley is a publicly held corporation that has no parent corporation.  Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

### 13. MUFG Securities Americas Inc.

MUFG Securities Americas Inc. is a wholly owned subsidiary of MUFG Americas Holdings Corporation.  MUFG Americas Holdings Corporation is owned by The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Financial Group, Inc., a publicly held company. The Bank of Tokyo-Mitsubishi UFJ, Ltd. is wholly owned by Mitsubishi UFJ Financial Group, Inc.  Mitsubishi UFJ Financial Group, Inc. has no parent company and no publicly held

corporation owns 10% or more of its stock.

14. **PNC Capital Markets LLC**

PNC Capital Markets LLC is a wholly owned subsidiary of PNC Holding LLC, which is a wholly owned subsidiary of The PNC Financial Services Group, Inc., a publicly held corporation. The PNC Financial Services Group, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

15. **RBC Capital Markets, LLC**

RBC Capital Markets, LLC is an indirect wholly owned subsidiary of Royal Bank of Canada, which is publicly traded on the New York Stock Exchange and the Toronto Stock Exchange. Royal Bank of Canada has no parent company, and no publicly held corporation owns more than 10% of its stock.

16. **Scotia Capital (USA) Inc.**

Scotia Capital (USA) Inc. is a wholly-owned, direct subsidiary of Scotia Holdings (US) Inc., (non-public) which in turn is a wholly-owned, direct subsidiary of BNS Investments Inc. (non-public), which in turn is a direct subsidiary of The Bank of Nova Scotia, a publicly owned corporation. The Bank of Nova Scotia has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

17. **SMBC Nikko Securities America, Inc.**

SMBC Nikko Securities America, Inc. is a corporation directly owned by Sumitomo Mitsui Banking Corporation, a Japanese banking corporation, and SMBC Nikko Securities Inc., a Japanese corporation. Sumitomo Mitsui Banking Corporation and SMBC Nikko Securities Inc. are wholly-owned by Sumitomo Mitsui Financial Group. Sumitomo Mitsui Financial Group

6

is a publicly held corporation that has no parent corporation, and no publicly-held company owns more than 10% of its shares.

### 18.     TD Securities (USA) LLC

TD Securities (USA) LLC is a wholly-owned subsidiary of Toronto Dominion Holdings (U.S.A.), Inc., which is a wholly-owned subsidiary of TD Group US Holdings LLC, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Schedule 1 chartered bank subject to the provisions of the Bank Act (Canada) whose shares are publicly traded on the Toronto and New York Stock Exchanges.  No publicly held company owns or exercises control over 10% or more of its common shares.

Dated:  September 13, 2017

*/s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

Adam S. Hakki (*pro hac vice* forthcoming)
Daniel Lewis (*pro hac vice* forthcoming)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000
Fax: (212) 848-7179
Email: daniel.lewis@shearman.com

*Counsel for Defendants Bank of China Limited London Branch, Barclays Capital Inc., BBVA Securities Inc., BNP Paribas Securities Corp., Citigroup Global Markets Inc., Commerz Markets LLC, Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Lloyds Securities Inc., Merrill Lynch, Pierce, Fenner and Smith Incorporated, Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., PNC Capital Markets LLC, RBC Capital Markets, LLC, Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., and TD Securities (USA) LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 13, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Jeffrey P. Mueller*
      Jeffrey P. Mueller (ct27870)