**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD and ALASKA POLICE FIRE FUND, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, *et al.*,<br><br>       Defendants. | Civ. A. No. 3:17-cv-00558 (SRU)<br>CONSOLIDATED with<br>Civ. A. No. 3:17-cv-00559 (SRU)<br><br><br><br><br>October 27, 2017 |

**MOTION TO WITHDRAW**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel of record, Peter M. Adams, hereby respectfully moves to withdraw his appearance on behalf of Defendants Teva Pharmaceuticals Industries Limited, Erez Vigodman, Eyal Desheh, and Kobi Altman. Other counsel have already appeared for Defendants Teva Pharmaceuticals Industries Limited, Erez Vigodman, Eyal Desheh, and Kobi Altman, including Jill M. O'Toole of Shipman & Goodwin LLP (ECF Nos. 118 & 131), and Michael Blanchard, Jordan D. Hershman, Jason D. Frank, and Emily E. Renshaw of Morgan, Lewis & Bockius LLP (ECF Nos. 152, 157, 158 & 159).

Defendants Teva Pharmaceuticals Industries Limited, Erez Vigodman, Eyal Desheh, and Kobi Altman consent to the relief requested in this motion and have received actual notice of this motion to withdraw, because I have caused a copy of this motion to be sent by email.

WHEREFORE, I respectfully request that the Court grant this motion and permit the withdrawal of my appearance in this action.

        Respectfully submitted,

        /s/ Peter M. Adamas
        Peter M. Adams (*pro hac vice*)
        Cooley LLP
        4401 Eastgate Mall
        San Diego, CA 92121-1909
        Phone:  (858) 550-6000
        Fax:  (858) 550-6420
        Email:  padams@cooley.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 27, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                        /s/ Peter M. Adams