**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and | : : : : | NO. 3:17-CV-00558 (SRU) |
| ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; YAACOV ALTMAN; ALLAN OBERMAN; SIGURDUR OLAFSSON; YITZHAK PETERBURG; DIPANKAR BHATTACHARJEE; DEBORAH GRIFFIN; TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V; ROGER ABRAVANEL; SOL J. BARER; ARIE S. BELLDEGRUN; ROSEMARY A. CRANE; AMIR ELSTEIN; JEAN-MICHEL HALFON; GERALD M. LIEBERMAN; GALIA MAOR; JOSEPH NITZANI; ORY SHNEUR SLONIM; GABRIELLE GREENE SULZBERGER; ROBERT KOREMANS; GIANFRANCO NAZZI; JOHN NASON; DAVID VRHOVEC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BNP PARIBAS SECURITIES CORP.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; HSBC SECURITIES (USA) INC.; MIZUHO SECURITIES USA LLC; MORGAN STANLEY & CO. LLC; RBC CAPITAL MARKETS, LLC; SMBC NIKKO SECURITIES AMERICA, INC.; BANK OF CHINA LIMITED LONDON BRANCH; BBVA SECURITIES INC.; COMMERZ MARKETS LLC; LLOYDS SECURITIES INC.; MUFG SECURITIES AMERICAS INC.; PNC CAPITAL MARKETS LLC; SCOTIA CAPITAL (USA) INC.; TD SECURITIES (USA) LLC; KESSELMAN & KESSELMAN d/b/a PWC ISRAEL, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| Defendants. | : : | DECEMBER 1, 2017 |

**JOINT MOTION FOR AN EXTENSION OF THE BRIEFING SCHEDULE**
**FOR ANY MOTION TO DISMISS FILED BY DEFENDANT**
**BANK OF CHINA LIMITED LONDON BRANCH**

Pursuant to Local Rule of Civil Procedure 7(b), Lead Plaintiff Ontario Teachers' Pension Plan Board and Plaintiff Anchorage Police & Fire Retirement System (the "Plaintiffs") and Defendant Bank of China Limited London Branch ("Bank of China") (collectively, the "Parties") hereby jointly move for an extension of the briefing schedule for any motion to dismiss filed by Bank of China with respect to the Consolidated Class Action Complaint (Doc. No. 141) as follows:   (i) Bank of China shall file any motion to dismiss by January 16, 2018; (ii) the Plaintiffs shall file any opposition by February 1, 2018; and (iii) Bank of China shall file any reply by February 7, 2018.  In support of this motion, the Parties state:

1.     The Court has entered a scheduling order in this case that provides:  (i) the Defendants shall file any motion to dismiss the Consolidated Class Action Complaint by December 1, 2017; (ii) the Plaintiffs shall file any opposition by January 10, 2018; and (iii) the Defendants shall file any reply by February 2, 2018.  (Doc. No. 161.)

2.     In accordance with the Court's scheduling order, on December 1, 2017, the Underwriter Defendants intend to file a motion to dismiss the Consolidated Class Action Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

3.     Bank of China is one of the Underwriter Defendants named in the Consolidated Class Action Complaint.

4.     In addition to the defenses that the other Underwriter Defendants intend to raise in their motion to dismiss, Bank of China intends to raise unique personal jurisdiction defenses to the claims asserted against it in the Consolidated Class Action Complaint, which Bank of China hereby reserves and does not waive.

5.      There is good cause for an extension of the briefing schedule for any motion to dismiss filed by Bank of China.  Such an extension will promote judicial economy and conserve the resources of the parties and the Court because ongoing discussions between the Parties may obviate the need for any briefing or adjudication of Bank of China's personal jurisdiction defenses or for further litigation of the claims asserted against Bank of China.

6.      The Parties therefore propose an extension of the briefing schedule for any motion to dismiss filed by Bank of China with the following reduced page limitations on any such briefing:  (i) Bank of China shall file a motion to dismiss not to exceed five (5) pages in length by January 16, 2018; (ii) the Plaintiffs shall file an opposition not to exceed five (5) pages in length by February 1, 2018; and (iii) Bank of China shall file a reply not to exceed two (2) pages in length by February 7, 2018.

7.      This proposed extension of the briefing schedule for any motion to dismiss filed by Bank of China will not require a modification of any other deadlines in this case.  Any briefing on Bank of China's motion to dismiss will be completed before the scheduled oral argument on the Defendants' motions to dismiss on February 13, 2018.  (Doc. No. 166.) Moreover, discovery and all other proceedings in this case are stayed during the pendency of the motions to dismiss.

8.      This is the first motion for an extension of time filed by the Parties with respect to the briefing schedule for any motion to dismiss filed by Bank of China.

9.      Bank of China has inquired of all non-moving parties, and there is agreement to the proposed extension of the briefing schedule.

10.      This motion was not filed at least three days before the current deadline for the Defendants' motion to dismiss because the Parties have been engaged in discussions and

negotiations that could obviate the need for any motion to dismiss filed by Bank of China for several weeks and only recently agreed additional time was needed to complete those discussions.

WHEREFORE, the Court should grant the Parties' joint motion for an extension of the briefing schedule for any motion to dismiss filed by Bank of China.

Respectfully submitted,

By: /s/ Joseph Fonti
Joseph Fonti (admitted *pro hac vice*)
Wilson Meeks (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
wmeeks@bfalaw.com

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com

*Counsel for Lead Plaintiff Ontario Teachers'*
*Pension Plan Board and for Named Plaintiff*
*Anchorage Police & Fire Retirement System*

By: /s/ Daniel C. Lewis
Adam S. Hakki (phv09223)
Daniel C. Lewis (phv09222)
**SHERMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: 212-848-4000
Fax: 212-848-7179
Email: adam.hakki@shearman.com
Email: daniel.lewis@shearman.com

Jeffrey P. Mueller (ct27870)
**DAY PITNEY LLP**
242 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-0100
Fax: 860-275-0343
Email: jmueller@daypitney.com

*Counsel for Defendant Bank of China Limited*
*London Branch*

4

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 1, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                    */s/ Jeffrey P. Mueller*
                                   Jeffrey P. Mueller (ct27870)