**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>     Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., *et al.*,<br><br>     Defendants. | Civ. A. No. 3:17-cv-00558 (SRU)<br>CONSOLIDATED with<br>Civ. A. No. 3:17-cv-00559 (SRU)<br><br><br><br>DECEMBER 1, 2017 |

**DEFENDANTS TEVA PHARMACEUTICAL
INDUSTRIES LTD., VIGODMAN, DESHEH, ALTMAN,
OBERMAN, OLAFSSON, PETERBURG, AND BHATTACHARJEE'S
MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, Defendants Teva Pharmaceutical Industries Ltd. ("Teva"), Erez Vigodman, Eyal Desheh, Yaacov "Kobi" Altman, Allan Oberman, Sigurdur Olafsson, Yitzhak Peterburg, and Dipankar Bhattacharjee's (the "Teva Management Defendants," and with Teva, "Defendants") respectfully move to dismiss the Consolidated Class Action Complaint in its entirety, with prejudice. For the reasons more fully set forth in the accompanying Memorandum of Law, the exhibits thereto, and the Memorandum of Law in Support of Defendants Teva Pharmaceutical Finance Netherlands III B.V. ("Teva Finance"), Deborah Griffin, Roger Abravanel, Sol J. Barer, Arie S. Belldegrun, Rosemary A. Crane, Amir Elstein, Jean-Michel Halfon, Gerald M. Lieberman, Galia Maor, Joseph Nitzani, Ory Schneur Slonim, Gabrielle Greene Sulzburger, Dr. Robert Koremans, Gianfranco Nazzi, John Nason, and David Vrhovec

**ORAL ARGUMENT REQUESTED**

(with Teva Finance, the "Teva Securities Act-Only Defendants") submitted contemporaneously herewith, all of Plaintiffs' claims should be dismissed with prejudice.

WHEREFORE, the Defendants respectfully request that this Court grant this motion and dismiss the claims against them, with prejudice, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,

*/s/ Jordan D. Hershman*

Jordan D. Hershman (*pro hac vice*)
Jason D. Frank (*pro hac vice*)
Emily E. Renshaw (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Tel (617) 951-8455
Fax (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

 – and –

Michael D. Blanchard (ct25891)
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street
Hartford, CT  06103
Tel: 860.240.2945
Fax: 860.240.2800
michael.blanchard@morganlewis.com

*Counsel for Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Yaacov "Kobi" Altman, Allan Oberman, Sigurdur Olafsson, Yitzhak Peterburg, and Dipankar Bhattacharjee*

 – and –

Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

*Counsel for Defendants Teva Pharmaceutical Industries Limited, Erez Vigodman, Eyal Desheh, and Yaacov "Kobi" Altman*

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 1st day of December, 2017, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

               */s/ Jordan D. Hershman*

               Jordan D. Hershman (*pro hac vice*)
               **MORGAN, LEWIS & BOCKIUS LLP**
               One Federal Street
               Boston, MA 02110-1726
               Tel (617) 951-8455
               Fax (617) 951-8736
               jordan.hershman@morganlewis.com