# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., *et al.*,<br><br>　　　　Defendants. | Civ. A. No. 3:17-cv-00558 (SRU)<br>CONSOLIDATED with<br>Civ. A. No. 3:17-cv-00559 (SRU)<br><br><br><br><br><br><br><br><br><br>January 16, 2018 |

## TEVA DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules, Defendants Teva Pharmaceutical Industries Ltd., Teva Pharmaceutical Finance Netherlands III B.V., Erez Vigodman, Eyal Desheh, Yaacov "Kobi" Altman, Allan Oberman, Sigurdur Olafsson, Yitzhak Peterburg, Dipankar Bhattacharjee, Deborah Griffin, Roger Abravanel, Sol J. Barer, Arie S. Belldegrun, Rosemary A. Crane, Amir Elstein, Jean-Michel Halfon, Gerald M. Lieberman, Galia Maor, Joseph Nitzani, Ory Schneur Slonim, Gabrielle Greene Sulzburger, Dr. Robert Koremans, Gianfranco Nazzi, John Nason, and David Vrhovec (collectively, the "Teva Defendants") respectfully move for an extension of time to file Defendants' reply briefing in further support of their Motions to Dismiss and for oral argument. In support of this Motion, the Teva Defendants state as follows:

　　　　1.　　On October 17, 2017, the Court entered an Order, which set the briefing schedule for Defendants' Motions to Dismiss the Consolidated Class Action Complaint. ECF No. 161. Pursuant to that Order, Defendants filed their Motions to Dismiss on December 1, 2017 and

Plaintiff filed their opposition on January 10, 2018. Defendants' replies are currently due on February 2, 2018.

2. Good cause exists for this extension due to recent, unexpected serious illnesses in families of two of the Teva Defendants' counsel, requiring regular cross-country travel and time out of the office. Accordingly, the Teva Defendants respectfully request a brief two-week extension to February 16, 2018 for all Defendants to file their reply briefs, because without this extension the deadline cannot reasonably be met despite the Teva Defendants' diligence.

3. For these same reasons, the Teva Defendants respectfully request a brief continuance of the hearing on Defendants' Motions to Dismiss, which is currently scheduled for February 13, 2018. The Teva Defendants will coordinate with counsel for all parties to propose in the near term mutually convenient dates for the Court's consideration.

4. Counsel for the Teva Defendants has conferred with counsel for Lead Plaintiff, and Lead Plaintiff does not oppose the relief Defendants request herein.

5. This is the Teva Defendants' first motion for extension of time concerning the reply deadline and for the oral argument on Defendants' Motions to Dismiss, and the proposed extensions will not cause excessive delay in the litigation, nor will they unduly prejudice the parties.

WHEREFORE, the Teva Defendants respectfully request that the Court grant this motion, extend the deadline for all Defendants' replies in support of their Motions to Dismiss until February 16, 2018 and continue the hearing on the Motions to Dismiss, together with such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Michael D. Blanchard*
Michael D. Blanchard (ct25891)
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street
Hartford, CT  06103
Tel: 860.240.2945
Fax: 860.240.2800
michael.blanchard@morganlewis.com

– and –

Jordan D. Hershman (*pro hac vice*)
Jason D. Frank (*pro hac vice*)
Emily E. Renshaw (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Tel (617) 951-8455
Fax (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

*Counsel for Defendants*

– and –

Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

*Counsel for Defendants Teva Pharmaceutical Industries Limited, Erez Vigodman, Eyal Desheh, and Yaacov "Kobi" Altman*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of January, 2018, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Michael D. Blanchard*

      Michael D. Blanchard (ct25891)
      **MORGAN, LEWIS & BOCKIUS LLP**
      One State Street
      Hartford, CT  06103
      Tel: 860.240.2945
      Fax: 860.240.2800
      michael.blanchard@morganlewis.com