# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>      Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., *et al.*,<br><br>      Defendants. | Civ. A. No. 3:17-cv-00558 (SRU)<br>CONSOLIDATED with<br>Civ. A. No. 3:17-cv-00559 (SRU)<br><br><br><br>September 14, 2018 |

## DEFENDANT TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, Defendant Teva Pharmaceutical Finance Netherlands III B.V. ("Teva Finance") respectfully moves to dismiss the Amended Consolidated Class Action Complaint in its entirety, with prejudice.  For the reasons more fully set forth in the accompanying Memorandum of Law, the exhibits thereto, as well as the Memorandum of Law in Support of Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Deborah Griffin, and Sigurdur Olafsson's Motion to Dismiss and its accompanying exhibits, and the Memorandum of Law in Support of Defendants Maureen Cavanaugh and Allan Oberman's Motion to Dismiss, submitted contemporaneously herewith, all of Plaintiffs' claims should be dismissed with

**ORAL ARGUMENT REQUESTED**

DB1/ 99284533

prejudice.

WHEREFORE, Teva Finance respectfully requests this Court grant this motion and dismiss the claims against them, with prejudice, together with such other and further relief as this Court may deem just and proper.

                                              Respectfully submitted,

*/s/ Jordan D. Hershman*
Jordan D. Hershman (*pro hac vice*)
Jason D. Frank (*pro hac vice*)
Emily E. Renshaw (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Tel (617) 951-8455
Fax (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

Michael D. Blanchard (ct25891)
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street
Hartford, CT  06103
Tel: 860.240.2945
Fax: 860.240.2800
michael.blanchard@morganlewis.com

– and –

Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

*Counsel for Defendants Teva Pharmaceutical Finance Netherlands III B.V.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of September, 2018, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Jordan D. Hershman*

                                          Jordan D. Hershman (*pro hac vice*)
                                          **MORGAN, LEWIS & BOCKIUS LLP**
                                          One Federal Street
                                          Boston, MA 02110-1726
                                          Tel (617) 951-8455
                                          Fax (617) 951-8736
                                          jordan.hershman@morganlewis.com