## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and<br><br>ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; ALLAN OBERMAN; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; MAUREEN CAVANAUGH AND TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.;<br><br>Defendants. | No. 3:17-cv-00558 (SRU)<br><br>November 2, 2018 |

## PLAINTIFFS' UNOPPOSED MOTION FOR (1) PERMISSION TO EXCEED PAGE LIMITS AND (2) EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

In accordance with Local Rules 7(a)(5) and 7(b), Ontario Teachers' Pension Plan Board, individually and as Lead Plaintiff on behalf of all others similarly situated, and Anchorage Police & Fire Retirement System, individually and as Named Plaintiff on behalf of all similarly-situated notes purchasers (together, the "Plaintiffs") move (1) for permission to exceed the 40-page limit for the brief they intend to file in opposition to the Motion to Dismiss (ECF No. 238) filed by Defendants Teva Pharmaceutical Industries Ltd. ("Teva"), Erez Vigodman, Eyal Desheh,

Deborah Griffin, and Sigurdur Olafsson (together the "Teva Defendants"), and (2) to modify the current briefing schedule, and adopt the schedule set forth below:

(i)     Plaintiffs' opposition to the Teva Defendants' motion to dismiss (ECF No. 238) - **November 12, 2018**.

(ii)    Plaintiffs' oppositions to the motions to dismiss by: (a) Defendant Teva Pharmaceutical Finance Netherlands III B.V. ("Teva Finance") (ECF. No. 239), and (b) Maureen Cavanaugh and Allan Oberman (ECF No. 240) - **November 20, 2018**.

(iii)   Defendants' reply to Plaintiffs' opposition to the Teva Defendants' motion to dismiss - **December 21, 2018**.

(iv)    Defendants' replies to Plaintiffs' oppositions to the motions to dismiss by Teva Finance and Cavanaugh and Oberman - **January 11, 2018**.

Defense counsel informed Lead Counsel on November 2, 2018, that Defendants are agreeable to the relief sought by this Motion.

In support hereof, the Plaintiffs state as follows:

1.      On April 3, 2018, the Court entered the following schedule (ECF No. 216):

- Lead Plaintiff shall file an Amended Consolidated Class Action Complaint on or before 6/4/2018;

- Defendants shall file any motion to dismiss the Amended Consolidated Class Action Complaint on or before 7/20/2018;

- Lead Plaintiff shall file any opposition to the motion to dismiss on or before 8/31/2018;

- Defendants shall file any reply in support of their motion to dismiss on or before 10/15/2018.

2.      On April 11, 2018, Plaintiffs moved the Court unopposed to extend by 18 days the time to file the Complaint and to extend the deadlines for motion to dismiss briefing.  (ECF No. 219).

3.      On April 25, 2018, the Court granted the Plaintiffs' motion (ECF No. 220) and set the following schedule (ECF No. 221):

2

- Lead Plaintiff shall file an Amended Consolidated Class Action Complaint on or before 6/22/2018;

- Defendants shall file any motion to dismiss the Amended Consolidated Class Action Complaint on or before 8/9/2018;

- Lead Plaintiff shall file any opposition to the motion to dismiss the Consolidated Class Action Complain on or before 9/24/2018;

- Defendants shall file any reply in support of their motion to dismiss the Amended Consolidated Class Action Complaint on or before 11/8/2018.

4.      On May 23, 2018, Defendants moved the Court unopposed to extend the motion to dismiss briefing schedule, but not the deadline for the Complaint, by at least three weeks per deadline.  (ECF No. 222).

5.      On May 25, 2018, the Court granted Defendants' motion (ECF No. 223) and set the following schedule (ECF No. 224):

- Lead Plaintiff shall file an Amended Consolidated Class Action Complaint on or before 6/22/2018;

- Defendants shall file any motion(s) to dismiss the Amended Consolidated Class Action Complaint on or before 8/302018;

- Lead Plaintiff shall file any opposition to the motion(s) to dismiss the Consolidated Class Action Complaint on or before 10/22/2018;

- Defendants shall file any reply in support of their motion(s) to dismiss the Amended Consolidated Class Action Complaint on or before 12/6/2018.

6.      On June 22, 2018, the Plaintiffs filed an Amended Consolidated Class Action Complaint, (ECF No. 226), on behalf of a putative class of investors who purchased Teva securities during a period spanning more than three years – from February 6, 2014 to August 3, 2017, that asserts claims under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 and under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.  The Complaint asserts

claims against eight Defendants: the five Teva Defendants, Cavanaugh, Oberman, and Teva Finance. *Id.*

7.      On August 21, 2018, the Defendants moved the Court unopposed to extend the motion to dismiss briefing schedule a third time, in this instance by more than two weeks per deadline.  (ECF No. 228).

8.      On August 22, 2018, the Court granted Defendants' motion (ECF No. 229) and set forth the current briefing schedule (ECF No. 230):

- Defendants shall file any motion(s) to dismiss the Amended Consolidated Class Action Complaint on or before 9/14/2018;

- Lead Plaintiffs shall file any opposition to the motion(s) to dismiss the Consolidated Class Action Complaint on or before 11/92018;

- Defendants shall file any reply in support of their motion(s) to dismiss the Amended Consolidated Class Action Complaint on or before 12/21/2018.

