## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., *et al.*,<br><br>        Defendants. | Civ. A. No. 3:17-cv-00558 (SRU)<br>CONSOLIDATED with<br>Civ. A. No. 3:17-cv-00559 (SRU)<br><br><br><br>December 21, 2018 |

## MOVING DEFENDANTS' EMERGENCY
## MOTION TO EXTEND THE BRIEFING SCHEDULE

In accordance with Local Rules 7(a)(6) and 7(b), Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Deborah Griffin, and Sigurdur Olafsson (the "Moving Defendants") respectfully move for an extension of time to file their reply memorandum of law in support of their Motion to Dismiss the First Amended Consolidated Class Action Complaint (ECF No. 238) to January 11, 2019, when the non-Moving Defendants' reply memoranda currently are due. ECF No. 242. In support hereof, the Moving Defendants state as follows:

1.      In accordance with Local Rule 7(a)(5), on December 14, 2018, Moving Defendants filed a Motion to Exceed Page Limits, requesting leave to file a reply memorandum of up to 50 pages. ECF No. 207. Plaintiffs did not oppose the relief Moving Defendants sought. ECF No. 248.

2.      Moving Defendants' reply memorandum is due to be filed with the Court today, Friday, December 21, 2018, by 11:59 p.m.

3.      At 5:00 p.m. today, Moving Defendants' counsel received notice via CM/ECF of the Court's order granting in part and denying in part Moving Defendants' Motion to Exceed Page Limits, granting Moving Defendants leave to file a 30-page reply memorandum, rather than the 50-page memorandum Moving Defendants had requested.  ECF No. 249.

4.      Moving Defendants' counsel were prepared today to file a 50-page reply memorandum, and are unable to reduce the length of Moving Defendants' brief by 20 pages to comply with the Court's order, and receive the necessary authorization from their clients to file, before the 11:59 p.m. CM/ECF filing deadline.

5.      Good cause exists for this emergency request due to difficulty of completing the necessary edits and obtaining client approval for them in the extremely limited amount of time remaining today prior to the filing deadline.  Without this extension, the current deadline cannot reasonably be met despite the Moving Defendants' diligence.

6.      Furthermore, good cause exists for this extension to January 11, 2019, due to the upcoming winter holidays, and Moving Defendants' counsel planned holiday travel.  In addition, Moving Defendants' lead counsel is facing serious near-term time constraints due to a serious illness and recent surgery in his family.

7.      The requested extension of time will not cause excessive delay in the litigation, nor will it prejudice the parties.  While Moving Defendants' reply memorandum is due to be filed December 21, 2018, the non-Moving Defendants' reply memoranda are not due to be filed until January 11, 2019.  These staggered briefing deadlines were agreed to by the Parties and allowed by the Court, following a request by Plaintiffs for additional pages and additional time to file their

opposition briefing, to which Defendants assented.  ECF Nos. 241 & 242.  If this Motion is allowed, all Defendants' reply briefing will be filed with the Court by January 11, 2019. Additionally, oral argument on Defendants' motions to dismiss is scheduled for February 7, 2019. Moving Defendants' request does not impact that hearing date.  Accordingly, there will be no excessive delay, and no party will be prejudiced if Moving Defendants' Motion is allowed.

8.      Given the hour, the upcoming holidays, and related travel, Moving Defendants' counsel attempted but were unable to obtain Plaintiffs' counsel's assent to this Motion.  If Moving Defendants' counsel obtain Plaintiffs' counsel's assent before the Court rules on this Motion, Moving Defendants will update the Court.

WHEREFORE, the Moving Defendants respectfully request an extension to January 11, 2019 for the Moving Defendants to file their reply memorandum of law in support of their Motion to Dismiss the First Amended Consolidated Class Action Complaint, together with such other and further relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Emily E. Renshaw*
Jordan D. Hershman (*pro hac vice*)
Jason D. Frank (*pro hac vice*)
Emily E. Renshaw (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Tel (617) 951-8455
Fax (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

– and –

Michael D. Blanchard (ct25891)
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street
Hartford, CT  06103
Tel: 860.240.2945
Fax: 860.240.2800
michael.blanchard@morganlewis.com

*Counsel for Defendants Teva*
*Pharmaceutical Industries Ltd., Erez*
*Vigodman, Eyal Desheh, Deborah Griffin,*
*and Sigurdur Olafsson*

– and –

Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

*Counsel for Defendants Teva*
*Pharmaceutical Industries Ltd., Erez*
*Vigodman, and Eyal Desheh*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 21st day of December 2018, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

           */s/ Emily E. Renshaw*

           Emily E. Renshaw (*pro hac vice*)
           **MORGAN, LEWIS & BOCKIUS LLP**
           One Federal Street
           Boston, MA 02110-1726
           Tel (617) 951-8000
           Fax (617) 951-8736
           emily.renshaw@morganlewis.com