IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES LTD., et al., <br><br> Defendants. | CIVIL ACTION No. 3:17-cv-00558-SRU <br><br><br> FEBRUARY 5, 2019 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for intervenor-plaintiff California State Teachers' Retirement System.

                  INTERVENOR-PLAINTIFF CALIFORNIA STATE
                  TEACHERS' RETIREMENT SYSTEM,

                  By:    /s/ Richard S. Order
                          Richard S. Order, Esq.
                          Federal Bar No. ct02761
                          UPDIKE, KELLY & SPELLACY, P.C.
                          100 Pearl Street, P.O. Box 231277
                          Hartford, CT 06123-1277
                          Telephone: 860-548-2600
                          Facsimile: 860-548-2680
                          Email: rorder@uks.com

2054314

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on February 5, 2019, a copy of the foregoing was electronically filed. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. A copy has also been sent by U.S. mail first class, postage prepaid, to all counsel and pro se parties that do not have access to the Court's electronic filing system.

By: /s/ Richard S. Order
Richard S. Order, Esq.
UPDIKE, KELLY & SPELLACY, P.C.