# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and<br><br>ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; ALLAN OBERMAN; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; MAUREEN CAVANAUGH AND TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.;<br><br>　　Defendants. | No. 3:17-cv-00558 (SRU) |

## MOTION TO FILE SURREPLY TO PROVIDE SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Local Rule 7(d) and the Court's Pretrial Preferences, Plaintiffs request permission to file a surreply brief alerting the Court to an opinion issued by the United States District Court for the Eastern District of Pennsylvania on May 15, 2019, addressing a number of the legal issues briefed by the parties in connection with Defendants' pending motions to dismiss, ECF 238, 239, 240, and Plaintiffs' oppositions thereto, ECF 244, 246, 247. The proposed surreply is attached hereto as Appendix 1.

DATED: May 20, 2019                     RESPECTFULLY SUBMITTED,

  /s/ *Joseph A. Fonti*

Joseph A. Fonti (admitted *pro hac vice*)
Javier Bleichmar (admitted *pro hac vice*)
Wilson Meeks (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
jbleichmar@bfalaw.com
wmeeks@bfalaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board,*
*and for Named Plaintiff Anchorage*
*Police & Fire Retirement System,*
*and Lead Counsel for the Class*

/s/ *Marc J. Kurzman*

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
John L. Cordani, Jr. (ct28833)
**CARMODY TORRANCE**
**SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com
jcordani@carmodylaw.com

*Local Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board,*
*and for Named Plaintiff Anchorage*
*Police & Fire Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, a copy of the above motion and Appendix 1 was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

                                                        */s/ Joseph A. Fonti*
                                                        Joseph A. Fonti