UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers, | : : : : : : : | CIVIL ACTION NO. 3:17-cv-00558-SRU |
| Plaintiffs, | : : | |
| v. | : : : | |
| TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; ALLAN OBERMAN; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; MAUREEN CAVANAUGH AND TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V., | : : : : : : : : | SEPTEMBER 23, 2019 |
| Defendants. | : | |

**MOTION FOR ENTRY OF ORDER GRANTING MOTION TO INTERVENE FOR LIMITED PURPOSE OF TOLLING STATUTE OF REPOSE**

Intervenor-plaintiff California State Teachers' Retirement System ("CalSTRS") respectfully moves for entry of an Order in the form attached as Exhibit A granting CalSTRS' Motion to Intervene for the Limited Purpose Of Tolling the Statute of Repose dated February 5, 2019 [Docket No. 259].

On September 17, 2019, the Court granted the Motion to Intervene for Limited Purpose in a summary ECF entry [Docket No. 281] with no document attached.

CalSTRS requests the Court enter the attached Order to ensure that CalSTRS is deemed to have intervened as of February 5, 2019, thereby preserving as of that date

its claims with respect to the statutes of repose that expired thereafter and preserving CalSTRS' status as a passive class member-intervenor for all other purposes.

        INTERVENOR-PLAINTIFF CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM,

By:   /s/ Irwin B. Schwartz

    Irwin B. Schwartz, Esq.
    PHV No. 05071
    BLA Schwartz, P.C.,
    One University Avenue, Suite 302(b)
    Westwood, Massachusetts 02090
    Telephone: (781) 636-5032
    Fax: (617) 421-1810
    ischwartz@blaschwartz.com

    Richard S. Order, Esq.
    Federal Bar No. ct02761
    UPDIKE, KELLY & SPELLACY, P.C.
    100 Pearl Street, P.O. Box 231277
    Hartford, Connecticut 06123-1277
    Telephone: 860-548-2600
    Facsimile: 860-548-2680
    Email: rorder@uks.com