UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; ALLAN OBERMAN; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; MAUREEN CAVANAUGH AND TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION NO.<br>3:17-cv-00558-SRU<br><br><br><br><br><br><br><br><br>SEPTEMBER 23, 2019 |

### [PROPOSED] ORDER GRANTING MOTION TO INTERVENE
### FOR LIMITED PURPOSE OF TOLLING STATUTE OF REPOSE

WHEREAS the California State Teachers' Retirement System ("CalSTRS") asserts it is a member of the putative class in this class action and thus has claims against defendants that share common questions of law and/or fact with the claims asserted in the Amended Consolidated Class Action Complaint ("Amended Complaint") [Docket No. 226]; and

WHEREAS, on February 5, 2019, CALSTRS filed a motion to intervene for the limited purpose of providing defendants notice of CalSTRS' claims against them as alleged in the Amended Complaint and thereby tolling the expiration of the statute of repose ("Motion to Intervene for Limited Purpose") [Docket No. 259]; and

WHEREAS, defendants opposed the Motion to Intervene for Limited Purpose on February 26, 2019 [Docket No. 268]; and

WHEREAS, CalSTRS filed a reply memorandum on March 12, 2019 [Docket No. 271];

IT IS HEREBY ORDERED THAT:

(a) CalSTRS is permitted to intervene as a member of the putative plaintiff class in this action as of February 5, 2019 under Fed. R. Civ. P. 23(d)(1)(B)(iii) and 24(b) for the limited purpose of preserving its claims against defendants as alleged in the Amended Complaint with respect to the expiration of the statute of repose; and

(b) For all other purposes in this action, CalSTRS shall remain a passive member of the putative plaintiff class with all the associated rights and protections, including protection from being subject to discovery in this action.

_____
Hon. Stefan R. Underhill
Chief United States District Judge