## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and<br><br>ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; and TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.,<br><br>    Defendants. | Consol. C.A. No.<br>3:17-cv-00558 (SRU) |
| EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF ST. PETERSBURG, FLORIDA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., KARE SCHULTZ, and MICHAEL MCCLELLAN,<br><br>    Defendants. | C.A. No.<br>3:19-cv-01768-(SRU)<br><br>December 13, 2019 |

**EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF ST. PETERSBURG, FLORIDA'S <u>NOTICE OF NON-OPPOSITION TO CONSOLIDATION</u>**

Employees' Retirement System of the City of St. Petersburg, Florida ("St. Petersburg") respectfully submits this notice of non-opposition to consolidation of the cases captioned *Employees' Retirement System of the City of St. Petersburg, Florida v. Teva Pharmaceutical Industries Ltd., et al.*, No. 3:19-cv-01768-SRU (the "*St. Petersburg* Action"), and *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd.*, No. 3:17-cv-00558-SRU (the "*Ontario Teachers'* Action"), both of which are now pending in this Court.

On June 21, 2019, St. Petersburg filed a securities class action complaint against Teva Pharmaceutical Industries Ltd. and certain individual defendants in the United States District Court for the Eastern District of Pennsylvania. *St. Petersburg*, ECF No. 1. On October 8, 2019, the presiding court entered an order transferring the case to this District, principally because the court found a "substantial overlap in subject-matter" between the case and the *Ontario Teachers'* litigation pending in this Court. *St. Petersburg*, ECF No. 37 at 10. The court found that "the claims in both actions are nearly identical." *Id.* at 9.

On November 21, 2019, the *St. Petersburg* Action was assigned to this Court. *St. Petersburg*, ECF No. 50. On December 5, 2019, the Court ordered the parties to file any submissions regarding consolidation of the *St. Petersburg* and *Ontario Teachers'* actions by December 13, 2019. *St. Petersburg*, ECF No. 67.

In considering potential consolidation, St. Petersburg remains committed to protecting the claims and interests of the unnamed Class members in the *St. Petersburg* Action. *See, e.g.*, *St. Petersburg*, ECF No. 31 at 3 (St. Petersburg expressing concern that the unnamed Class members' claims could be subsumed through consolidation "and not prosecuted"). Accordingly, St. Petersburg does not oppose consolidation of the *St. Petersburg* Action and the *Ontario Teachers'* Action, provided that (i) Ontario Teachers asserts the Class claims in the *St.*

*Petersburg* Action, or (ii) the Court or Lead Plaintiff provides for an alternative means to protect the claims and interests of Class members in the *St. Petersburg* Action.  In addition, if the cases are consolidated, St. Petersburg remains willing and able to serve as a named plaintiff and class representative.

Dated: December 13, 2019                              Respectfully submitted,

                                                                              */s/ Jonathan P. Whitcomb*

                                                                              **DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP**
                                                                              Jonathan P. Whitcomb (Bar No. 403763)
                                                                              Christina M. Volpe (Bar No. 30647)
                                                                              jwhitcomb@dmoc.com
                                                                              cvolpe@dmoc.com
                                                                              One Atlantic Street
                                                                              Stamford, CT 06901
                                                                              Tel:  (203) 569-1105
                                                                              Fax:  (203) 348-2321

                                                                              *Local Counsel for Plaintiff Employees' Retirement System of the City of St. Petersburg, Florida*


                                                                              **SAXENA WHITE P.A.**

                                                                              By: */s/ David R. Kaplan*
                                                                              David R. Kaplan (Admitted *Pro Hac Vice*)
                                                                              CA Bar No. 230144
                                                                              12750 High Bluff Drive, Suite 475
                                                                              San Diego, CA 92130
                                                                              Tel: (858) 997-0860
                                                                              Fax: (858) 369-0096
                                                                              dkaplan@saxenawhite.com

                                                                              Steven B. Singer (Admitted *Pro Hac Vice*)
                                                                              NY Bar No. 2454684
                                                                              10 Bank Street, 8th Floor
                                                                              White Plains, NY 10606
                                                                              Telephone: (914) 437-8551
                                                                              Facsimile:  (888) 631-3611
                                                                              ssinger@saxenawhite.com

        Joseph E. White III
        FL Bar No. 621064
        Lester R. Hooker
        FL Bar No. 32242
        7777 Glades Road, Suite 300
        Boca Raton, FL 33434
        Tel: (561) 394-3399
        Fax: (561) 394-3382
        jwhite@saxenawhite.com
        lhooker@saxenawhite.com

        *Counsel for Plaintiff Employees' Retirement System*
        *of the City of St. Petersburg, Florida*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Jonathan P. Whitcomb*