UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on Behalf of All Others Similarly Situated; and<br><br>ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on Behalf of All Similarly-Situated Bond Purchasers,<br><br>                Plaintiffs,<br><br>vs.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., EREZ VIGODMAN, EYAL DESHEH, SIGURDUR OLAFSSON, DEBORAH GRIFFIN, and TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.,<br><br>                Defendants. | Civil Action No. 3:17-cv-00558 (SRU)<br><br><u>CLASS ACTION</u> |

### HMG GLOBAL INITIATIVE INC. MOTION TO INTERVENE TO OBTAIN AN <u>ORDER STRIKING THE SECOND AMENDED COMPLAINT</u>

[Proposed Intervenor] HMG Global Initiative Inc. ("HMG") respectfully moves this Court pursuant Federal Rule of Civil Procedure 24(a) and/or 24(b)(2) for an Order: (1) granting HMG's request to intervene in the pending action; and (2) striking the Second Amended Complaint (the "SAC") (ECF No. 310).

For the reasons more fully set forth in the accompanying Memorandum of Law, the SAC is an improper pleading under the Private Securities Litigation Reform Act of 1995 and should therefore be stricken.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, HMG respectfully requests this Court grant this motion to intervene and strike the SAC, order Lead Plaintiff Ontario Teachers' Pension Plan Board to revert to the claims and allegations in its Amended Consolidated Complaint, dated June 22, 2018 (ECF No. 226), together with such other and further relief as this Court may deem just and proper.

DATED:  December 20, 2019

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Reed R. Kathrein
Reed R. Kathrein (Admitted *Pro Hac Vice*)

Lucas E. Gilmore (Admitted *Pro Hac Vice*)
Danielle Smith
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for HMG Global Initiative Inc.*

Robert A. Izard (CT No. 01601)
Craig Raabe (CT No. 04116)
Christopher M. Barrett (CT No. 30151)
IZARD, KINDALL & RAABE LLP
29 S. Main Street., Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile:  (860) 493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

*Local Counsel for HMG Global Initiative Inc.*

Shanon J. Carson
Jeff Osterwise
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
scarson@bm.net
josterwise@bm.net

*Additional Counsel for HMG Global Initiative Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN