# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and | No. 3:17-cv-00558 (SRU) |
| ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers, | Class Action |
| Plaintiffs, | |
| v. | |
| TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; AND TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V., | |
| Defendants. | January 3, 2020 |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

In accordance with Local Rule 7(b), Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, and Teva Pharmaceutical Finance Netherlands III B.V., respectfully file this motion to extend the deadline for the parties to this Action to respond to Plaintiffs' Second Amended Complaint by three weeks from Monday, January 6, 2020 to Monday, January 27, 2020.  In support of this motion, Defendants state as follows:

1.    On December 13, 2019, Plaintiffs filed the Second Amended Complaint.  (ECF No. 310.)

2.    Before the Second Amended Complaint was filed, this Court had granted Defendants' motion to extend the responsive pleading deadline until January 6, 2020.  (ECF No.

306.)

3.      In accordance with Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline for responding to the Second Amended Complaint is January 6, 2020, because that was the later of fourteen days or the time remaining to respond to the original pleading.

4.      Meanwhile, also on December 13, 2019, Plaintiffs and Defendants jointly moved to consolidate this Action with all related Actions currently pending in this District, given the substantial overlap in facts and legal claims presented in the cases (the "Joint Motion").  (ECF No. 311.)

5.      The Joint Motion proposes a schedule for responsive pleadings and discovery for all actions.  (*Id*. at 4-5.)  One request made in the Joint Motion was for the Court to allow Defendants to have forty-five (45) days, or until, January 27, 2020 to respond to the Second Amended Complaint.

6.      Though the instant request seeks the same relief as the request set forth in the Joint Motion respecting the time to respond to the Second Amended Complaint, Defendants nevertheless file this standalone motion seeking an extension of time for the responsive pleading deadline out of an abundance of caution.

7.      For the reasons set forth in the Joint Motion, there is good cause for the requested extension of the responsive pleading deadline.  There is also good cause in light of the volume of allegations in the Second Amended Complaint, which require time to investigate and to prepare a response.  Without the extension, the current deadline cannot reasonably be met despite Defendants' diligence.

8.      This is Defendants' first request to extend the deadline to respond to the Second Amended Complaint, and the proposed extension will neither cause excessive delay nor unduly

prejudice the parties in the litigation.

9.      Defendants' counsel has conferred with counsel for Plaintiffs, who do not object to the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court grant this motion and set January 27, 2020 as the deadline for Defendants' response to the Second Amended Complaint, together with such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Jill M. O'Toole*
Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

*Counsel for Defendants Teva*
*Pharmaceutical Industries Limited, Erez*
*Vigodman and Eyal Desheh*

– and –

Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street, Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

*Counsel for Defendants*