# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and<br><br>ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; ALLAN OBERMAN; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; MAUREEN CAVANAUGH AND TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.;<br><br>Defendants. | No. 3:17-cv-00558 (SRU)<br><br><br><br>February 19, 2020 |

## **MOTION TO ADMIT BENJAMIN F. BURRY AS VISITING ATTORNEY**

Pursuant to Local Civil Rule 83.1(d), Lead Plaintiff Ontario Teachers' Pension Plan Board ("Ontario Teachers" or "Lead Plaintiff") and Named Plaintiff Anchorage Police & Fire Retirement System ("Anchorage," or "Named Plaintiff") (together, the "Moving Plaintiffs"), hereby move the Court to grant Benjamin F. Burry, Esq. leave to appear and practice as a visiting attorney for the Moving Plaintiffs in the above-captioned matter. In support, the undersigned represents as follows:

1. The undersigned, a member of the Bar of this Court, is an attorney of record in this action for the Moving Plaintiffs and maintains his principal offices at 707 Summer St., Stamford, Connecticut 06901 and 195 Church Street., New Haven, CT 06509.

2. As set forth in the affidavit submitted in compliance with Local Civil Rule 83.1(d)(1) and attached hereto as Exhibit A:

   a. Benjamin F. Burry is an associate with the law firm of Bleichmar Fonti & Auld LLP, 7 Times Square, 27th Floor, New York, NY 10036 and counsel to Plaintiffs; telephone: (212) 789-1345; facsimile: (212) 205-3960; e-mail: bburry@bfalaw.com.

   b. Mr. Burry is a member in good standing of the Bar of the State of New York (NY Bar No. 4899464; admitted 2011). He is also admitted to and in good standing with the U.S. Courts of Appeals for the Second Circuit (2014), U.S. District Courts for the Southern District of New York (2013) and the Eastern District of New York (2013).

   c. Mr. Burry has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

   d. Mr. Burry has not been denied admission, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application

for an admission to practice before this Court or any other court, while facing a disciplinary complaint.

  e. Mr. Burry has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

  f. Mr. Burry designates the undersigned as his agent for service of process upon whom service of all papers on Mr. Burry shall be made, and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission.

3. This motion has been timely made and does not require any modification of a scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

4. Pursuant to Local Civil Rule 83.1(d)(3), a fee of seventy-five ($75.00) dollars has been paid to the Clerk of the Court upon the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court admit Benjamin F. Burry, Esq. as a visiting attorney for the purpose of appearing and participating in this action on behalf of the Moving Plaintiffs.

          /s/ *J. Christopher Rooney*
          J. Christopher Rooney (ct04027)
          Marc J. Kurzman (ct01545)
          **CARMODY TORRANCE**
          **SANDAK & HENNESSEY LLP**
          707 Summer Street, Suite 300
          Stamford, CT 06901
          Telephone: (203) 252-2680
          Facsimile: (203) 325-8608
          mkurzman@carmodylaw.com
          crooney@carmodylaw.com

## **CERTIFICATION**

I hereby certify that on this 19th day of February 2020, a copy of the foregoing Motion to Admit Benjamin F. Burry was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

/s/ *J. Christopher Rooney*
J. Christopher Rooney (ct04027)