UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and<br><br>ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; KÅRE SCHULTZ; MICHAEL MCCLELLAN; YITZHAK PETERBURG and TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.,<br><br>    Defendants. | No. 3:17-cv-00558 (SRU)<br><br>Class Action<br><br><br><br>February 24, 2020 |

## DEFENDANTS' MOTION TO RESPOND TO INTERROGATORIES

In accordance with Federal Rules of Civil Procedure 26 and 33, and Local Rule 7(b), Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Schultz, Michael McClellan, Yitzhak Peterburg, and Teva Pharmaceutical Finance Netherlands III B.V. (collectively "Defendants"), respectfully file this motion to extend the deadline for their responses to Plaintiffs' interrogatories by thirty (30) days from Wednesday, February 26, 2020 to Friday, March 27, 2020. In support of this motion, Defendants state as follows:

    1.    On January 27, 2019, Plaintiffs served their First Set of Interrogatories.

    2.    Though Plaintiffs propounded only two interrogatories by number, they are broad in scope. For example, the first interrogatory requests detailed information on all price increases

1

for the generic drugs at issue; the cost-benefit analysis conducted in connection with the price increases; all reasons for the price increases; the identification of all individuals who analyzed, reviewed, and approved the price increases; and information on the sales, revenues, and profits projected and obtained as a result of the price increases.  The second interrogatory requests detailed information on the creation, review, and dissemination of certain work plans, "Latest Best Estimates," and scorecards during over a six-year period.  As written, each interrogatory is multiple requests in one.

3. In light of the volume, duration, scope, and breadth of the interrogatories, Defendants need more time to prepare written responses and objections.  Defendants must coordinate with numerous individuals for relevant information and conduct a detailed factual investigation on the questions posed by Plaintiffs.  Though Defendants have been working diligently to research the responses to the interrogatories and to prepare responses, they need additional time.

4. For the reasons described above, there is good cause for the requested extension of the discovery deadline.  Without the extension, the current deadline cannot reasonably be met despite Defendants' diligence.

5. This is Defendants' first motion to extend the deadline to respond to the Second Amended Complaint, and the proposed extension will neither cause excessive delay nor unduly prejudice the parties in the litigation.

6. Defendants' counsel has been unable to obtain Plaintiffs' position on the requested extension despite diligent effort, including making the inquiry in sufficient time to afford Plaintiffs a reasonable opportunity to respond.

WHEREFORE, Defendants respectfully request that the Court grant this motion and set

March 27, 2020 as the deadline for Defendants' response to Plaintiffs' interrogatories, together with such other and further relief as the Court deems appropriate.

<div style="margin-left: 3em;">

Respectfully submitted,

/s/ *Jill M. O'Toole*
Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

*Counsel for Defendants Teva Pharmaceutical Industries Limited, Erez Vigodman and Eyal Desheh*

– and –

Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street, Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

*Counsel for Defendants*

</div>