**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LEAD CASE: | 3:17-cv-558-SRU | Ontario Teachers' Pension Plan Board, et al. v. Teva Pharm. Indus., Ltd., et al. |
| MEMBER CASES: | 3:17-cv-1314-SRU | OZ ELS Master Fund, Ltd., et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:17-cv-1938-SRU | Huellemeier v. Teva Pharm. Indus., Ltd., et al. |
| | 3:18-cv-798-SRU | Baker v. Teva Pharm. Indus., Ltd., et al. |
| | 3:18-cv-800-SRU | Grodko v. Teva Pharm. Indus., Ltd., et al. |
| | 3:18-cv-1681-SRU | Nordea Investment Mgmt. AB v. Teva Pharm. Industries Ltd., et al. |
| | 3:18-cv-1721-SRU | Revenue, et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:18-cv-1956-SRU | Pacific Funds Series Trust, et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-175-SRU | Public School Teachers Pension and Ret. Sys. of Chicago v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-192-SRU | Schwab Capital Trust, et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-449-SRU | Phoenix Ins. Co., Ltd., et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-513-SRU | Mivtachim The Workers Social Ins. Fund Ltd., et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-543-SRU | Clal Ins. Co., Ltd., et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-603-SRU | Highfields Capital I LP, et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-655-SRU | Migdal Ins. Co., Ltd., et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-656-SRU | Harel Pension and Provident Ltd., et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-657-SRU | Oregon v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-923-SRU | Migdal Mutual Funds, Ltd. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-1167-SRU | Psagot Mutual Funds, Ltd., et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-1173-SRU | Stichting PGGM Depositary, et al. v. Teva Pharm. Indus., Ltd., et al. |
| | 3:19-cv-1768-SRU | Emps.' Ret. Sys. of the City of St. Petersburg, Florida v. Teva Pharm. Indus., Ltd., et al. |
| | 3:20-cv-83-SRU | Internationale Kapitalanlagegesellschaft mbH v. Teva Pharm. Indus., Ltd., et al. |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NOTICE TO COUNSEL**

The above-captioned cases have been ordered consolidated pursuant to an order entered by Judge Stefan R. Underhill.  This Notice lays out procedures—consistent with the Court's order, doc. no. 352—that will govern the procedural aspects of the consolidation:

1. The clerk will maintain a **LEAD CONSOLIDATED DOCKET SHEET AND FILE** in case number 3:17-cv-558-SRU.

2. All captions shall conform to the requirements of the Court's Order.  *See* Order, Doc. No. 352, at ¶ 4.

3. The parties and counsel from each member case will be added to the docket of the **LEAD CONSOLIDATED DOCKET SHEET** and the member cases will be closed without prejudice to the right of any party to move to reopen upon resolution of the **LEAD** case.

4. All docketing shall be made **ONLY** on the **LEAD CONSOLIDATED DOCKET SHEET**.

5. Any pending motions from the member cases will be re-docketed on the **LEAD CONSOLIDATED DOCKET SHEET**.

6. In the event an appeal is taken by one or more parties from a decision or judgment of this court, or in the event copies of the file are needed outside the district for any reason, it shall be the duty of the requesting party to certify the record required.  It shall then be the responsibility of counsel who originally prepared or filed any documents to furnish, upon request, sufficient copies to the clerk for transmittal of the record.  Copies requested shall be furnished within ten (10) days.

Dated at Bridgeport, Connecticut, this 28th day of April 2020.

ROBIN D. TABORA, Clerk

By:  /s/ Tasha Oliver

Deputy Clerk