## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-558 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On May 13, I held a telephonic status conference on the record with Joseph A. Fonti and J. Christopher Rooney, attorneys for the lead plaintiff, Ontario Teachers' Pension Plan Board, and the named plaintiff, Anchorage Police & Fire Retirement System; and Jason D. Frank, Emily E. Renshaw, Elizabeth G. Hays, and Jill M. O'Toole, attorneys for the defendants, Teva Pharmaceutical Industries, Ltd.; Erez Vigodman; Eyal Desheh; Sigurdur Olafsson; Deborah Griffin; Kåre Schultz; Michael McClellan; Yitzhak Peterburg; and Teva Pharmaceutical Finance Netherlands III B.V.[1] The above-noted defense counsel represent the Defendants in all the Teva-related actions[2] except that, in two,[3] Jill O'Toole alone represents the Defendants. Matthew L. Mustokoff, Liaison Counsel for the Direct Action Plaintiffs,[4] was also present. Numerous plaintiffs' counsel in other Teva-related actions—that I have consolidated into this case—were also present. Those counsel were:

| Case | Counsel |
|---|---|

---

[1] Also on the call was Sheron Korpus, whose motion for admission *pro hac vice* has been granted, *see* Order, Doc. No. 364, but who has not yet filed a notice of appearance.
[2] *See* Consolidation Order, Doc. No. 341, at 1–2 nn. 2–3; 35; *see also Boeing Co. Emp. Ret. Plans Master Trust v. Teva Pharm. Indus., Ltd., et al.*, No. 20-cv-588 (transferred to me on May 4, 2020).
[3] *See* (1) *OZ ELS Master Fund, Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:17-cv-1314; and (2) *Boeing Co. Emp. Ret. Plans Master Trust v. Teva Pharm. Indus., Ltd., et al.*, No. 20-cv-588. Regarding *Boeing*, the case was transferred to me on May 4, 2020. *See* Order of Transfer, Doc. No. 10. No one has yet appeared for the Defendants in that case. However, Ms. O'Toole represented during the May 13 telephonic status conference that she was representing the Defendants in *Boeing*.
[4] *See* Order, Doc. No. 352, at ¶ 17.

| | |
|---|---|
| *OZ ELS Master Fund, Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:17-cv-1314 | Jonathan D. Uslaner |
| *Nordea Investment Mgmt. AB v. Teva Pharm. Industries Ltd., et al.*, No. 3:18-cv-1681<br><br>*Revenue, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:18-cv-1721 | Matthew L. Mustokoff (also Liaison Counsel) |
| *Pacific Funds Series Trust, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:18-cv-1956<br><br>*Schwab Capital Trust, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-192<br><br>*Stichting PGGM Depositary, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-1173<br><br>*Internationale Kapitalanlagegesellschaft mbH v. Teva Pharm. Indus., Ltd., et al.*, No. 3:20-cv-83[5] | Jonathan Park |
| *Public School Teachers Pension and Ret. Sys. of Chicago v. Teva Pharm. Indus., Ltd.*, No. 3:19-cv-175<br><br>*Oregon v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-657<br><br>*Boeing Co. Emp. Ret. Plans Master Trust v. Teva Pharm. Indus., Ltd., et al.*, No. 20-cv-588[6] | Carol V. Gilden<br><br>David A. Slossberg |
| *Phoenix Ins. Co., Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-449<br><br>*Harel Pension and Provident Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-656 | Luke Orion Brooks<br><br>Christopher Chad Johnson<br><br>Angel P. Lau |

---

[5] Mr. Park does not yet appear on the docket as representing the Plaintiff in this case.
[6] Only Mr. Slossberg appears on the docket as representing Plaintiff in this case.

|  | Mathew J. Jasinski |
|---|---|

The call was a regularly scheduled status conference.  *See* Conf. Mem. and Order, Doc. No. 299, at 2.  Before the call, the parties submitted letters regarding a proposed resolution of the document production issues previously discussed at a telephonic hearing on April 28, 2020.  *See* Letters, Doc. Nos. 357 and 361.  In particular, the submissions concerned (1) interim production deadlines and obligations, and (2) a procedure for the production of degraded documents.

I gave the parties my views of their proposals, and the parties seemed to agree upon a proposed resolution.  The parties assured me that they would be able to file a stipulation representing their agreement shortly.

Further, the parties indicated that there are some other outstanding discovery issues in this case, including one regarding the Defendants' request for production served upon the Plaintiffs in late January.  I urged the parties to meet and confer in an attempt to resolve the issues, but I also set a briefing schedule, should one be necessary, in advance of our next regularly scheduled status conference as follows:

- June 2, 2020:  Motion(s) to Compel due
- June 16:  Opposition(s) due
- June 23:  Status Conference (at 2:00 pm)

So ordered.

Dated at Bridgeport, Connecticut, this 13th day of May 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge

3