# Exhibit 3
## (Plaintiffs' First Set of Interrogatories)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONTARIO TEACHERS' PENSION PLAN BOARD, Individually and as Lead Plaintiff on behalf of all others similarly situated; and<br><br>ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and as Named Plaintiff on behalf of all similarly-situated bond purchasers,<br><br>    Plaintiffs,<br><br>          v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; KÅRE SCHULTZ; MICHAEL MCCLELLAN; YITZHAK PETERBURG; AND TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.,<br><br>    Defendants. | No. 3:17-cv-00558 (SRU) |

**PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs (as defined below) hereby request that Defendants Teva and Teva Finance (as defined below) answer each of the following interrogatories (the "Interrogatories") within 30 days following service.

# INTERROGATORIES[1]

**INTERROGATORY NO. 1**

Identify and fully describe each Price increase for any of Your Generic Drugs that experienced WAC increases greater than or equal to 20% during the Relevant Period. Your response shall identify each such Generic Drug by name and NDC Code, and shall include (without limitation) the date and amount of each such Price increase; any cost-benefit or other analysis You conducted in connection with each such Price increase; all reason(s) for each such Price increase; all individual(s) who analyzed, reviewed, and approved each such Price increase; and the sales, revenues, and profits Teva projected and obtained as a result of each such Price increase.

**INTERROGATORY NO. 2**

Fully describe the creation, review, and dissemination of Work Plans, LBEs, and Scorecards during the Relevant Period. Your response shall include (without limitation) a complete description of the data sources used; any written or unwritten guideline(s), practices or procedures employed, including the commencement of the Work Plan process in spring of each year, the pre-established schedule for feedback from executives, the review and approval by U.S.-based executives in late summer, and the annual presentations of the Work Plans to Teva's executives in Israel (*see* Complaint ¶288), the quarterly preparation of LBEs and their circulation to Teva executives in the U.S. and Israel (*id.* ¶290), and the weekly or daily preparation and circulation of Scorecards among Teva's top executives (*id.* ¶289); the frequency with which Work Plans, LBEs, and Scorecards were prepared, updated, and distributed; and the identities of all individual(s) who prepared, reviewed, revised, approved, presented, and/or received Work Plans, LBEs, and Scorecards.

# DEFINITIONS[2]

1. Terms not otherwise defined herein have the meanings specified in the Glossary of Terms attached hereto.

2. "Action" means the above-titled action, captioned *Ontario Teachers' Pension Plan Board v. Teva Pharmaceutical Industries Ltd.*, No. 3:17-cv-00558, before the Honorable Judge Stefan R. Underhill, United States District Court for the District of Connecticut.

---

[1] Definitions and instructions follow the Interrogatories.

[2] Each definition herein is to be interpreted as consistent with and incorporating the broadest interpretation of the definitions relating to discovery requests provided in Local Rule of Civil Procedure 26.

3. "Complaint" means the Second Amended Consolidated Class Action Complaint filed in the Action on December 13, 2019.

4. "Defendants" means Teva, Vigodman, Desheh, Olafsson, Griffin, Schultz, McClellan, Peterburg, and Teva Finance.

5. "Desheh" means Defendant Eyal Desheh, as well as his counsel, partners, or affiliates or persons acting or purporting to act on his behalf.

6. "Generic Drug" means a medication approved for sale in the United States by the FDA that is created to be the same as an existing approved brand-name drug in dosage form, safety, strength, route of administration, quality, and performance characteristics. All references to "Your Generic Drugs" refer to all the pharmaceuticals that Teva Pharmaceuticals USA, Inc. ("Teva USA") sold on an NDC-Code-level.

7. "Griffin" means Defendant Deborah Griffin, as well as her counsel, partners, or affiliates or persons acting or purporting to act on her behalf.

8. "McClellan" means Defendant Michael McClellan, as well as his counsel, partners, or affiliates or persons acting or purporting to act on his behalf.

9. "Olafsson" means Defendant Sigurdur Olafsson, as well as his counsel, partners, or affiliates or persons acting or purporting to act on his behalf.

10. "Person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

11. "Peterburg" means Defendant Yitzhak Peterburg, as well as his counsel, partners, or affiliates or persons acting or purporting to act on his behalf.

12. "Price" means the amount of money expected, required, or given in payment, as used by You to calculate the actual and/or projected profit margin, profit, and revenue generated

by Your Generic Drugs. As Price relates to Your Generic Drugs, Price includes, but is not limited to, the amount of money that You expected to receive for a Generic Drug on a drug-by-drug and NDC-Code-level, net of all discounts, rebates, and/or any other incentives or payments made in association with the sale of Generic Drugs, as well as the list price, average sales price, average wholesale and/or direct price, price under Medicare and Medicaid, actual acquisition cost, average manufacturer price, and the list price, including, but not limited to, the WAC and/or direct price.

