UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | All Class Actions |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

Lead Plaintiff Ontario Teachers' Pension Plan Board and Named Plaintiff Anchorage Police & Fire Retirement System (together, "Plaintiffs"), by and through their undersigned counsel, move the Court for entry of an Order, pursuant to Rules 23(a), 23(b)(3), and 23(g) of the Federal Rules of Civil Procedure: (i) certifying this action as a class action pursuant to Rules 23(a) and 23(b)(3); (ii) appointing Plaintiffs as Class Representatives of the Class pursuant to Rules 23(a) and 23(b)(3); and (iii) pursuant to Rule 23(g), appointing Bleichmar Fonti & Auld LLP as Class Counsel, with Carmody Torrance Sandak & Hennessey LLP as Class Liaison Counsel, as set forth in the Proposed Order submitted herewith.

DATED: June 19, 2020

Respectfully submitted,

/s/ *Joseph A. Fonti*
Joseph A. Fonti (admitted *pro hac vice*)
Javier Bleichmar (admitted *pro hac vice*)
Evan A. Kubota (admitted *pro hac vice*)
Benjamin F. Burry (admitted *pro hac vice*)
Thayne Stoddard (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
jbleichmar@bfalaw.com
ekubota@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

**ORAL ARGUMENT REQUESTED**

*Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board, and for Named Plaintiff Anchorage Police & Fire Retirement System, and Lead Counsel for the Class*

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com

*Local Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board, and for Named Plaintiff Anchorage Police & Fire Retirement System*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

                                                                                */s/ Joseph A. Fonti*
                                                                                  Joseph A. Fonti