**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-558 (SRU) |
| _____ | |
| THIS DOCUMENT RELATES TO: | No. 3:19-cv-00192 (SRU) |
| | No. 3:19-cv-00449 (SRU) |
| | No. 3:19-cv-00513 (SRU) |
| | No. 3:19-cv-00543 (SRU) |
| | No. 3:19-cv-00655 (SRU) |
| | No. 3:19-cv-00656 (SRU) |
| | No. 3:19-cv-00657 (SRU) |
| | No. 3:19-cv-00923 (SRU) |
| | No. 3:19-cv-01167 (SRU) |
| | No. 3:19-cv-01173 (SRU) |
| | No. 3:20-cv-00083 (SRU) |
| | No. 3:20-cv-00588 (SRU) |
| | |
| | June 28, 2020 |

**DEFENDANTS' ASSENTED-TO MOTION FOR**
**EXTENSION OF TIME TO FILE MOTIONS TO DISMISS REGARDING**
**ISRAELI LAW CLAIMS AND STATUTES OF LIMITATIONS OR REPOSE**

In accordance with Federal Rule of Civil Procedure 6 and Local Rule 7(b), Defendants[1]

---

[1]     "Defendants" refers collectively to the defendants in the above-captioned Direct Action cases (as such term is defined in this Court's Order Regarding Pre-Trial Consolidation of Related Actions (ECF No. 352)), including: (1) *Schwab Capital Trust, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-192 (D. Conn.); (2) *Phoenix Ins. Co., Ltd., et al. v. Teva Pharm. Indus. Ltd., et al.*, No. 3:19-cv-449 (D. Conn.); (3) *Mivtachim the Workers Soc. Ins. Fund Ltd., et al. v. Teva Pharm. Indus. Ltd., et al.*, No. 3:19-cv-513 (D. Conn.); (4) *Clal Ins. Co., Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-543 (D. Conn.); (5) *Migdal Ins. Co. Ltd., et al. v. Teva Pharm. Indus. Ltd., et al.*, No. 3:19-cv-655 (D. Conn.); (6) *Harel Pension and Provident Ltd et. al. v. Teva Pharm. Indus. Ltd., et al.*, No. 3:19-cv-656 (D. Conn.); (7) *State of Oregon by and through the Oregon State Treasurer et al. v. Teva Pharm. Indus. Ltd., et al.*, No. 3:19-cv-00657 (D. Conn.); (8) *Migdal Mutual Funds v. Teva Pharm. Indus. Ltd., et al.*, No. 3:19-cv-923 (D. Conn.); (9) *Psagot Mutual Funds, Ltd., et al. v. Teva Pharm. Indus. Ltd., et al.*, No. 3:19-cv-1167 (D. Conn.); (10) *Stichting PGGM Depositary v. Teva Pharm. Indus. Ltd., et al.*, No. 3:19-cv-1173 (D. Conn.); (11) *Internationale Kapitalanlagegesellschaft mbH v. Teva Pharm. Indus. Ltd., et al.*, No. 3:20-cv-83 (D. Conn.) ("INKA"); and (12) *Boeing Co. Emp. Ret. Plans Master Trust v. v. Teva Pharm. Indus. Ltd., et al.*, No. 3:20-cv-00588 (D. Conn.).

respectfully file this motion to extend the deadline to file motions to dismiss regarding Israeli law claims and statutes of limitations or repose in the above-referenced Direct Action cases by nine days, until July 8, 2020, and to extend the opposition and reply briefing deadlines accordingly.  In support of this motion, Defendants state as follows:

1.      In this Court's Order Regarding Pre-Trial Consolidation of Related Actions (ECF No. 352; the "Order"), this Court established a deadline for Plaintiffs in the Direct Actions to either designate their present complaint as the operative complaint or to file an amended complaint.  (*Id.* ¶ 12.)  This Court further ordered that Defendants would have thirty days from the designation of an operative complaint or filing of an amended complaint in the Direct Action to file motions to dismiss regarding Israeli law claims or statutes of limitations or repose.  (*Id.* ¶ 13.)

2.      On May 28, 2020, Plaintiffs in the Direct Actions either notified the Court of the designation of the operative complaint or filed amended complaints, respectively.  In accordance with the Order and Federal Rule of Civil Procedure 6(a)(1), Defendants' deadline to file motions to dismiss is Monday, June 29, 2020.

3.      Defendants have been meeting and conferring with Plaintiffs' counsel in the Direct Actions in an attempt to determine if the parties will be able to narrow or resolve the issues to be presented to the Court.  Those discussions are still underway.  As a result, Defendants seek a modest extension of time to continue those discussions, because having additional time could result in less burden on the Court and could promote the efficiency of these proceedings.  Specifically, Defendants respectfully request until July 8, 2020 to file motions to dismiss regarding Israeli law claims and statutes of limitations or repose in the above-referenced Direct Action cases.

4.      For the reasons stated herein, there is good cause for the requested extension and because of the ongoing nature of the discussions, the deadline in question cannot reasonably be met despite Defendants' diligence.  This is Defendants' first motion for an extension of the deadline to file the subject motions to dismiss.  Additionally, although this motion was not filed within the time period set forth in Local Rule 6(b)(3), there are compelling circumstances that warrant an extension because Defendants have been working diligently to discuss the positions of counsel in 12 of the Direct Action cases and between the number of counsel, the number of issues, and the number of cases, additional time was and is needed to continue the discussions.

5.      Defendants have conferred with counsel for the Direct Action parties in the above-referenced actions and obtained their assent to the relief sought herein.

WHEREFORE, Defendants respectfully request that the Court grant this motion and set (1) July 8, 2020 as the deadline to file motions to dismiss regarding Israeli law claims and statutes of limitations or repose in the above-referenced Direct Action cases; (2) August 7, 2020 as the deadline for Plaintiffs to oppose Defendants' motions; and (3) September 7, 2020 as the deadline for Defendants to file reply briefing, together with such other and further relief as the Court deems appropriate.

Respectfully submitted,

By:  /s/ *Jordan D. Hershaman*
Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Elizabeth G. Hays (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

liza.hays@morganlewis.com

*Counsel for Defendants*

– and –

Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
jotoole@goodwin.com

*Counsel for Defendants (except Kåre Schultz)*