# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:20-cv-683 (SRU) |
| | June 29, 2020 |

## JOINT STIPULATION TO ACCEPT SERVICE

Plaintiffs Fir Tree Value Master Fund, LP and FT SOF V Holdings, LLC ("Plaintiffs" or "Fir Tree") and Defendants Teva Pharmaceutical Industries Limited, Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, and Deborah Griffin ("Defendants") (collectively, the "Parties") jointly submit this stipulation to accept service and acknowledge consolidation.

WHEREAS, on May 15, 2020, Plaintiffs filed the above-captioned action against Defendants seeking relief for Defendants' alleged violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 thereunder, and §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 (the "Fir Tree Litigation") (ECF No. 1); and

WHEREAS, on June 18, 2020, the Court entered an Order consolidating this Action into *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:17-cv-558 (SRU) (ECF No. 26);

IT IS HEREBY STIPULATED AND AGREED, that counsel for Defendants has agreed to accept service of the Complaint and summonses on behalf of Defendants without waiving any defense that any Defendant may have to the claims in this action, including but not limited to any motions to dismiss, with the exception of service of the Complaint and summonses.

Respectfully submitted,

By: */s/ David A. Slossberg*
David A. Slossberg (CT13116)
**HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC**
147 Broad St.
Milford, CT 06450
Telephone: (203) 877-8000
Fax: (203) 878-9800
dslossberg@hssklaw.com

*Counsel for Plaintiffs*


By:  */s/ Jill M. O'Toole*
Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel:     860.251.5000
Fax:    860.251.5218
jotoole@goodwin.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system

                                            */s/ David A. Slossberg*
                                            David A. Slossberg