UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: | No. 3:17-cv-558 (SRU)<br><br>No. 3:19-cv-00192 (SRU)<br>No. 3:19-cv-00513 (SRU)<br>No. 3:19-cv-00655 (SRU)<br>No. 3:19-cv-00657 (SRU)<br>No. 3:19-cv-00923 (SRU)<br>No. 3:19-cv-01167 (SRU)<br>No. 3:19-cv-01173 (SRU)<br>No. 3:20-cv-00083 (SRU)<br>No. 3:20-cv-00588 (SRU)<br><br>July 8, 2020 |

**DEFENDANTS' MOTION TO DISMISS ON REPOSE GROUNDS**

Defendants respectfully submit this Motion to Dismiss the claims brought by Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") under the Securities Exchange Act of 1934 and the Pennsylvania Securities Act of 1972. For the reasons explained in the accompanying memorandum of law, Plaintiffs' claims should be dismissed to the extent they are based on alleged misstatements or omissions outside the five-year statutes of repose.[1]

WHEREFORE, Defendants respectfully request that this Court grant this motion and dismiss Plaintiffs' claims, which are based on untimely allegations, against them with prejudice,

---

[1] "Defendants" refers collectively to the defendants in all above-captioned cases, including: (1) *Schwab Capital Trust v. Teva Pharm. Indus. Ltd.*, No. 3:19-cv-192 (D. Conn.); (2) *Mivtachim the Workers Soc. Ins. Fund Ltd. v. Teva Pharm. Indus. Ltd.,* No. 3:19-cv-513 (D. Conn.); (3) *Migdal Ins. Co. Ltd. v. Teva Pharm. Indus. Ltd.*, No. 3:19-cv-655 (D. Conn.); (4) *State of Oregon by and through the Oregon State Treasurer v. Teva Pharm. Indus. Ltd.*, No. 3:19-cv-00657 (D. Conn.); (5) *Migdal Mutual Funds v. Teva Pharm. Indus. Ltd.*, No. 3:19-cv-923 (D. Conn.); (6) *Psagot Mutual Funds, Ltd. v. Teva Pharm. Indus. Ltd.*, No. 3:19-cv-1167 (D. Conn.); (7) *Stichting PGGM Depositary v. Teva Pharm. Indus. Ltd.*, No. 3:19-cv-1173 (D. Conn.); (8) *Internationale Kapitalanlagegesellschaft mbH v. Teva Pharm. Indus. Ltd.*, No. 3:20-cv-83 (D. Conn.); (9) *Boeing Co. Emp. Ret. Plans Master Trust v. v. Teva Pharm. Indus. Ltd.*, No. 3:20-cv-00588 (D. Conn.).

**ORAL ARGUMENT REQUESTED**

together with such other and further relief as this Court may deem just and proper.

            Respectfully submitted,

         By: /s/ *Jordan D. Hershman*
            Jordan D. Hershman (admitted *pro hac vice*)
            Jason D. Frank (admitted *pro hac vice*)
            Emily E. Renshaw (admitted *pro hac vice*)
            Elizabeth G. Hays (admitted *pro hac vice*)
            **MORGAN, LEWIS & BOCKIUS LLP**
            One Federal Street
            Boston, MA 02110
            Tel: (617) 951-8455
            Fax: (617) 951-8736
            jordan.hershman@morganlewis.com
            jason.frank@morganlewis.com
            emily.renshaw@morganlewis.com
            liza.hays@morganlewis.com

            *Counsel for Defendants*

            – and –

            Jill M. O'Toole (ct27116)
            **SHIPMAN & GOODWIN LLP**
            One Constitution Plaza
            Hartford, CT 06103-1919
            Tel.: (860) 251-5000
            Fax: (860) 251-5218
            jotoole@goodwin.com

            *Counsel for Defendants (except Kåre Schultz)*