# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | All Class Actions |
| | August 7, 2020 |

## DEFENDANTS' MOTION TO SEAL PORTIONS OF THEIR MEMORANDUM OF LAW AND EXHIBITS THERETO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to the Standing Protective Order (ECF 77) and Local Rule 5(e), Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Shultz, Michael McClellen, Yitzhak Peterburg, and Teva Pharmaceutical Finance Netherlands III B.V. ("Defendants"), respectfully request permission of the Court to file under seal portions of their memorandum of law and exhibits thereto in opposition to Plaintiffs' Motion for Class Certification, including the expert reports of Dr. Mukesh Bajaj, Professor Christopher M. James, and Professor John J. McConnell, and the transcript of the July 28, 2020 deposition of David Tabak, Ph.D (the "Transcript") to protect Plaintiffs as designating parties of Designated Material under the Standing Protective Order.  As provided under Local Rule 5(e)(4)(a), Defendants will e-file (1) this motion to seal as a public motion, (2) a redacted version of each document sought to be sealed, which shall be filed as public documents, and (3) unredacted copies of each document sought to be sealed, which will be filed as sealed documents.

As described below, Plaintiffs have designated the Transcript as "CONFIDENTIAL" under the Standing Protective Order.  Defendants take no position concerning whether good cause exists to seal such material.  Defendants are submitting this motion to seal in accordance with Paragraph 14 of the Standing Protective Order and to afford the Designating Persons an

opportunity to identify which information they wish to be kept under seal and to make a particularized showing of good cause as to why that information should be kept under seal. Defendants reserve the right to object to such designations once Plaintiffs have made such identification and showing.

First, on August 4, 2020, Plaintiffs designated the entire Transcript as "CONFIDENTIAL" under the Standing Protective Order. Defendants do not agree with Plaintiffs' designation of the entirety of the Transcript as "CONFIDENTIAL" and have requested that Plaintiffs remove the blanket confidentiality designation. Plaintiffs did not agree to Defendants' request, citing concerns that they did not have enough time to reconsider their designation before this filing, notwithstanding the fact that Plaintiffs had ample time after Dr. Tabak's deposition to designate only portions of the Transcript. Thus, the entire Transcript remains designated as "CONFIDENTIAL."

Second, Defendants' opposition to Plaintiffs' Motion for Class Certification and related expert reports contain several references to and quotations from Dr. Tabak's deposition testimony. As a result, Defendants have no choice other than to move to seal portions of their opposition brief as well as the expert reports of Dr. Mukesh Bajaj, Professor Christopher M. James, and Professor John J. McConnell in order to comply with Paragraph 14 of the Standing Protective Order.

WHEREFORE, Defendants respectfully request leave to file under seal portions of their memorandum of law in opposition to Plaintiffs' Motion for Class Certification, and certain exhibits attached thereto, until such time as the designating parties are afforded an opportunity to establish good cause for the information to remain under seal, together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

DEFENDANTS TEVA
PHARMACEUTICAL INDUSTRIES LTD.,
EREZ VIGODMAN, EYAL DESHEH,
SIGURDUR OLAFSSON, DEBORAH
GRIFFIN, KÅRE SCHULTZ, MICHAEL
MCCLELLAN; YITZHAK PETERBURG,
and TEVA PHARMACEUTICAL
FINANCE NETHERLANDS III B.V.

/s/ *Jordan D. Hershman*
Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Elizabeth G. Hays (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com
liza.hays@morganlewis.com

*Counsel for Defendants*

– and –

Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
jotoole@goodwin.com

*Counsel for Defendants except Kåre Schultz*