UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:17-cv-558 (SRU) |

**ORDER**

Having considered all the relevant briefing, submissions, and hearings,[1] it is hereby ordered that:

1. By August 21, Defendants shall produce, for the time period from January 1, 2013 through February 28, 2018:

    a. All reports (documents) from Teva's centralized files, as maintained in the ordinary course of business, that relate to generic drug pricing, sales, revenues, and profits.

    b. With respect to those reports (documents) regarding Teva's profits in particular, the Defendants' production shall include those reports that show Teva's profits from its full generic drug portfolio (including without limitation gross profits, operating profits, and net profits). The production shall include

---

[1] *See* Pls.' Mot. to Compel, Doc. No. 411; Defs.' Mem. in Opp'n, Doc. No. 414; Min. Entry, Doc. No. 423; Hr'g Tr., Doc. No. 432; Defs.' Notice, Doc. No. 442; Pls.' Letter, Doc. No. 443; Defs.' Letter, Doc. No. 453; Defs.' Notice, Doc. No. 457; Pls.' Letter, Doc. No. 459; Min. Entry, Doc. No. 470; Hr'g Tr., Doc. No. 475; Pls.' Submission, Doc. No. 479; Defs.' Notice, Doc. No. 480; Pls.' Notice, Doc. No. 481; Min. Entry, Doc. No. 482; Pls.' Submission, Doc. No. 496; Pls.' Notice, Doc. No. 497. On August 7, Defendants also emailed to my law clerk a proposed Order, which I have considered.

       all reports on a quarterly, monthly, weekly, and daily basis (to the extent available). The production must include the most granular reports available.

2. If the Defendants have already produced reports (documents) that are responsive to my Order in ¶ 1, they may identify those reports by Bates number rather than re-producing them.

3. Nothing in this Order is intended to discourage the parties from stipulating to facts based upon Teva's historical data and/or creating documents that the parties agree accurately summarize that data.

    So ordered.

Dated at Bridgeport, Connecticut, this 11th day of August 2020.

                                            /s/ STEFAN R. UNDERHILL
                                            Stefan R. Underhill
                                            United States District Judge