## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:17-cv-00558 (SRU) |
| | August 17, 2020 |

### DEFENDANTS' NOTICE REGARDING DATABASE

Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Shultz, Michael McClellen, Yitzhak Peterburg, and Teva Pharmaceutical Finance Netherlands III B.V. ("Defendants") respectfully submit this notice updating the Court regarding whether they intend to use during this litigation data from the Company's database that contains, among a significant volume of data that is not relevant to this Action, certain data respecting the Company's generics products and business, as Ordered by the Court on August 4, 2020.  (ECF 484).   Defendants anticipate that information contained in the Company's database will be used in support of their defenses, including in particular data that Defendants previously offered to provide to Plaintiffs relating to sales, profit, and average sales price.  Defendants are working to determine what additional data in the database they may use that is relevant to the claims and defenses in this Action, and Defendants will engage Plaintiffs to determine whether the parties can reach agreement on the production of a subset of information from the database.  As directed, Defendants will provide a further update to the Court on this issue on August 24, 2020, in advance of the August 25, 2020 hearing.

Respectfully submitted,

DEFENDANTS TEVA PHARMACEUTICAL INDUSTRIES LTD., EREZ VIGODMAN, EYAL DESHEH, SIGURDUR OLAFSSON, DEBORAH GRIFFIN, KÅRE SCHULTZ, MICHAEL MCCLELLAN; YITZHAK PETERBURG, and TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.

/s/ *Jordan D. Hershman*
Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Elizabeth G. Hays (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com
liza.hays@morganlewis.com

*Counsel for Defendants*

– and –

Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
jotoole@goodwin.com

*Counsel for Defendants except Kåre Schultz*