## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION<br>_____ | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:17-cv-00558 (SRU)<br><br>August 20, 2020 |

**DEFENDANTS' CONSENTED-TO EMERGENCY MOTION TO EXTEND DEADLINE**

In accordance with Federal Rule of Civil Procedure 6 and Local Rules 7(a)(6) and 7(b), Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Shultz, Michael McClellen, Yitzhak Peterburg, and Teva Pharmaceutical Finance Netherlands III B.V. ("Defendants"), respectfully submit this consented-to, emergency motion for a brief extension of the deadline for Defendants to complete their production of certain reports pursuant to this Court's August 11, 2020 Order (ECF 520). In support of this motion, Defendants state as follows:

1.      On August 11, 2020, following a status conference, this Court entered an Order setting August 21, 2020 as the deadline for Defendants to produce the following records "for the time period from January 1, 2013 through February 28, 2018:"

> (1) "All reports (documents) from Teva's centralized files, as maintained in the ordinary course of business, that relate to generic drug pricing, sales, revenues, and profits;" and

> (2) "With respect to those reports (documents) regarding Teva's profits in particular, the Defendants' production shall include those reports that show Teva's profits from its full generic drug portfolio (including without limitation gross profits, operating profits, and net profits). The production shall include all reports on a quarterly, monthly, weekly, and daily basis (to the extent available). The production must include the most granular reports available."

(ECF 520 ¶ 1.)

2.      Defendants have prepared a substantial production containing approximately 5,000

reports from the responsive time period, which will be produced on August 21 as scheduled.

3.     However, the data processing for a subset of reports is still in progress, and Defendants' vendor has informed them that it will not be ready for production by August 21. Based on the vendor's projections, Defendants expect to complete production of this subset of documents by Wednesday, August 26, 2020.

4.     On a telephonic meet and confer concerning discovery issues on August 19, 2020, counsel for Defendants explained the circumstances above to Plaintiffs' counsel and requested their position on this Motion.  On August 19, 2020, counsel for Plaintiffs confirmed their consent to this extension request by email.

5.     For the reasons described above, there is good cause for the requested extension of the production deadline. Without the extension, the current deadline cannot reasonably be met despite Defendants' diligence.

6.     Defendants respectfully submit that compelling circumstances warrant this extension request, which is why this motion was not filed more than three days before the deadline. Despite Defendants' diligent efforts, Defendants are unable to meet the deadline and did not know for certain that they would be unable to meet it three days prior to it.  At the time of the August 11 conference, the collection process was ongoing and Defendants did not know the total size of the data.  Since the entry of the Order, Defendants have been working with their vendor to complete the collection from multiple locations, process, review, and produce that data to Plaintiffs.  A large majority of the documents identified for production in response Court's order will be produced on Friday, August 21 – approximately 5,000 reports.  Nonetheless, Defendants anticipate that a small supplemental production of reports will be necessary, and they expect to be able to deliver that production to Plaintiffs on or before August 26, 2020.

7.      This is Defendants' first motion to extend the deadline to complete production of the reports identified in the Court's Order, and the proposed extension will neither cause excessive delay nor unduly prejudice the parties in the litigation.

WHEREFORE, Defendants respectfully request that the Court grant this motion and set Wednesday, August 26, 2020 as the deadline for Defendants' supplemental production of reports identified in the Court's August, 11, 2020 Order.

Respectfully submitted,

DEFENDANTS TEVA PHARMACEUTICAL INDUSTRIES LTD., EREZ VIGODMAN, EYAL DESHEH, SIGURDUR OLAFSSON, DEBORAH GRIFFIN, KÅRE SCHULTZ, MICHAEL MCCLELLAN, YITZHAK PETERBURG, and TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.

/s/ *Jordan D. Hershman*
Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Elizabeth G. Hays (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com
liza.hays@morganlewis.com

*Counsel for Defendants*

– and –

3

Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
jotoole@goodwin.com

*Counsel for Defendants except Kåre Schultz*