UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: | No. 3:17-cv-00558 (SRU) <br><br><br> No. 3:17-cv-00558 (SRU) <br><br> _____, 2020 |

**[PROPOSED] DISCOVERY ORDER**

Having considered all the relevant briefing, submissions, and hearings,[1] it is hereby ordered that:

1. Defendants shall produce the following categories of data:

   a. Transaction-level direct and indirect sales data for all drugs in Teva's US Generics portfolio from January 1, 2013 through February 28, 2018;

   b. Annual standard cost of goods sold (COGS) at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the end of the first quarter of 2018;

   c. Quarterly net sales at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the first quarter of 2018;

   d. Quarterly sales units at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the end of the first quarter of 2018;

   e. Quarterly average net sales price at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the end of the first quarter of 2018;

   f. Quarterly royalty payments at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the end of the first quarter of 2018;

---

[1]  *See* Pls.' Mot. to Compel, ECF 411; Defs.' Mem. in Opp'n, ECF 414; Min. Entry, ECF 423; Hr'g Tr., ECF 432; Defs.' Notice, ECF 442; Pls.' Letter, ECF 443; Defs.' Letter, ECF 453; Defs.' Notice, ECF 457; Pls.' Letter, ECF 459; Min. Entry, ECF 470; Hr'g Tr. ECF 475; Pls.' Submission, ECF 479; Defs.' Notice, ECF 480; Pls.' Notice, ECF 481; Min. Entry, ECF 482; Pls.' Submission, ECF 496; Pls.' Notice, ECF 497; Defs.' Proposed Order, submitted by email on August, 7, 2020; Hr'g Tr., ECF 509; Pls.' Submission, ECF 515; Defs.' Notice, ECF 516; Min. Entry, ECF 518; Hr'g Tr., ECF 525; Defs.' Notice, ECF 526.

  g. Annual sales and marketing (S&M) costs for the US Generics business unit from January 1, 2013 through the end of the first quarter of 2018; and

  h. General and administrative (G&A) costs across all US business segments from January 1, 2013 through the end of the first quarter of 2018, along with data that compares net revenue for US Generics to overall US net revenue for purposes of allocating a portion of G&A costs to the US Generics business unit.

2. Defendants shall produce spreadsheets, in the form shared with Plaintiffs on July 31, 2020, reflecting the following data:

  a. Quarterly net sales at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the first quarter of 2018;

  b. Quarterly sales units at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the end of the first quarter of 2018;

  c. Quarterly operating profit (calculated as net sales less COGS at standard costing, less estimated royalty expenses) at the NDC level for all drugs in Teva's US Generics portfolio for each quarter from January 1, 2013 through the end of the first quarter of 2018;

  d. Quarterly average net sales price at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the end of the first quarter of 2018;

  e. Monthly net sales at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the first quarter of 2018;

  f. Monthly sales by unit at the NDC level for all drugs in Teva's US Generics portfolio from January 1, 2013 through the end of the first quarter of 2018; and

  g. A US Generics P&L for each fiscal quarter from January 1, 2013 through the end of the first quarter of 2018.

3. This Order and the prior Orders dated July 16, 2020 (ECF 472) and August 11, 2020 (ECF 520) resolve Plaintiffs' Motion to Compel filed on June 2, 2020 (ECF 411).

4. Plaintiffs' Third Requests for Production are deemed satisfied upon the production of the data identified in Paragraphs 1 and 2 of this Order.

5. The parties shall meet and confer regarding the schedule for the rolling production of the data identified in Paragraphs 1 and 2 of this Order, and seek the Court's intervention on September 2, 2020 if they reach an impasse.

6. The parties shall meet and confer regarding the format of the production(s) of the data identified in Paragraphs 1 and 2 of this Order, and seek the Court's intervention on September 2, 2020 if they reach an impasse.

7. Nothing in this Order precludes either party from identifying additional data or information on which it intends to rely. Defendants shall promptly notify Plaintiffs of any additional data on which it intends to rely, and produce such data expeditiously.

8. If Plaintiffs identify additional data that is relevant to the claims and defenses in this Action, Plaintiffs shall request that relevant information and the parties shall proceed in compliance with the Federal Rules of Civil Procedure, Local Rules, and the Court's Case Management Order (ECF 298).

So ordered.

Dated at Bridgeport, Connecticut, this ___ day of August 2020.

_____
Stefan R. Underhill
United States District Judge