UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:17-cv-00558 (SRU) |
| | August 24, 2020 |

**PARTIES' JOINT DISCOVERY STATUS REPORT**

In response to the Court's Conference Memorandum and Order (ECF 521), Plaintiffs and Defendants jointly submit this status report on outstanding discovery issues.[1] Because the issues below have been resolved or are subject to ongoing meet and confers, the parties respectfully request that the August 25, 2020 status conference be adjourned to September 16, 2020 or another date convenient for the Court. The parties will advise the Court promptly if they reach an impasse and seek Court intervention earlier than September 16.

**Teva's Data:** The parties submitted a proposed order (ECF 530) on August 21, 2020. As set forth therein, the parties will continue to discuss the schedule and format for Defendants' production of data and will resolve the issues, or seek the Court's intervention, on September 2, 2020.

**Text Messages:** The parties have agreed that Teva will produce all of Maureen Cavanaugh's relevant, non-privileged text messages within Teva's possession, custody, or control, and that production will begin by September 1, 2020, and conclude by September 15, 2020. The

---

[1] Capitalized terms not defined herein have the meanings specified in the Complaint (ECF 310).

parties are continuing to confer about additional issues regarding text messages for Ms. Cavanaugh and other custodians.

**Additional Custodians and Search Terms:**  The parties conferred on August 21, 2020 about the milestones to complete production for Defendants' eight additional custodians, and will continue conferring on August 25, 2020 and thereafter if appropriate.

**Plaintiffs' Second Requests for Production:**  The parties conferred on August 21, 2020 about the milestone to complete production, and will continue conferring on August 25, 2020 and thereafter if appropriate.

**Plaintiffs' Subpoena and Requests Regarding Anda, Inc.:**  The parties will confer on or around August 26, 2020 with respect to the outstanding issues.  To the extent the parties reach impasse on any issue, Plaintiffs will bring any unresolved issue(s) to the Court pursuant to the Federal Rules of Civil Procedure, Local Rules, and the Court's Case Management Order (ECF 298).

**Plaintiffs' Subpoena to Dr. Phillip Frost:**  Counsel for Plaintiffs and Dr. Frost are continuing to confer about issues including production deadlines, search terms, and time period. To the extent the parties reach impasse on any issue, Plaintiffs will bring any unresolved issue(s) to the Court pursuant to the Federal Rules of Civil Procedure, Local Rules, and the Court's Case Management Order (ECF 298).

| | |
|---|---|
| PLAINTIFFS ONTARIO TEACHERS' PENSION PLAN BOARD, and ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM | DEFENDANTS TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; KÅRE SCHULTZ; MICHAEL MCCLELLAN; YITZHAK PETERBURG; |
| /s/ *Joseph A. Fonti* <br> Joseph A. Fonti (admitted *pro hac vice*) | |

Evan A. Kubota (admitted *pro hac vice*)
Benjamin F. Burry (admitted *pro hac vice*)
Thayne Stoddard (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
ekubota@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board, and for Named Plaintiff Anchorage Police & Fire Retirement System, and Lead Counsel for the Class*

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com

*Local Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board, and for Named Plaintiff Anchorage Police & Fire Retirement System*

and TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.


/s/ *Jordan D. Hershman*
Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Elizabeth G. Hays (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street, Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com
liza.hays@morganlewis.com

*Counsel for Defendants*

– and –

Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

*Counsel for Defendants except Kåre Schultz*

3