**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:17-cv-00558 (SRU)<br>September 1, 2020 |

**STIPULATION ON DEFENDANTS' PRODUCTION OF DATA**

WHEREAS, Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Kåre Shultz, Michael McClellen, Yitzhak Peterburg, and Teva Pharmaceutical Finance Netherlands III B.V. ("Defendants") filed a Notice on August 17, 2020 setting forth their anticipated use of data and information in support of their defenses, including in particular data relating to sales, profit, revenue and average sales price. (ECF 526);

WHEREAS, the parties filed a joint Proposed Order on August 21, 2020 regarding the production of specific data by Defendants to Plaintiffs (ECF 530), and the Court entered that Order on August 27, 2020 (ECF 534) (the "Order");

WHEREAS, in accordance with Paragraphs 5 and 6 of the Order, the parties met and conferred regarding the schedule and format for the production of specific data and have agreed upon both the schedule and format for production of that data;

IT IS HEREBY STIPULATED AND AGREED:

1. By September 15, 2020, Defendants shall produce all data for the time period of January 1, 2013 through December 31, 2017 described in Paragraph 1, subsections (a) and (c)-(h) of the Order, and the annual data for the years 2013-2016 described in Paragraph 1, subsection (b) of the Order.

2.     By September 22, 2020, Defendants shall produce all Excel files described in Paragraph 2 of the Order.

3.     By October 16, 2020, Defendants shall produce all data from the time period of January 1, 2018 through February 28, 2018 (or through the end of the First Quarter of 2018 for quarterly data) described in Paragraph 1, subsections (a) and (c)-(h) of the Order, and the annual data for the years 2017-2018 described in Paragraph 1, subsection (b) of the Order.

4.     Defendants shall produce data described in Paragraph 1, subsection (a) of the Order in the same format they previously produced transaction-level data for the drugs named in Plaintiffs' Complaint (ECF 310).

5.     Defendants shall produce the data described in Paragraph 1, subsections (b)-(h) of the Order in either Excel or pipe-delimited text files with encoded variables accompanied by lookup descriptions.

6.     Defendants shall produce the data described in Paragraph 2 of the Order in the Excel format Defendants provided to Plaintiffs on July 31, 2020.

| | |
|---|---|
| PLAINTIFFS ONTARIO TEACHERS' PENSION PLAN BOARD, and ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM | DEFENDANTS TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; KÅRE SCHULTZ; MICHAEL MCCLELLAN; YITZHAK PETERBURG; and TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V. |

/s/ *Joseph Fonti*
Joseph Fonti (admitted *pro hac vice*)
Evan A. Kubota (admitted *pro hac vice*)
Benjamin F. Burry (admitted *pro hac vice*)
Thayne Stoddard (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
ekubota@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com
*Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board, and for Named Plaintiff Anchorage Police & Fire Retirement System, and Lead Counsel for the Class*

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com
*Local Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board, and for Named Plaintiff Anchorage Police & Fire Retirement System*

/s/ *Jordan D. Hershman*
Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street, Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com
*Counsel for Defendants*

– and –

Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com
*Counsel for Defendants except Kare Schultz*