UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-558 (SRU)

**CONFERENCE MEMORANDUM AND ORDER**

On September 16, I held a telephonic status conference on the record with Joseph A. Fonti, Benjamin F. Burry,[1] and J. Christopher Rooney, attorneys for the lead plaintiff, Ontario Teachers' Pension Plan Board, and the named plaintiff, Anchorage Police & Fire Retirement System; and Jason D. Frank, Emily E. Renshaw, Elizabeth G. Hays, Sheron Korpus, Andrew Schwartz, and Jill M. O'Toole, attorneys for the defendants, Teva Pharmaceutical Industries, Ltd.; Erez Vigodman; Eyal Desheh; Sigurdur Olafsson; Deborah Griffin; Kåre Schultz; Michael McClellan; Yitzhak Peterburg; and Teva Pharmaceutical Finance Netherlands III B.V.[2] The above-noted defense counsel represent the Defendants in all the Teva-related actions[3] except that, in one,[4] Jill O'Toole alone represents the Defendants. In addition, Sheron Korpus and Andrew Schwartz do not represent the Defendants in all the Teva-related actions.[5] Matthew L. Mustokoff, Liaison Counsel for the Direct Action Plaintiffs,[6] was also present. David Kaplan, counsel for Intervenor-Plaintiff California State Teachers' Retirement System, also joined the

---

[1] Mr. Burry has not yet filed a notice of appearance.
[2] Ms. O'Toole is not counsel for Kåre Schultz.
[3] *See* Consolidation Order, Doc. No. 341, at 1–2 nn. 2–3; 35; *see also Boeing Co. Emp. Ret. Plans Master Trust v. Teva Pharm. Indus., Ltd., et al.*, No. 20-cv-588 (transferred to me on May 4, 2020); *Fir Tree Value Master Fund, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 20-cv-683 (transferred to me on May 19, 2020).
[4] *See OZ ELS Master Fund, Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:17-cv-1314.
[5] *See* Notices of Appearance, Doc. Nos. 444 (Korpus) and 446 (Schwartz).
[6] *See* Order, Doc. No. 352, at ¶ 17.

conference. Numerous plaintiffs' counsel in other Teva-related actions—that I have consolidated into this case—were also present. Those counsel were:

| Case | Counsel |
|---|---|
| *OZ ELS Master Fund, Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:17-cv-1314 | Jonathan D. Uslaner |
| *Nordea Investment Mgmt. AB v. Teva Pharm. Indus., Ltd., et al.*, No. 3:18-cv-1681<br><br>*Revenue, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:18-cv-1721 | Matthew L. Mustokoff (also Liaison Counsel) |
| *Pacific Funds Series Trust, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:18-cv-1956<br><br>*Schwab Capital Trust, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-192<br><br>*Stichting PGGM Depositary, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-1173<br><br>*Internationale Kapitalanlagegesellschaft mbH v. Teva Pharm. Indus., Ltd., et al.*, No. 3:20-cv-83 | Jonathan Park |
| *Public School Teachers Pension and Ret. Sys. of Chicago v. Teva Pharm. Indus., Ltd.*, No. 3:19-cv-175<br><br>*Oregon v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-657 | Carol V. Gilden<br><br>Jan E. Messerschmidt[7] |
| *Phoenix Ins. Co., Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-449 | Christopher Chad Johnson<br><br>William H. Narwold |

---

[7] Mr. Messerschmidt is not yet a counsel of record in this case.

2

| | |
|---|---|
| *Harel Pension and Provident Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-656 | |
| *Mivtachim The Workers Social Ins. Fund Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-513<br><br>*Clal Ins. Co., Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-543<br><br>*Migdal Ins. Co., Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-655<br><br>*Migdal Mutual Funds, Ltd. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-923<br><br>*Psagot Mutual Funds, Ltd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-1167 | Michael J. Wernke |
| *Highfields Capital I LP, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:19-cv-603 | David A. Ball |
| *Boeing Co. Emp. Ret. Plans Master Trust v. Teva Pharm. Indus., Ltd., et al.*, No. 20-cv-588<br><br>*Fir Tree Value Master Fund, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 20-cv-683 | Serena P. Hallowell |

I scheduled this call during our last telephonic status conference on August 11, 2020. *See* Conf. Mem. and Order, Doc. No. 521, at 7. Originally, the call was scheduled for August 25, but the parties filed a joint notice requesting that I adjourn that call until September 16, 2020. *See* Joint Notice, Doc. No. 531. On September 14, the parties made simultaneous submissions in advance of the conference. *See* Pls.' Submission, Doc. No. 543; Defs.' Notice, Doc. No. 544. On September 15, the Defendants filed a response to the Plaintiffs' submission. *See* Defs.' Response, Doc. No. 545.

I expressed my view that further briefing would be helpful to resolve the parties' current dispute regarding the text messages of Maureen Cavanaugh and other custodians. I also expressed my view that, with more time and further meet and confers, the parties would be able to resolve the dispute on their own. I set the following briefing schedule:

- Plaintiffs' Motion to Compel is due by **Thursday, Sept. 24 at 5 p.m.**
- Defendants' Response is due by **Wednesday, Sept. 30 at 5 p.m.**
- Telephonic Motion Hearing on **Thursday, Oct. 1 at 10:00 a.m.**

So ordered.

Dated at Bridgeport, Connecticut, this 16th day of September 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge