IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-558 (SRU) |
| THIS DOCUMENT RELATES TO: | All Actions |

**UNITED STATES' MOTION TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the United States respectfully moves to intervene in this civil litigation. On September 14, 2020, counsel for the United States conferred by telephone with counsel for Defendants, who indicated that they consent to our motion. On September 14, 15, and 16, 2020, counsel for the United States conferred with counsel for Lead Plaintiff multiple times by telephone, who indicated that he would apprise the Court of his client's position on the motion next week.[1] In support of this motion, the United States relies on our accompanying memorandum of law, which we have filed simultaneously.

---

[1] Lead Plaintiff's counsel further requested that the United States defer filing our motion to intervene until next week. However, because we understand that depositions may be scheduled in the near future, we thought it necessary to file our motion before then.  *See*, *e.g.*, ECF No. 298.

Dated: September 16, 2020

                              Respectfully submitted,

                              */s/ Veronica N. Onyema*
VERONICA N. ONYEMA
CATHERINE S. MONTEZUMA
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
(202) 307-0302
veronica.onyema@usdoj.gov

*Counsel for Intervenor United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2020, I caused the foregoing **UNITED STATES' MOTION TO INTERVENE** to be filed with the Clerk of Court using the Court's Electronic Document Filing System, which served copies on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

>  */s/ Veronica N. Onyema*
> Veronica N. Onyema
> *Counsel for Intervenor United States*