IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> _____ | No. 3:17-cv-558 (SRU) <br><br> All Actions |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Intervene, as well as all related filings, it is hereby ORDERED that the United States shall be allowed to intervene in this civil action pursuant to Rule 24 of the Federal Rules of Civil Procedure.

So ordered.


Date: _____         _____
                                              Honorable Stefan R. Underhill
                                              United States District Judge