**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE TEVA SECURITIES LITIGATION | : | No. 3:17-cv-00558 (SRU) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | No. 3:17-cv-00558 (SRU) |
| | : | |

## OCTOBER 12, 2020 DISCOVERY STATUS REPORT

Plaintiffs submit this status report pursuant to the Court's guidance and instructions at the October 1, 2020 hearing on Plaintiffs' Second Motion to Compel Discovery from Defendants (ECF 554) that the Parties apprise the Court in ten days if they have not reached a resolution, in anticipation of a conference with the Court in "two weeks" (*i.e.*, October 15) to address those remaining issues.[1]  Plaintiffs are pleased to report that the Parties have reached agreement on two of the three issues, and that Plaintiffs are hopeful the third issue can be resolved prior to October 15 as well.

**Selection of a Forensic Examiner:**  The parties have agreed upon a neutral forensic examiner to conduct the forensic analysis and recovery regarding Ms. Cavanaugh's text messages.

**Protocol for Forensic Inspection:**  The Parties have exchanged several drafts and are working toward an agreed-upon protocol for the forensic analysis and recovery.  Plaintiffs will update the Court by 5:00 PM on Wednesday, October 14 if the Parties are unable to reach an agreement as to the protocol.

**Defendants' Production of Additional Text Messages:**  The Parties have agreed to a timetable for Defendants' production of the additional text messages for Maureen Cavanaugh, Christine Baeder, Teri Coward, Kevin Galownia, Nisha Patel, and David Rekenthaler, consistent

---

[1] Terms not defined herein have the meanings specified in the Complaint (ECF 310) and Plaintiffs' Memorandum of Law in Support of Second Motion to Compel Discovery from Defendants (ECF 555).

with this Court's guidance and instructions at the October 1, 2020 hearing. Defendants will produce these text messages on a rolling basis, with production beginning by October 20, 2020 and a targeted completion date of October 30, 2020.

Date:  October 12, 2020

Respectfully submitted,

PLAINTIFFS ONTARIO TEACHERS'
PENSION PLAN BOARD, and
ANCHORAGE POLICE & FIRE
RETIREMENT SYSTEM

/s/ *Joseph A. Fonti*
Joseph A. Fonti (admitted *pro hac vice*)
Evan A. Kubota (admitted *pro hac vice*)
Benjamin F. Burry (admitted *pro hac vice*)
Thayne Stoddard (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
ekubota@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board, and*
*for Named Plaintiff Anchorage Police & Fire*
*Retirement System, and Lead Counsel for the*
*Class*

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
**CARMODY TORRANCE**
**SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com

*Local Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board, and*
*for Named Plaintiff Anchorage Police & Fire*
*Retirement System*