UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | Civil Action No.: 3:17-cv-00558 (SRU)<br><br>October 30, 2020 |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 40(b)(2), counsel for plaintiffs in the case captioned, *BH Investments Funds, L.L.C., et al. v. Teva Pharmaceutical Industries, Ltd., et al.,* Civil Action No. 3:20-cv-01635 (RNC) (the "BH Investments Funds Case"), hereby notifies this Court and the Clerk's Office that the above-captioned consolidated action is related to the BH Investments Funds Case, which was filed in this District on October 29, 2020.

**PLAINTIFFS IN CIVIL ACTION NO. 3:20-cv-01635 (RNC), BH INVESTMENTS FUNDS, L.L.C., BRAHMAN PARTNERS II OFFSHORE, LTD., BRAHMAN PARTNERS III, L.P., BRAHMAN PARTNERS II, L.P., BRAHMAN PARTNERS IV, L.P., BRAHMAN PARTNERS IV (CAYMAN), LTD., and EAST 71, LTD**.

By: */s/ David A. Ball*
David A. Ball (ct10154)
Ari J. Hoffman (ct22516)
COHEN and WOLF, P.C.
1115 Broad St. P.O. Box 1821
Bridgeport, CT 06604
Tel: (203) 368-0211
Fax: (203) 337-5534
dball@cohenandwolf.com
ahoffman@cohenandwolf.com

Lawrence M. Rolnick *(pro hac vice forthcoming)*
Marc B. Kramer (*pro hac vice forthcoming*)
Michael J. Hampson *(pro hac vice forthcoming)*
ROLNICK KRAMER SADIGHI LLP
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date herein, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          */s/ David A. Ball*
                                            David A. Ball