## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:19-cv-192 (SRU) |
| | No. 3:19-cv-449 (SRU) |
| | No. 3:19-cv-513 (SRU) |
| | No. 3:19-cv-543 (SRU) |
| | No. 3:19-cv-655 (SRU) |
| | No. 3:19-cv-656 (SRU) |
| | No. 3:19-cv-657 (SRU) |
| | No. 3:19-cv-923 (SRU) |
| | No. 3:19-cv-1167 (SRU) |
| | No. 3:19-cv-1173 (SRU) |
| | No. 3:20-cv-83 (SRU) |
| | No. 3:20-cv-588 (SRU) |

## **MINUTE ENTRY ADDENDUM**

Regarding the Defendants' motion to dismiss on repose grounds, doc. no. 449, Jason D. Frank argued on behalf of the Defendants and Carol V. Gilden argued on behalf of the Plaintiffs. Regarding the Defendants' motion to dismiss Israeli law claims, doc. no. 450, Jason D. Frank argued on behalf of the Defendants and Luke Orion Brooks argued on behalf of the Plaintiffs.

Additional Plaintiffs' counsel in attendance via Zoom included: Serena P. Hallowell, Christopher Chad Johnson, Jan E. Messerschmidt,[1] Matthew Mustokoff, William H. Narwold, and Jonathan Park.

Additional defense counsel in attendance via Zoom included: Andrew M. Buttaro,[2] Elizabeth Hays, Sheron Korpus, Jill M. O'Toole, Emily E. Renshaw, and Andrew Schwartz.

---

[1] Mr. Messerschmidt has not yet filed a notice of appearance in this case.
[2] Mr. Buttaro has not yet filed a notice of appearance in this case.

Also present were David Kaplan and Irwin B. Schwartz and, who are counsel for Intervenor Plaintiff California State Teachers' Retirement System, and Joseph A. Fonti, counsel for the Lead Plaintiff in the Lead Matter, Ontario Teachers' Pension Plan Board.