UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-558 (SRU)

# ORDER

On December 22, 2020, the parties in the Lead Action in this matter—*Ontario Teachers' Pension Plan Bd., et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:17-cv-558—made a joint motion to modify the Civil Case Management Order, doc. no. 298. I **grant** the parties' joint motion. Accordingly, the Civil Case Management Order, doc. no. 298, is now modified to reflect the following changes:

| Deadline | Prior Date | New Date |
| --- | --- | --- |
| Fact Discovery | February 26, 2021 | April 23, 2021 |
| Written Discovery (completed, not propounded) | February 26, 2021 | February 26, 2021 |
| Fact Depositions | February 26, 2021 | April 23, 2021 |
| Designate Trial Experts and Serve Opening Reports | March 26, 2021 | May 7, 2021 |
| Damages Analyses | March 26, 2021 | May 7, 2021 |
| Trial Experts' Depositions | July 2, 2021 | June 4, 2021 |
| Designate Rebuttal Experts and Serve Rebuttal Reports | May 28, 2021 | July 2, 2021 |
| Rebuttal Damages Analyses | May 28, 2021 | July 2, 2021 |
| Rebuttal Experts' Depositions | August 4, 2021 | July 30, 2021 |
| Serve Trial Experts' Reply Reports | N/A | August 23, 2021 |

| Summary Judgment Motions | August 23, 2021 | September 13, 2021 |
| --- | --- | --- |
| Summary Judgment Oppositions | N/A | October 18, 2021 |
| Summary Judgment Replies | N/A | November 22, 2021 |
| Joint Trial Memorandum | October 22, 2021 (or 60 days after ruling on any summary judgment motion) | January 21, 2022 (or 60 days after ruling on any summary judgment motion) |
| Trial Ready | December 21, 2021 (or 60 days after filing of joint trial memorandum) | March 22, 2022 (or 60 days after filing of joint trial memorandum) |

Additionally, the parties represent that they have agreed on a list of 32 deponents, seven of whom "are currently unavailable . . . due to the criminal matter pending under the caption, *U.S. v. Teva Pharmaceuticals USA, Inc., et al.*, No. 20-CR-00200-RBS (E.D. Pa.)." Joint Mot., Doc. No. 673, at 1–2. Pursuant to Fed. R. Civ. P. 30(a)(2), I grant the parties leave to take those 32 depositions.

In all other respects, the Civil Case Management Order, doc. no. 298, remains in full effect.

So ordered.

Dated at Bridgeport, Connecticut, this 28th day of December 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge