UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE TEVA SECURITIES LITIGATION | No. 3:17-CV-558 (SRU) |
|---|---|
| THIS DOCUMENT RELATES TO: | No. 3:20-cv-01630 (SRU) <br><br> January 4, 2021 |

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiffs, by and through their undersigned counsel, make the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Plaintiffs Fiduciary Trust International of the South, Franklin Templeton Investments Australia Limited, Franklin Templeton Investments Corp., Franklin Templeton Investments (Asia) Limited, and Franklin Templeton Investment Trust Management Co., Ltd. are indirect wholly owned subsidiaries of Franklin Resources, Inc., a publicly held corporation whose shares trade on the New York Stock Exchange under the ticker BEN. No publicly held corporation owns 10% or more of the stock of Franklin Resources, Inc.

2. The remaining Plaintiffs, identified in Attachment A hereto, are investment funds managed by investment advisory entities that are indirect wholly owned subsidiaries of Franklin Resources, Inc.

Respectfully submitted,

By: _____
William H. Clendenen, Jr.
**CLENDENEN & SHEA, LLC**
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-1183
Facsimile: (203) 787-2847
office@clenlaw.com

Darren J. Check (*pro hac vice forthcoming*)
Matthew L. Mustokoff
Geoffrey C. Jarvis
Joshua A. Materese
**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
dcheck@ktmc.com
mmustokoff@ktmc.com
gjarvis@ktmc.com
jmaterese@ktmc.com

Keith R. Dutill (*pro hac vice forthcoming*)
Joseph T. Kelleher (*pro hac vice forthcoming*)
Marissa Parker (*pro hac vice forthcoming*)
**STRADLEY RONON STEVENS
  & YOUNG, LLP**
2005 Market Street, Suite 2600
Philadelphia, PA  19103
Telephone: (215) 564-8000
kdutill@stradley.com
jkelleher@stradley.com
mparker@stradley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021, a copy of the foregoing Rule 7.1 Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

William H. Clendenen, Jr.