# Appendix A

| Case | Date Filed | Repose Date | Time-Barred Misstatements or Omissions |
|---|---|---|---|
| *Schwab*, 19-cv-192 | Feb. 7, 2019 | Feb. 7, 2014 | Feb. 6, 2014 press release/Form 6-K[1] |
| *Mivtachim*, 19-cv-513 | Feb. 15, 2019 | Feb. 15, 2014 | Feb. 6, 2014 press release/Form 6-K<br><br>Feb. 10, 2014 Form 20-F<br><br>Feb. 13, 2014 Form 6-K[2] |
| *Migdal Ins. Co.*, 19-cv-655 | Apr. 30, 2019 | Apr. 30, 2014 | Feb. 6, 2014 press release/Form 6-K<br><br>Feb. 10, 2014 Form 20-F<br><br>Feb. 13, 2014 Form 6-K<br><br>Mar. 10, 2014 press release[3] |
| *Oregon*, 19-cv-657 | Apr. 30, 2019 | Apr. 30, 2014 | Feb. 6, 2014 press release/Form 6-K<br><br>Feb. 10, 2014 Form 20-F[4] |
| *Migdal Mut. Funds*, 19-cv-923 | June 13, 2019 | June 13, 2014 | Feb. 6, 2014 press release/Form 6-K<br><br>Feb. 10, 2014 Form 20-F<br><br>Feb. 13, 2014 Form 6-K<br><br>Mar. 10, 2014 press release<br><br>May 1, 2014 earnings call |

---

[1] Am. Compl., Doc. No. 393, ¶¶ 144–45.
[2] Am. Compl., Doc. No. 391, ¶¶ 232–33; 244–45; 389–92.
[3] Am. Compl., Doc. No. 391, ¶¶ 232–33; 244–45; 247–48; 389–92.
[4] Am. Compl., Doc. No. 398, ¶¶ 134–40.

| | | | |
|---|---|---|---|
| | | | May 2, 2014 Form 6-K[5] |
| *Psagot*, 19-cv-1167 | July 29, 2019 | July 29, 2014 | Feb. 6, 2014 press release/Form 6-K<br><br>Feb. 10, 2014 Form 20-F<br><br>Feb. 13, 2014 Form 6-K<br><br>Mar. 10, 2014 press release<br><br>May 1, 2014 earnings call<br><br>May 2, 2014 Form 6-K[6] |
| *Stichting*, 19-cv-1173 | July 30, 2019 | July 30, 2014 | Feb. 6, 2014 press release/Form 6-K<br><br>Feb. 10, 2014 Form 20-F<br><br>May 1, 2014 press release/Form 6-K/earnings call[7] |
| *INKA*, 20-cv-83 | Jan. 16, 2020 | Jan. 16, 2015 | Feb. 6, 2014 press release/Form 6-K<br><br>Feb. 10, 2014 Form 20-F<br><br>May 1, 2014 press release/Form 6-K/earnings call<br><br>July 31, 2014 Form 6-K/earnings call<br><br>Oct. 30, 2014 press release/Form 6-K/earnings call |

---

[5] Am. Compl., Doc. No. 391, ¶¶ 232–33; 244–45; 247–51; 389–92.
[6] Am. Compl., Doc. No. 391, ¶¶ 232–33; 244–45; 247–51; 389–92.
[7] Am. Compl., Doc. No. 394, ¶¶ 144–53.

| | | | |
|---|---|---|---|
| | | | Dec. 11, 2014 conference call[8] |
| *Boeing*, 20-cv-588 | Apr. 29, 2020 | Apr. 29, 2015 | Feb. 6, 2014 press release/earnings call<br><br>Feb. 10, 2014 Form 20-F<br><br>May 1, 2014 earnings call<br><br>May 2, 2014 Form 6-K<br><br>July 31, 2014 Form 6-K/earnings call<br><br>Oct. 30, 2014 Form 6-K/earnings call<br><br>Dec. 11, 2014 guidance call<br><br>Feb. 5, 2015 press release/Form 20-F[9] |

---

[8] Compl., Doc. No. 1, *INKA*, No. 3:20-cv-83, at ¶¶ 143–61.
[9] Compl., Doc. No. 1, *Boeing*, No. 3:20-cv-588, at ¶¶ 185–204.