UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:19-cv-00657 (SRU)<br>No. 3:19-cv-00513 (SRU)<br>No. 3:19-cv-00655 (SRU)<br>No. 3:19-cv-00923 (SRU)<br>No. 3:19-cv-1167 (SRU)<br>No. 3:20-cv-0083 (SRU) |
| | February 16, 2021 |

**DEFENDANTS' OPPOSITION TO REPOSE
PLAINTIFFS' JOINT MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7(c), the Repose Defendants respectfully submit this opposition to the motion for reconsideration (ECF 707) (the "Motion") of this Court's January 22, 2021 order (ECF 689) (the "Order") submitted by the Repose Plaintiffs.[1]  Repose Defendants are prepared to oppose the Motion on several grounds, but write to advise the Court of two threshold objections: the Motion is untimely and predicated solely on an argument that has been waived.

First, the Motion should be denied because it is untimely, as Repose Plaintiffs admit.  *See* Mot. at 3 n.2.  Local Rule 7(c) requires that motions for reconsideration "shall be filed and served within seven (7) days of the filing of the decision or order from which such relief is sought."  D. Conn. L. Civ. R. 7(c).  The Repose Plaintiffs filed the Motion on February 12, 2021 (ECF 707), twenty-one days after the Order and fourteen days late under the rule.  This Court has denied motions for reconsideration that were similarly untimely.  *See, e.g.*, *Derisme v. Hunt Leibert Jacobson, P.C.*, No. 3:10-cv-244 (VLB), 2011 WL 5403056, at *1 (D. Conn. Nov. 8, 2011)

---

[1] Capitalized terms used herein are as defined in the Order.

(denying late-filed motion). In addition, Repose Plaintiffs neither obtained Repose Defendants' position on the Motion nor identified the good cause necessary under Local Rule 7(b) to justify the late filing. *See, e.g.*, *Buster v. City of Wallingford*, No. 3:07-cv-00544 (JBA), 2008 WL 2782731, at *1 (D. Conn. July 7, 2008) (denying late-filed motion, where plaintiff failed to ascertain opposing counsel's position or satisfy the good cause requirement).

Second, the Motion seeks reconsideration based solely on an argument that Repose Plaintiffs waived. As the Court recognized, "before the hearing on the pending motion to dismiss, the Repose Plaintiffs had never advanced a 'scheme liability' argument under Rule 10b-5(a) and (c)." Order at 18. Any argument not raised in briefing is waived or forfeited. *See Lami v. Stahl*, No. 3:05-cv-1416 (MRK), 2007 WL 3124834, at *1 (D. Conn. Oct. 25, 2007) ("It is well settled that a failure to brief an issue is grounds to deem the claim abandoned."); *see also Local 1336, Amalgamated Transit Union, AFL-CIO v. First Student, Inc.*, No. 3:11-cv-1463 (MPS), 2013 WL 646265, at *2 (D. Conn. Feb. 21, 2013) (holding that a plaintiff's claim had been abandoned by not being briefed on summary judgment). Thus, Repose Plaintiffs' argument that the Court "overlooked" *Lorenzo v. S.E.C.*, 139 S. Ct. 1094 (2019) goes too far, as they never briefed any scheme liability argument based on *Lorenzo*.

For these reasons, Defendants respectfully request that this Court deny the Motion. In the event that the Court is inclined to entertain the Motion and reconsider the Order, Defendants respectfully request the opportunity to address the substantive deficiencies with the Motion, in a briefing schedule as contemplated by Local Rule 7(c)(2), together with such other and further relief as the Court deems proper.[2]

Respectfully submitted,

---

[2] Defendants would also respectfully request that the time in which they need to "answer or otherwise respond to the operative complaints in the Direct Actions" be postponed until 120 days from the resolution of any reconsideration opinion.

/s/ *Jason D. Frank*
Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Andrew M. Buttaro (ct30882)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com
andrew.buttaro@morganlewis.com

Sheron Korpus (admitted *pro hac vice*)
Andrew Schwartz (admitted *pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1969
Fax: (212) 500-3469
skorpus@kasowitz.com
aschwartz@kasowitz.com

*Counsel for Defendants*

– and –

Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
jotoole@goodwin.com

*Counsel for Defendants except Kåre Schultz*

3