# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | : No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | : No. 3:17-cv-00558 (SRU) |

## PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

As indicated to the Court in the status conference held March 3, 2021, the plaintiffs would like to clarify the statement made on pages 2-3 of our March 1 status report regarding the timing of depositions for seven Teva former and current employees. Consistent with our ongoing discussions with the Department of Justice, we note that plaintiffs do not seek to depose several of these individuals by July 30, 2021, but instead continue to negotiate timing with the Department of Justice. The plaintiffs will continue to advise the Court in the periodic status conferences as this issue evolves through discussions among counsel for plaintiffs, Teva and the Antitrust Division of the U.S. Department of Justice.

Date: March 3, 2021

    Respectfully submitted,

    PLAINTIFFS ONTARIO TEACHERS'
    PENSION PLAN BOARD, and
    ANCHORAGE POLICE & FIRE
    RETIREMENT SYSTEM

    */s/ J. Christopher Rooney*
    Marc J. Kurzman (ct01545)
    J. Christopher Rooney (ct04027)

{N5749248}

**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com

*Local Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board, and*
*for Named Plaintiff Anchorage Police & Fire*
*Retirement System*


Joseph A. Fonti (admitted *pro hac vice*)
Evan A. Kubota (admitted *pro hac vice*)
Benjamin F. Burry (admitted *pro hac vice*)
Thayne Stoddard (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
ekubota@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board, and*
*for Named Plaintiff Anchorage Police & Fire*
*Retirement System, and Lead Counsel for the*
*Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2021, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

      */s/ J. Christopher Rooney*

      J. Christopher Rooney