# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:18-cv-1681 (SRU) <br> No. 3:18-cv-1721 (SRU) <br> No. 3:18-cv-1956 (SRU) <br> No. 3:19-cv-175 (SRU) <br> No. 3:19-cv-192 (SRU) <br> No. 3:19-cv-449 (SRU) <br> No. 3:19-cv-513 (SRU) <br> No. 3:19-cv-543 (SRU) <br> No. 3:19-cv-603 (SRU) <br> No. 3:19-cv-655 (SRU) <br> No. 3:19-cv-656 (SRU) <br> No. 3:19-cv-657 (SRU) <br> No. 3:19-cv-923 (SRU) <br> No. 3:19-cv-1167 (SRU) <br> No. 3:19-cv-1173 (SRU) <br> No. 3:20-cv-83 (SRU) <br> No. 3:20-cv-588 (SRU) <br> No. 3:20-cv-683 (SRU) <br> No. 3:20-cv-1630 (SRU) <br> No. 3:20-cv-1635 (SRU) <br><br> May 24, 2021 |

## DEFENDANTS' MOTION TO DISMISS NEW CLAIMS AND CLAIMS AGAINST NEW DEFENDANTS

Defendants respectfully submit this Motion to Dismiss the allegations based on new claims and against new defendants, for the reasons explained in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that this Court grant this motion and dismiss the claims against them with prejudice, together with such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
         May 24, 2021

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

DEFENDANTS TEVA PHARMACEUTICAL INDUSTRIES LTD.; TEVA PHARMACEUTICALS USA, INC.; EREZ VIGODMAN; EYAL DESHEH; SIGURDUR OLAFSSON; DEBORAH GRIFFIN; KÅRE SCHULTZ; MICHAEL MCCLELLAN; YITZHAK PETERBURG; YAACOV ALTMAN, DIPANKAR BHATTACHARJEE; and TEVA PHARMACEUTICAL FINANCE NETHERLANDS III B.V.

*/s/ Sheron Korpus*
Sheron Korpus (admitted *pro hac vice*)
Cindy Caranella Kelly (admitted *pro hac vice*)
Sarah G. Leivick (admitted *pro hac vice*)
Andrew Schwartz (admitted *pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1969
Fax: (212) 500-3469
skorpus@kasowitz.com
ckelly@kasowitz.com
sleivick@kasowitz.com
aschwartz@kasowitz.com

*Counsel for Defendants except with regards to Case No. 3:20-cv-588*

Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
Andrew M. Buttaro (ct30882)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 341-7700
Fax: (617) 341-7701
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

2

andrew.buttaro@morganlewis.com

*Counsel for Defendants*

– and –

Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
jotoole@goodwin.com

*Counsel for Defendants except Kåre Schultz*