UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | Master Docket No. 3:17-cv-558 (SRU) |
| THIS DOCUMENT RELATES TO:<br><br>BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD. et al.,<br><br>    Defendants. | No. 3:20-cv-00588 (SRU) |
| FIR TREE VALUE MASTER FUND, LP and FT SOF V HOLDINGS, LLC,<br>    Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., et al.,<br><br>    Defendants. | No. 3:20-cv-00683 (SRU)<br><br>May 25, 2021 |

**MOTION FOR ADMISSION OF MICHAEL P. CANTY**
*TO APPEAR PRO HAC VICE*

Pursuant to Local Rule 83.1(d), the undersigned member of the bar of this Court

hereby respectfully moves this Court that

    Michael P. Canty, Esq.
    Labaton Sucharow LLP
    140 Broadway
    New York, NY 10005

Tel: 212-907-0863
Fax: 212-883-7063
Email: mcanty@labaton.com

.

be permitted to appear *pro hac vice* in this matter on behalf of The Boeing Company Employee Retirement Plans Master Trust and Fir Tree Value Master Fund, LP ("Plaintiffs "). In accordance with the requirements of Local Rule 83.1(d)(1), the declaration of Attorney Canty is attached hereto as Exhibit A. Attorney Canty's declaration contains the representations required by Local Rule 83.1(d)(1).

1. In further support of this motion, the undersigned represents as follows:

2. The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

3. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

4. Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing from the State of New York with respect to Attorney Canty will be filed within 60 days of the date of admission to this Court.

5. As set forth in his declaration, pursuant to L. Civ. R. 83.1(d)(1)(e), Attorney Canty has designated Attorney David A. Slossberg, the sponsor of his admission, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission. Pursuant to L. Civ. R. 83.1(c)(1), Attorney Canty has designated Attorney Slossberg as the member of the bar of this court upon whom service of all papers shall also be made. Attorney Canty is familiar with the issues presented in this case inasmuch as he and his firm have been retained to represent Plaintiff.

6. The $200.00 fee required for Attorney Canty's admission is submitted with this motion pursuant to Local Rule 83.1(d)(3).

Accordingly, undersigned counsel respectfully requests that the Court admit Attorney Canty p*ro hac vice* in this matter.

                                        Respectfully submitted,

                                        */s/ David A. Slossberg*
                                        **HURWITZ, SAGARIN,**
                                        **SLOSSBERG & KNUFF, LLC**
                                        David A. Slossberg (CT13116)
                                        147 Broad St.
                                        Milford, CT 06450
                                        Telephone: (203) 877-8000
                                        Fax: (203) 878-9800
                                        dslossberg@hssklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2021, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                */s/ David A. Slossberg*
                                                David A. Slossberg