UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | No. 3:21-cv-01188 (SRU) |
| | September 20, 2021 |

**PARTIES' JOINT MOTION TO EXTEND RESPONSIVE PLEADING AND BRIEFING DEADLINES**

In accordance with Local Rule 7(b), Plaintiffs TIAA-CREF Investment Management, LLC, Teachers Advisors, LLC, TIAA-CREF International Equity Index Fund, TIAA-CREF Growth & Income Fund, CREF Global Equities Account, TIAA-CREF Mid-Cap Value Fund, CREF Growth Account, TIAA-CREF International Opportunities Fund, TIAA-CREF Life Growth & Income Fund, Teachers Insurance and Annuity Association of America, CREF Stock Account, CREF Bond Market Account, TIAA-CREF Core Bond Fund, TIAA-CREF Core Plus Bond Fund, TIAA-CREF Bond Index Fund, TIAA Global Public Investments LLC, TIAA-CREF Emerging Markets Debt Fund, TIAA-CREF Life Insurance Company, TIAA Stable Value Account, TIAA-CREF Short-Term Bond Fund, TIAA-CREF International Bond Fund, TIAA-CREF Life Core Bond Fund, and California State Teachers' Retirement System (collectively, "Plaintiffs") and Defendants Teva Pharmaceutical Industries, Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Deborah Griffin, Käre Schultz, Yitzhak Peterburg, and Teva Pharmaceutical Finance Netherlands III B.V. (collectively, "Defendants," and together with

1

Plaintiffs, the "Parties") hereby jointly move to extend the responsive pleading and briefing deadlines. In support of this motion, the Parties state as follows:

1. On September 5, 2021, Plaintiffs filed the above-captioned action against Defendants asserting claims against Defendants for violations of federal and state securities laws (ECF 1) (the "Complaint");

2. On March 10, 2020, the Court entered an Order consolidating for pre-trial purposes pending and subsequently filed direct actions against Defendants (the "Direct Actions") into *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharm. Indus., Ltd., et al.*, No. 3:17-cv-00558 (SRU) (ECF 341);

3. On May 24, 2021, Defendants moved to dismiss certain of the pending Direct Actions (ECF 784, 786, 787) (the "Motions");

4. The Motions are fully briefed and oral argument is scheduled for December 15, 2021;

5. Defendants have accepted service of the summons and Complaint, but expressly reserve all rights, defenses, or objections other than insufficient service of process;

6. Plaintiffs and Defendants, by and through their respective counsel, have agreed to the schedule set out below, without prejudice to the rights of any party to seek a further extension of the deadlines; and

7. This is the first extension of time that has been filed with respect to this matter.

WHEREFORE, the Parties respectfully request that the Court enter an order as follows:

   a. Defendants shall answer, move to dismiss, or otherwise respond to the Complaint within 60 days of the Court's issuance of an order or orders resolving the Motions;

b. If Defendants move to dismiss the Complaint, Plaintiffs shall file and serve their opposition within 60 days after the filing of such motion(s); and

c. Defendants shall file and serve their reply to any opposition made by Plaintiffs within 30 days after the filing of Plaintiffs' opposition.

Dated: September 20, 2021

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

/s/ Sheron Korpus

Sheron Korpus (admitted *pro hac vice*)
Cindy Caranella Kelly (admitted *pro hac vice*)
Sarah G. Leivick (admitted *pro hac vice*)
Andrew L. Schwartz (admitted *pro hac vice*)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1969
Fax: (212) 500-3469
skorpus@kasowitz.com
ckelly@kasowitz.com
sleivick@kasowitz.com
aschwartz@kasowitz.com

*Counsel for Defendants*

SAXENA WHITE P.A.

*David Kaplan*

David R. Kaplan (*admitted pro hac vice*)
Hani Y. Farah (*pro hac vice forthcoming*)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
hfarah@saxenawhite.com

Maya Saxena (*admitted pro hac vice*)

3

7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com

Steven B. Singer (*pro hac vice forthcoming*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

Jonathan P. Whitcomb (ct15014)
DISERIO MARTIN O'CONNOR
& CASTIGLIONI, LLP
1010 Washington Blvd. Suite 800
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321
jwhitcomb@dmoc.com

*Counsel for Plaintiffs*