# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | No. 3:17-cv-00558 (SRU) |
| THIS DOCUMENT RELATES TO: | All Class Actions |

## CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Class Representatives Ontario Teachers' Pension Plan Board and Anchorage Police & Fire Retirement System (together, "Class Representatives" or "Plaintiffs"), on behalf of themselves and each member of the Settlement Class, move for entry of the Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Providing for Class Notice, submitted herewith, which will provide for: (i) preliminary approval of the settlement; (ii) approval of the form and manner of giving notice of the settlement to the Settlement Class; and (iii) a hearing date and time to consider final approval of the settlement and related matters.  This motion is based on the accompanying memorandum of law, the attached Stipulation of Settlement and its exhibits, the Declaration of Michael McGuinness, and all prior pleadings and proceedings herein.  Defendants do not oppose this motion.

Date:  January 18, 2022

                                                                         Respectfully submitted,

                                                                         /s/ *Joseph A. Fonti*
                                                                         Joseph A. Fonti (admitted *pro hac vice*)
                                                                          Javier Bleichmar (admitted *pro hac vice*)
                                                                           Evan A. Kubota (admitted *pro hac vice*)
                                                                          Benjamin F. Burry (admitted *pro hac vice*)
                                                                          Thayne Stoddard (admitted *pro hac vice*)
                                                                          **BLEICHMAR FONTI & AULD LLP**

7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
jbleichmar@bfalaw.com
ekubota@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Class Representatives Ontario Teachers' Pension Plan Board and Anchorage Police & Fire Retirement System, and Lead Counsel for the Class*

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
James K. Robertson, Jr. (ct05301)
**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com
jrobertson@carmodylaw.com

*Local Counsel for Class Representatives Ontario Teachers' Pension Plan Board and Anchorage Police & Fire Retirement System, and Class Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2022, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

                                                          */s/ Joseph A. Fonti*
                                                            Joseph A. Fonti