# Exhibit A-1

## Notice of Settlement

Teva Securities Litigation
Claims Administrator
c/o Epiq Class & Claims Solutions, Inc.
P.O. Box 3565
Portland, OR 97208-3565

BARCODE NO-PRINT ZONE

FIRST-CLASS MAIL
U.S. POSTAGE PAID
Portland, OR
PERMIT NO. 2882

# IMPORTANT NOTICE FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
## NOTICE OF CLASS SETTLEMENT

<<MAIL ID>>
<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

If you purchased or otherwise acquired Pharmaceutical Industries Ltd. ("Teva") American Depositary Shares ("ADS"), Teva 7.00% mandatory convertible preferred shares ("Preferred Shares"), or certain Teva Pharmaceutical Finance Netherlands III B.V. ("Teva Finance") U.S.-dollar-denominated senior notes ("Notes") during the period from February 6, 2014 through May 10, 2019, inclusive, you may be affected by a proposed class settlement.

**THE SETTLEMENT MAY AFFECT YOUR LEGAL RIGHTS. YOU MAY BE ELIGIBLE FOR A CASH PAYMENT. PLEASE READ THIS NOTICE CAREFULLY.**

**This Notice provides only limited information about the settlement.
For more information, please visit / לימעד הז עבורית, אנא בקר באתר:
www.TevaSecuritiesLitigation.com (the "Settlement Website") or
Call the Claims Administrator at 1-855-675-3124 or 1-503-520-4435 outside the U.S. and Canada**

<u>**Important Settlement Notice: In re Teva Securities Litigation, No. 3:17-cv-00558 (SRU) (the "Action")**</u>

The parties have reached a proposed settlement that, if approved, will resolve the Released Claims against the Released Defendants on behalf of the Settlement Class.

Defendants and/or their insurance carriers have agreed to pay $420,000,000. This amount, plus accrued interest, and after deduction of Court-approved attorneys' fees and expenses (including any awards to Class Representatives), notice and administration costs, and taxes, will be allocated, pursuant to the Plan of Allocation in the Long-Form Notice, among Settlement Class Members who submit valid claims.

You may be a Settlement Class Member if you purchased or otherwise acquired Teva ADS, Preferred Shares, or Notes during the period from February 6, 2014 through May 10, 2019, inclusive.

**TO BE ELIGIBLE FOR PAYMENT, YOU MUST SUBMIT A VALID PROOF OF CLAIM AND RELEASE ONLINE OR POSTMARKED BY _, 2022. THE FORM IS AVAILABLE FROM THE SETTLEMENT WEBSITE, WWW.TEVASECURITIESLITIGATION.COM, OR BY MAIL UPON REQUEST THROUGH THE WEBSITE OR BY CALLING THE CLAIMS ADMINISTRATOR AT 1-855-675-3124 OR 1-503-520-4435 OUTSIDE THE U.S. AND CANADA.**

**The Settlement Website contains a Long-Form Notice with additional information that you should review.**

www.TevaSecuritiesLitigation.com

You must comply with the Long-Form Notice's complete instructions on how to submit a Proof of Claim and Release, exclude yourself, or object.  In summary:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT ||
|---|---|
| **SUBMIT A PROOF OF CLAIM AND RELEASE FORM SUBMITTED ONLINE OR POSTMARKED BY _____, 2022 [90 days after Notice Date]**  **(THIS DEADLINE DOES NOT APPLY TO DIRECT ACTION PLAINTIFFS.)** | This is the only way to be eligible to get a payment from the settlement. If you wish to participate in the settlement, you will need to complete and submit the Proof of Claim and Release Form, which is available at www.TevaSecuritiesLitigation.com or by calling the Claims Administrator at 1-855-675-3124 or 1-503-520-4435 outside the U.S. and Canada. Settlement Class Members who do not complete and submit the Proof of Claim and Release Form, in accordance with the instructions on the Proof of Claim and Release Form and within the time required, will be bound by the settlement but will not be eligible to participate in any distribution of the Net Settlement Fund. |

| | |
|---|---|
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SUBMITTED ONLINE OR POSTMARKED BY_____, 2022 [75 days after Notice Date]** | If you wish to exclude yourself from the settlement, you must submit a written request for exclusion that is submitted online or postmarked by\_\_, 2022. You will not be bound by the results of the Litigation, you cannot object to the settlement, and you will not receive any payment. This is the only option that allows you to ever bring or be part of any other lawsuit against the Released Defendants related to the issues raised in the Litigation. |
| **DIRECT ACTION PLAINTIFFS ONLY [75 days after Notice Date]** | Direct Action Plaintiffs who wish to participate in the settlement must (a) dismiss their action and (b) electronically submit or postmark their Proof of Claim and Release Forms (including copies of stockbroker confirmation slips, stockbroker statements, or other documents requested therein) no later than \_\_, 2022 (with simultaneous copies emailed to Class Counsel (tevasettlement@bfalaw.com) and counsel for Defendants (tevasettlement@kasowitz.com)). |

