# Exhibit A-3

## Summary Notice of Pendency and Proposed Settlement of Class Action

**EXHIBIT A-3**

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE TEVA SECURITIES LITIGATION | : | No. 3:17-cv-00558 (SRU) |

## SUMMARY NOTICE OF PENDENCY AND
## PROPOSED SETTLEMENT OF CLASS ACTION

**TO:** Purchasers and acquirers in domestic transactions of Teva Pharmaceutical Industries Ltd. ("Teva") American Depositary Shares, Teva 7.00% mandatory convertible preferred shares, and/or certain Teva Pharmaceutical Finance Netherlands III B.V. ("Teva Finance") U.S.-dollar-denominated senior notes during the period from February 6, 2014 through May 10, 2019, inclusive.

**IF YOU PURCHASED OR ACQUIRED TEVA SECURITIES (DEFINED BELOW) FROM FEBRUARY 6, 2014 THROUGH MAY 10, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY A PROPOSED SETTLEMENT IN THIS LITIGATION (THE "LITIGATION").**

**THIS SUMMARY NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS SUMMARY NOTICE CAREFULLY AND IT ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on _____, **_2022, at ___ __.m._**, before the Honorable Stefan R. Underhill, United States District Judge, at the United States District Court for the District of Connecticut (the "Court"), Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, CT 06604 for the purpose of determining: (1) whether the proposed settlement of the Litigation, as set forth in the Stipulation dated January 18, 2022, consisting of Four Hundred and Twenty Million U.S. dollars ($420,000,000) in cash, should be approved as fair, reasonable, and adequate to the Settlement Class Members; (2) whether the proposed plan to distribute the Net Settlement Fund (the "Plan of Allocation") is fair, reasonable, and adequate; (3) whether the applications by Class Counsel for attorneys' fees and expenses should be approved; (4) whether Class Representatives should receive awards pursuant to 15 U.S.C. § 78u-4(a)(4) in connection with their representation of the Settlement Class and, if so, in what amount; and (5) whether the proposed Judgment should be entered.

The Litigation has been certified as a class action on behalf of all persons and entities (with certain exclusions) who purchased or acquired Teva Securities from February 6, 2014 through May 10, 2019, inclusive. The "Teva Securities" are: Teva Pharmaceutical Industries Ltd. ("Teva") American Depositary Shares ("ADS") (ISIN No. US8816242098; CUSIP 881624209), Teva 7% mandatory convertible preferred shares ("Preferred Shares") (ISIN No. IL0062905489; CUSIP M8769Q 136), and the following Teva Pharmaceutical Finance Netherlands III B.V. ("Teva Finance") U.S.-dollar-denominated senior notes: 1.400% Senior Notes due July 20, 2018 (ISIN US88167AAA97; CUSIP 88167A AA9); 1.700% Senior Notes due July 19, 2019 (ISIN US88167AAB70; CUSIP 88167A AB7); 2.200% Senior Notes due July 21, 2021 (ISIN

US88167AAC53; CUSIP 88167A AC5); 2.800% Senior Notes due July 21, 2023 (ISIN US88167AAD37; CUSIP 88167A AD3); 3.150% Senior Notes due October 1, 2026 (ISIN US88167AAE10; CUSIP 88167A AE1); and 4.100% Senior Notes due October 1, 2046 (ISIN US88167AAF84; CUSIP 88167A AF8) (collectively, the "Notes").

A detailed description of the Litigation, including important information about your rights and options, is in the detailed Long-Form Notice of Pendency and Proposed Settlement of Class Action (the "Long-Form Notice"), available at **www.TevaSecuritiesLitigation.com** or by contacting the Claims Administrator at: Epiq Class & Claims Solutions, Inc., *In re Teva Securities Litigation*, P.O. Box 3565, Portland, OR 97208-3565, Telephone: **(855) 675-3124, or 1-503-520-4435 outside the U.S. and Canada**.

***To be eligible for a payment from the Net Settlement Fund you must submit a Proof of Claim and Release Form electronically submitted or postmarked by no later than \_\_\_\_.*** To obtain a copy of the Proof of Claim and Release Form, visit **www.TevaSecuritiesLitigation.com** or contact the Claims Administrator at the address above. Failure to submit your Proof of Claim and Release Form by \_\_\_\_ will subject your claim to possible rejection and may preclude you from receiving any payment from the settlement.

To be excluded from the settlement, you must submit a written request for exclusion, in accordance with all of the instructions in the Long-Form Notice, ***electronically submitted or postmarked no later than \_\_\_\_***. If you request exclusion, you will not receive any payment from the settlement.

The foregoing deadlines do not apply to the Direct Action Plaintiffs (as defined in Appendix B to the Long-Form Notice). Direct Action Plaintiffs who wish to participate in the settlement must take certain steps, specified in the Long-Form Notice, ***no later than \_\_\_\_***.

To object to any aspect of the settlement, the Plan of Allocation, the application for attorneys' fees and expenses, or Class Representatives' request for awards pursuant to 15 U.S.C. § 78u-4(a)(4), you must submit a written objection in accordance with all of the instructions in the Long-Form Notice that is ***received or filed, not simply postmarked, on or before \_\_\_\_***. If you object, but also want to be eligible for a payment, you must submit a timely Proof of Claim and Release Form.

Inquiries, other than requests for the Long-Form Notice, may be made by emailing Class Counsel at TevaSettlement@bfalaw.com or contacting:

Joseph A. Fonti
Bleichmar Fonti & Auld LLP
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (888) 879-9418

**PLEASE DO NOT CONTACT THE COURT OR THE OFFICE OF THE CLERK WITH QUESTIONS REGARDING THIS LITIGATION OR THIS NOTICE.**

Dated: _____, 2022

                                              BY ORDER OF THE COURT:
                                              United States District Court for the
                                              District of Connecticut