UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION : | No. 3:17-cv-00558 (SRU) |
| : | |
| THIS DOCUMENT RELATES TO: : | All Class Actions |
| : | |

**CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF
CLASS SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Court's January 27, 2022 Preliminary Approval Order (ECF 929), Class Representatives Ontario Teachers' Pension Plan Board and Anchorage Police & Fire Retirement System (together, "Class Representatives" or "Plaintiffs"), on behalf of themselves and each member of the Settlement Class, hereby move for: (i) final approval of the proposed class settlement of this action; and (ii) approval of the proposed Plan of Allocation.

This motion is based on the accompanying Memorandum of Law in Support of Class Representatives' Motion for Final Approval of Class Settlement and Approval of Plan of Allocation; the Declaration of Joseph A. Fonti in Support of (I) Class Representatives' Motion for Final Approval of Class Settlement and Approval of Plan of Allocation and (II) Lead Counsel's Motion for Awards of Attorneys' Fees, Litigation Expenses, and Reasonable Costs and Expenses to Class Representatives (the "Fonti Declaration"); the exhibits to the Fonti Declaration, including the Declaration of Layn R. Phillips (Ex. 1), the Declaration of Michael McGuinness (Ex. 2), the Declaration of Jeffrey Davis on behalf of Ontario Teachers' Pension Plan Board (Ex. 3), and the Declaration of Edward A. Jarvis on behalf of Anchorage Police & Fire Retirement System (Ex. 4); the Stipulation of Settlement and its exhibits previously filed with the Court (ECF 919-2, 928-2, 928-3, 928-4, and 928-5); and all prior pleadings and proceedings herein.

Included with this motion are a proposed Final Judgment (substantially in the form attached to the Stipulation of Settlement, ECF 919-8) and proposed Order Approving Plan of Allocation. Final versions of Exhibits 1 and 2 to the proposed Final Judgment will be provided on or before June 2, 2022.

Pursuant to the Court's Preliminary Approval Order, any objections to the proposed settlement are due on May 12, 2022. As of April 27, 2022, no objections have been received. As provided in the Preliminary Approval Order, and in the interest of judicial economy, Class Representatives and Lead Counsel will file reply papers on May 19, 2022 that will respond to any objections received.

Dated: April 28, 2022

Respectfully submitted,

/s/ Joseph A. Fonti
Joseph A. Fonti (admitted *pro hac vice*)
Javier Bleichmar (admitted *pro hac vice*)
Evan A. Kubota (admitted *pro hac vice*)
Benjamin F. Burry (admitted *pro hac vice*)
Thayne Stoddard (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
jbleichmar@bfalaw.com
ekubota@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Class Representatives Ontario Teachers' Pension Plan Board and Anchorage Police & Fire Retirement System, and Lead Counsel for the Class*

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)

James K. Robertson, Jr. (ct05301)
**CARMODY TORRANCE**
**SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com
jrobertson@carmodylaw.com

*Local Counsel for Class Representatives*
*Ontario Teachers' Pension Plan Board and*
*Anchorage Police & Fire Retirement System,*
*and Class Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2022, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's CM/ECF system.

                                                         */s/ Joseph A. Fonti*
                                                          Joseph A. Fonti