9.      On September 7, 2018, the Defendants moved to exceed the 40-page limit for their motion to dismiss, seeking permission to submit a 60 page brief.  (ECF No. 231).

10.     On September 10, 2018, the Court granted the Teva Defendants' motion for leave to file excess pages.  (ECF No. 232).

11.     On September 14, 2018, the Teva Defendants, Teva Finance, and Cavanaugh and Oberman, filed three separate motions to dismiss, totaling 96 pages of briefing.  (ECF Nos. 238, 239, and 240).

12.     The Defendants moved to dismiss all claims asserted against them.  The Teva Defendants' brief was 59 pages and included 27 exhibits spanning more than 1500 pages.  (ECF Nos. 238-1 – 238-29).

13.     Plaintiffs intend to file oppositions to all three motions to dismiss.

14.     Plaintiffs' oppositions to the two motions to dismiss filed by (i) Teva Finance (ECF No. 239) and (ii) Cavanaugh and Oberman (ECF No. 240) will both be substantially below the 40-page limit under Local Rule 7(a)(5).

15.     In order to address the extensive arguments made in the Teva Defendants' 59-page motion to dismiss, the Plaintiffs require relief from the 40-page limit.  The Plaintiffs therefore respectfully request permission to submit a brief in response to the Teva Defendants' primary motion to dismiss (ECF No. 238) of no more than 60 pages in length, which is necessary for a thorough analysis of the relevant legal issues, and will assist the Court in adjudicating the Teva Defendants' motion to dismiss.

16.     Additionally, Plaintiffs seek (i) a very modest extension to the deadline to file the opposition to the Teva Defendants' motion to dismiss (ECF No. 238), from Friday, November 9, 2018 to Monday, November 12, 2018, and (ii) an extension from Friday, November 9, 2018, to Tuesday, November 20, 2018, to file the oppositions to the motions to dismiss by Teva Finance (ECF. No. 239) and Cavanaugh an Oberman (ECF. No. 240).

17.     In addition to the length and nature of Defendants' three motions to dismiss, these extensions are necessitated due to unforeseen professional and personal obligations that have recently arisen for Lead Counsel.  Moreover, while Defendants had 84 days to file their motions, if the requested extension is granted Plaintiffs will have 60 days to oppose the Teva Defendants' motion, and 67 days to oppose the Teva Finance and Cavanaugh and Oberman motions.

18.     The Parties have additionally agreed to request an extension of the deadlines for Teva Finance and Cavanaugh and Oberman to file replies to Plaintiffs' oppositions to their motions to dismiss, from Friday, December 21, 2018 to Friday, January 11, 2019.

19.     As required by Local Rule 7(a)(5), the request to exceed the 40-page limit is being made at least seven days before the filing deadline.

20.     As required by Local Rule 7(b)(3) the request to extend the deadline to file an opposition to the motions to dismiss is being made at least three days before the current deadline.

21.     This is Plaintiffs' second motion for extension of time concerning the deadlines for the briefing on Defendants' motions to dismiss the Complaint.

22.     Lead Counsel first contacted Defendants' lead counsel on Wednesday, October 31, 2018 to discuss this matter.  On November 2, 2018, Defendants informed Plaintiffs through their counsel that they do not oppose these requests.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this Motion and (1) permit Plaintiffs to file an opposition not to exceed 60 pages in response to the Teva Defendants' motion to dismiss (ECF No. 238) and (2) enter an order adopting the following modified schedule:

(i)     Plaintiffs' opposition to the Defendants' primary motion to dismiss (ECF No. 238) - **November 12, 2018**.

(ii)    Plaintiffs' oppositions to (a) the motion to dismiss by Teva Finance (ECF. No. 239), and (b) the motion to dismiss by Cavanaugh and Oberman (ECF. No. 240) - **November 20, 2018**.

(iii)   Defendants' reply to Plaintiffs' opposition to the Teva Defendants' motion to dismiss - **December 21, 2018**.

(iv)     Defendants' replies to Plaintiffs oppositions to the motions to dismiss by Teva Finance and Cavanaugh and Oberman - **January 11, 2018**.

6

DATED: NOVEMBER 2, 2018

RESPECTFULLY SUBMITTED,


 _/s/ Marc J. Kurzman_

 _/s/ Joseph A. Fonti_

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
**CARMODY TORRANCE
SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com

*Local Counsel for Lead Plaintiff
Ontario Teachers' Pension Plan Board,
and for Named Plaintiff Anchorage
Police & Fire Retirement System*

Joseph Fonti (admitted *pro hac vice*)
Javier Bleichmar (admitted *pro hac vice*)
Wilson Meeks (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
jbleichmar@bfalaw.com
wmeeks@bfalaw.com

*Counsel for Lead Plaintiff
Ontario Teachers' Pension Plan Board,
and for Named Plaintiff Anchorage
Police & Fire Retirement System,
and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's CM/ECF system.

 _/s/ Joseph A. Fonti_____
Joseph A. Fonti