13. "Schultz" means Defendant Kåre Schultz, as well as his counsel, partners, or affiliates or persons acting or purporting to act on his behalf.

14. "Scorecards" means the daily and weekly reports circulated among Teva's top executives, including Olafsson and Oberman, that reflected U.S. sales and revenue data for Generic Drugs and compared Teva's actual revenue to longer-term revenue goals, as referenced in the Complaint.

15. "Teva" means Defendant Teva Pharmaceutical Industries Ltd. and includes, but is not limited to, any owner, director, officer, employee, agent, custodian, parent, subsidiary (including Teva USA), affiliate, predecessor, successor, attorney, accountant, consultant, or representative of Teva, or any other Person purporting to act on Teva's behalf.

16. "Teva Finance" means Defendant Teva Pharmaceutical Finance Netherlands III B.V. and includes, but is not limited to, any owner, director, officer, employee, agent, custodian, parent, subsidiary, affiliate, predecessor, successor, attorney, accountant, consultant, or representative of Teva Finance, or any other Person purporting to act on Teva Finance's behalf.

17. "Vigodman" means Defendant Erez Vigodman, as well as his counsel, partners, or affiliates or persons acting or purporting to act on his behalf.

18. "Work Plans" means the long-range documents, generated annually, that included generic revenue forecasts for three to five years, and that contained granular pricing details down to the NDC Code level, as referenced in the Complaint.

19. "You" or "Your" means Teva and Teva Finance, respectively, as defined herein.

## RELEVANT TIME PERIOD

The relevant time period (the "Relevant Period"), unless otherwise indicated, shall be from January 1, 2013 through the present.

## INSTRUCTIONS

1. Each Interrogatory shall be answered separately and fully, in writing and under oath, in accordance with Federal Rule of Civil Procedure 33(b).

2. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

3. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Interrogatory all information that might otherwise be construed to be outside of its scope.

4. The use of the singular form of any word includes the plural and vice versa.

5. All Interrogatories shall be deemed continuing Interrogatories, and You are required to supplement Your answers at any time, up to and including the time of the trial of this Action, in accordance with Federal Rule of Civil Procedure 26(e).

6. The specificity of any Interrogatory herein shall not be construed to limit the generality or reach of any other Interrogatory herein.

**DATED: January 27, 2020**

*[signature]*

Joseph A. Fonti (admitted *pro hac vice*)
Evan A. Kubota (admitted *pro hac vice*)
Thayne Stoddard (admitted *pro hac vice*)

**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
ekubota@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board,*
*and for Named Plaintiff Anchorage*
*Police & Fire Retirement System,*
*and Lead Counsel for the Class*


Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
**CARMODY TORRANCE**
**SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com

*Local Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board,*
*and for Named Plaintiff Anchorage*
*Police & Fire Retirement System*

6

**GLOSSARY OF TERMS**

| Term | Definition |
|---|---|
| 34 Act Defendants | Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Schultz, Michael McClellan, and Yitzhak Peterburg.  References to the 34 Act Defendants include only those individuals then employed by Teva at the referenced time. |
| Actavis | Allergan Generics, acquired by Teva on or around August 2, 2016 |
| ADS | Teva's American Depository Shares |
| ADS Final Prospectus | The final prospectus supplement filed pursuant to Rule 424(b)(5) with the SEC on December 3, 2015 at 5:19 p.m. ET |
| ADS Offering | The public offering of ADS completed on or about December 3, 2015 and January 6, 2016 |
| ADS/Preferred Offering Materials | The ADS/Preferred Registration Statement, along with the base and preliminary prospectuses and related prospectus supplements constituting part of the ADS/Preferred Registration Statement including the ADS Final Prospectus and Preferred Final Prospectus, and the documents incorporated by reference therein |
| ADS/Preferred Offerings | The ADS Offering and the Preferred Offering |
| ADS/Preferred Registration Statement | The shelf registration statement on Form F-3 Teva filed with the SEC on November 30, 2015. |
| ADS/Preferred and Notes Registration Statements | The shelf registration statement on Form F-3 Teva filed with the SEC on November 30, 2015 (for the ADS/Preferred Offering), and the Post-Effective Amendment No. 1 to its shelf registration statement on the Form F-3 Teva filed with the SEC on July 13, 2016 (for the Notes Offering). |
| Anchorage | Anchorage Police & Fire Retirement System |
| ANDA | Abbreviated New Drug Application, an application submitted by a generic drug manufacturer to the U.S. Food and Drug Administration seeking approval for a drug the FDA has already approved |
| API | Active Pharmaceutical Ingredient use to make pharmaceutical products |