| | |
|---|---|
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS RECEIVED OR FILED NO LATER THAN _____, 2022 [21 calendar days prior to Settlement Hearing]** | If you believe the settlement is objectionable in any respect, you may write to the Court about why you oppose the settlement, the Plan of Allocation, and/or the request for attorneys' fees, costs, and expenses.  You will still be a Settlement Class Member. |
| **ATTEND THE SETTLEMENT HEARING ON _____, 2022, AT \_\_\_\_, AND PROVIDE A NOTICE OF INTENTION TO APPEAR TO CLASS COUNSEL SO THAT IT IS RECEIVED NO LATER THAN _____, 2022** | You do not need to attend the Settlement Hearing unless you wish to speak in support of the settlement or any objection you may have submitted, and have submitted to Class Counsel a Notice of Intention to Appear so that it is received no later than _____, 2022. The Court may postpone the Settlement Hearing without further notice to you. |
| **DO NOTHING** | If you are a Settlement Class Member but do not request exclusion and do not submit a Proof of Claim and Release Form submitted online or postmarked by _____, 2022, you will not be eligible to receive any payment from the Settlement Fund. You will, however, be bound by the settlement. |

**www.TevaSecuritiesLitigation.com**

|  | If you are a Direct Action Plaintiff and do not timely take the steps listed above, you will not share in the proceeds of the settlement and your claims are not released. |
|---|---|

**What is this case about? Why is there a settlement?** The Action alleges that Defendants made material misstatements and omissions regarding the sources of Teva's financial performance, generic drug pricing, collusion, and other matters. Defendants deny any wrongdoing or liability. The parties disagree on liability and damages. Class Representatives wish to avoid the risk and delay of further litigation and secure a substantial benefit for the Settlement Class. Defendants wish to avoid the cost and distraction of further litigation.

**How much will I recover?** The estimated average recovery per affected Teva Security is approximately $0.37 per ADS (or $0.64 for ADS purchased in the ADS Offering), $17.65 per Preferred Share, $0.13 per 2018 Note, $0.28 per 2019 Note, $0.61 per 2021 Note, $1.37 per 2023 Note, $2.08 per 2026 Note, and $3.57 per 2046 Note, before deduction of Court-approved fees, expenses, and costs. This amount will vary based on (among other things) the number of valid claims and the size and timing of your transactions in Teva Securities.

**The Court will hold a hearing on \_\_, 2022 at \_\_** to consider whether to approve the settlement and Class Counsel Bleichmar Fonti & Auld LLP's request for attorneys' fees not to exceed 23.75% of the Settlement Amount, and expenses not to exceed $11,000,000, including awards to Class Representatives of no more than $100,000 (an average of approximately $0.10 per affected ADS (or $0.17 for ADS purchased in the Offering), $4.65 per

affected Preferred Share, $0.03 per affected 2018 Note, $0.07 per affected 2019 Note, $0.16 per affected 2021 Note, $0.36 per affected 2023 Note, $0.55 per affected 2026 Note, and $0.94 per affected 2046 Note. You may, but are not required to, attend, and may also appear through counsel of your choice and at your own expense.

**How can I get more information?** Visit the Settlement Website at **www.TevaSecuritiesLitigation.com**, contact the Claims Administrator at 1-855-675-3124 or 1-503-520-4435 outside the U.S. and Canada, or contact Class Counsel: Joseph A. Fonti, Bleichmar Fonti & Auld LLP, 7 Times Square, 27th Floor, New York, NY 10036, Telephone: (888) 879-9418.

## SPECIAL NOTICE TO NOMINEES

Nominees who purchased or otherwise acquired Teva ADS, Preferred Shares, and/or Notes for the beneficial interest of other Persons or entities between February 6, 2014 and May 10, 2019, inclusive, shall either: (i) within seven (7) calendar days of receipt of this Notice, request from the Claims Administrator sufficient copies of the Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notices forward them to all such beneficial owners; or (ii) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to the Claims Administrator at Epiq Class & Claims Solutions, Inc., *In re Teva Securities Litigation*, P.O. Box 3565, Portland, OR 97208-3565.

If you choose the first option, you must send a statement to the Claims Administrator confirming that the mailing was made and **you must retain your mailing records for use in connection with any further notices that may be provided in the Litigation**.

If you choose the second option, the Claims Administrator will send a copy of the Notice to the beneficial owners.

**www.TevaSecuritiesLitigation.com**

Upon full and timely compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.

**For more information, please visit / למידע נוסף בעברית, אנא בקר באתר:**
**www.TevaSecuritiesLitigation.com (the "Settlement Website") or**

**Call the Claims Administrator at 1-855-675-3124 or 1-503-520-4435 outside the U.S. and Canada**

**The following QR code links to the Settlement Website:**



**www.TevaSecuritiesLitigation.com**