| Term | Definition |
|---|---|
| Board | Teva's Board of Directors |
| Cavanaugh | Maureen Cavanaugh, Teva USA's Senior VP and Chief Operating Officer, North America Generics during the Class Period. |
| CAO | Chief Accounting Officer |
| CEO | Chief Executive Officer |
| CFO | Chief Financial Officer |
| COO | Chief Operating Officer |
| Class Period | February 6, 2014 through May 10, 2019, inclusive |
| COGS | Cost of Goods Sold |
| Desheh | Defendant Eyal Desheh, Teva's CFO from July 2008 to June 30, 2017, except from October 30, 2013 to February 11, 2014, when he served as Teva's Interim President and CEO |
| DOJ | U.S. Department of Justice |
| FE | Former Employees of Teva who are referenced herein and identified as FE- |
| Galownia | Kevin Galownia, Teva's VP of Pricing Operations since January 2018, and formerly Teva's Senior Director, Marketing from January 2010 to March 2014, and its Senior Director, Marketing Operations from September 2014 to December 2017 |
| GAO | U.S. Government Accountability Office |
| GAO Report | GAO audit report titled, "Generic Drugs Under Medicare" and publically released on September 12, 2016 |
| Generics Day | The September 9, 2016 investor day conference Teva hosted to discuss its generics business |
| Generics MDL | *In re Generic Pharmaceutical Pricing Antitrust Litigation*, Case No. 2:16-md-02724 (E.D. Pa.) |
| Glazer | Jeffrey Glazer, former CEO of Heritage Pharmaceuticals |

| Term | Definition |
|---|---|
| Griffin | Defendant Deborah Griffin, Teva's SVP and CAO (Principal Accounting Officer) who also served as the Authorized U.S. Representative of Teva and Teva Finance during the Class Period.  She was also VP and CFO of Teva USA during the Class Period. |
| Heritage | Heritage Pharmaceuticals Inc |
| Inflated Profits | The amount of profit Teva generated solely as a result of its price increases which was quantified through Lead Counsel's and Lead Counsel's expert's analysis |
| LBE | The Latest Best Estimate, a document produced quarterly with the involvement of Oberman (and later Olafsson), Griffin, and Cavanaugh, one that tracked whether financial forecasts were being met, and which was delivered to Teva's Israeli executives, including Vigodman and Desheh |
| Lead Plaintiff or Ontario Teachers' | Ontario Teachers' Pension Plan Board |
| Levin | Jeremy M. Levin, Teva's CEO from May 9, 2012 to October 30, 2013 |
| Malek | Jason Malek, Former President of Heritage |
| McClellan | Defendant Michael McClellan, Teva's Executive Vice President and CFO from November 2017 until November 8, 2019, Interim Group CFO from July 2017 to November 2017, and Senior Vice President and CFO, Global Specialty Medicines from 2015 to November 2017 |
| MD&A | The Management Discussion & Analysis section of SEC Form 20-F |
| NADAC | National Average Drug Acquisition Cost, the non-manufacturer specific average market-wide price paid by pharmacies for a specific drug, collected via a monthly survey of pharmacists, and provided to the public by the U.S. Department of Health and Human Services' Centers for Medicare & Medicaid Services |
| NDC Code | National Drug Code, a unique three-segment product identifier for drugs required by the Food, Drug, and Cosmetic Act (21 U.S.C. § 360)). |

| Term | Definition |
|---|---|
| Notes | Collectively certain U.S.-dollar-denominated senior notes issued by Teva Finance in a public offering on or about July 21, 2016, namely:<br><br>(a) 1.400% Senior Notes due July 20, 2018 ("2018 Notes");<br><br>(b) 1.700% Senior Notes due July 19, 2019 ("2019 Notes");<br><br>(c) 2.200% Senior Notes due July 21, 2021 ("2021 Notes");<br><br>(d) 2.800% Senior Notes due July 21, 2023 ("2023 Notes");<br><br>(e) 3.150% Senior Notes due Oct. 1, 2026 ("2026 Notes"); and<br><br>(f) 4.100% Senior Notes due Oct. 1, 2046 ("2046 Notes") |
| Notes Final Prospectus | The prospectus supplement filed pursuant to Rule 424(b)(5) with the SEC on July 19, 2016 |
| Notes Offering | The public offering of the Notes completed on or about July 21, 2016 |
| Notes Offering Materials | The Notes Registration Statement, along with the base and preliminary prospectus and related prospectus supplements constituting part of Notes Registration Statement, including the Notes Final Prospectus, and the documents incorporated by inference therein |
| Notes Registration Statement | The Post-Effective Amendment No. 1 to the shelf registration statement on Form F-3 Teva filed with the SEC on July 13, 2016 |
| NYSE | New York Stock Exchange |
| Oberman | Allan Oberman, President and CEO of Teva Americas Generics from November 5, 2012 to December 31, 2014 |
| Offerings | The ADS/Preferred Offerings and the Notes Offering |
| Offering Materials | The ADS/Preferred Offering Materials and the Notes Offering Materials |
| Officer Defendants | Defendants Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Schultz, Michael McClellan, and Yitzhak Peterburg. References to the Officer Defendants include only those individuals then employed by Teva at the referenced time. |
| Olafsson | Defendant Sigurdur ("Siggi") Olafsson, President and CEO of Teva's Global Generic Medicines Group from July 1, 2014 to December 5, 2016 |

| Term | Definition |
|---|---|
| Oracle ERP System | The internal enterprise resource planning software system on which Teva digitally stores drug-by-drug pricing, sales, and revenue data |
| Patel | Nisha Patel, Teva's former Director of Strategic Customer Marketing from April 2013 to August 2014 and its Director of National Accounts from September 2014 to December 2016 |
| Peterburg | Defendant Yitzhak Peterburg, Teva's Interim President and CEO from February 6, 2017 to October 31, 2017, a Teva Director from June 2009 to July 2010, and from 2012 until December 12, 2017, and Chairman of Teva's Board of Directors from January 1, 2015 to February 6, 2017 |
| Plaintiffs | Ontario Teachers' Pension Plan Board and Anchorage Police & Fire Retirement System |
| Preferred Final Prospectus | The final prospectus supplement filed pursuant to Rule 424(b)(5) with the SEC on December 3, 2015 at 5:26 p.m. ET |
| Preferred Offering | The public offering of Preferred Shares completed on or about December 3, 2015 and January 6, 2016 |
| Preferred Shares | 7.00% mandatory convertible preferred shares issued to the public on or about December 3, 2015 and January 6, 2016 |
| Price-Hike Strategy | Teva's new and undisclosed corporate strategy, adopted in 2013, to systematically and broadly implement price increases across its generic drug portfolio |
| Pricing Group | A group of Teva employees, led by Galownia in the United States, whose day-to-day responsibilities included analysis of the pricing for Teva's generic drugs |
| PSLRA | Private Securities Litigation Reform Act of 1995 |
| R&D | Research and Development |
| RFP | Request for Proposal, a blind-bidding process intended to solicit a "best and final" offer where each firm that submits a response without knowing what competing firms are bidding |
| S&M | Sales and Marketing |
| Schultz | Defendant Kåre Schultz, Teva's President and Chief Executive Officer since November 1, 2017 and one of its directors of the Board since November 1, 2017 |

| Term | Definition |
|---|---|
| SEC | Securities and Exchange Commission |
| Sherman Act | Sherman Antitrust Act |
| State AGs | The Attorneys General of 47 States, the District of Columbia, and Puerto Rico who filed a Consolidated Amended Complaint against Teva and others on June 18, 2018, in the Generics MDL |
| Teva or the Company | Defendant Teva Pharmaceutical Industries Ltd |
| Teva Finance | Defendant Teva Pharmaceutical Finance Netherlands III B.V. |
| Teva Securities | ADS, Preferred Shares, and Notes, collectively |
| Teva Securities Act Defendants | Defendants Teva Pharmaceutical Industries Ltd., Teva Pharmaceutical Finance Netherlands III B.V., Erez Vigodman, Eyal Desheh, and Deborah Griffin |
| Vigodman | Defendant Erez Vigodman, Teva's President and CEO from February 11, 2014 to February 6, 2017 and one of its directors of the Board from June 22, 2009 to February 6, 2017 |
| WAC | Wholesale Acquisition Cost, the list price of a generic manufacturer's drug to a wholesaler or a direct purchaser without discounts |
| YOY | Year-Over-Year |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, a copy of the foregoing was served on Defendants' counsel by email, pursuant to the Parties' written consent to electronic service in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

                                                   */s/ Joseph A. Fonti*
                                                   Joseph A. Fonti